**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, <br><br> Petitioner, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, <br><br> Respondents. | No. 21-70168 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FRL-10018-87 <br> Environmental Protection Agency <br><br> ORDER |
| YUROK TRIBE; et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, Acting Administrator, United States Environmental Protection Agency, <br><br> Respondents. | No. 21-70670 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FR-10018-87 |
| YUROK TRIBE; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | No. 24-7497 <br><br> EPA No. <br> EPA-HQ-OPPT-2023-0376 <br> Environmental Protection Agency |

Respondent.

The joint motion to reopen and consolidate, and for abeyance (Docket Entry No. 47 in No. 21-71068), and the joint motion to consolidate and for abeyance (Docket Entry No. 9 in No. 24-7497) are granted. Appeal Nos. 21-70168 and 21-70670 are reopened and consolidated with Appeal No. 24-7497.

These consolidated appeals are stayed until further order of the court. On or before February 25, 2025, petitioners must file a status report and/or motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT