# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS, <br><br>         Petitioner, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY et al., <br><br>         Respondents. | No. 21-70168 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FR-10018-87 <br> Environmental Protection Agency |
| YUROK TRIBE et al., <br><br>         Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY et al., <br><br>        Respondents. | No. 21-70670 <br><br> EPA Nos. <br> EPA-HQ-OPPT-2019-0080 <br> FR-10018-87 |
| YUROK TRIBE et al., <br><br>         Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY et al., <br><br>        Respondents. | No. 24-7497 <br><br> EPA No. <br> EPA-HQ-OPPT-2023-0376 <br> Environmental Protection Agency |

## UNOPPOSED MOTION TO WITHDRAW LEARNING DISABILITIES ASSOCIATION OF AMERICA AS PETITIONER

Pursuant to Federal Rule of Appellate Procedure 42(b), Petitioner Learning Disabilities Association of America ("LDAA") hereby moves to withdraw as a petitioner in this matter. All co-petitioners consent to this motion and will remain as parties. This voluntary withdrawal is appropriate because there is no direct claim made against LDAA in this matter, and LDAA's withdrawal will not prejudice the rights of the other parties. Respondents EPA and its Administrator do not object to this motion.

Respectfully submitted this 10th day of March, 2025.

/s/ Katherine K. O'Brien
KATHERINE K. O'BRIEN
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

KELLY E. LESTER
Earthjustice
48 Wall St., Floor 15
New York, NY 10005
(332) 251-0243
klester@earthjustice.org

ALANA R. REYNOLDS
Earthjustice
1001 G St., Ste. 1000
Washington, DC 20001

(202) 797-4311
areynolds@earthjustice.org

*Counsel for Petitioners*

2

## CERTIFICATE OF COMPLIANCE

This document complies with the page limit specified in Ninth Circuit Rule 27-1(1)(d) and the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document is 1 page long and contains 87 words. This document complies with the typeface and style requirements of Fed. R. App. P. 32(a) because this document has been prepared in a proportionally spaced typeface using Microsoft Word and in 14-point Times New Roman.

Dated: March 10, 2025

*/s/ Katherine K. O'Brien*
Katherine K. O'Brien