UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br><br>        Petitioners,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>        Respondent. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FRL-10018-87<br>Environmental Protection Agency<br><br>ORDER |
| YUROK TRIBE; et al.,<br><br>        Petitioners,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>        Respondents. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080 FR-10018-87 Environmental Protection Agency |
| YUROK TRIBE; et al.,<br><br>        Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Respondent. | No. 24-7497<br><br>Agency No.<br>EPA–HQ–OPPT–2023–0376<br>Environmental Protection Agency |

The motion (Docket Entry No. 52 in No. 21-70168; Docket Entry No. 45 in No. 21-70670; Docket Entry No. 16 in No. 24-7497) for partial voluntary dismissal is granted. No. 21-70670 is dismissed as to petitioner Learning Disabilities Association of America only. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court as to Learning Disabilities Association for America in No. 21-70670 only.

These consolidated cases shall proceed as to the remaining parties and the existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT