**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS<br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>*Respondents*. | No. 21-70168<br>Consolidated with Nos. 21-70670 and 24-7497 |

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

I, Mary Elissa Reaves, am the Director of the Office of Pollution Prevention and Toxics of the United States Environmental Protection Agency ("EPA"). Based on information provided to me by EPA staff, I certify that—to the best of my knowledge and belief—the documents listed in the attached Index constitute the complete administrative record that EPA considered for the final rule entitled "Decabromodiphenyl Ether and Phenol, Isopropylated Phosphate (3:1); Revision to the Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under the Toxic Substances Control Act (TSCA)," 89 Fed. Reg. 91486 (Nov. 19, 2024).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

MARY REAVES

Digitally signed by MARY REAVES
Date: 2025.05.01 15:09:46 -04'00'

Mary Elissa Reaves, Director
Office of Pollution Prevention and Toxics
U.S. Environmental Protection Agency
Washington, D.C.