**No. 24-7497**
**Consolidated with Nos. 21-70168, 21-70670**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

YUROK TRIBE, ALASKA COMMUNITY ACTION ON TOXICS, CENTER FOR ENVIRONMENTAL TRANSFORMATION, and CONSUMER FEDERATION OF AMERICA,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,

*Respondents*.

---

On Petitions for Review of Final Agency Actions of the
United States Environmental Protection Agency
86 Fed. Reg. 880 (Jan. 6, 2021) and 89 Fed. Reg. 91,486 (Nov. 19, 2024)

---

# PETITIONERS' ADDENDUM OF DECLARATIONS

---

Katherine K. O'Brien
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

Kelly E. Lester
Earthjustice
48 Wall St., Floor 15
New York, NY 10005
(332) 251-0243
klester@earthjustice.org

Alana R. Reynolds
Earthjustice
1001 G St., Ste. 1000
Washington, DC 20001
(202) 797-4311
areynolds@earthjustice.org

*Counsel for Petitioners*

# TABLE OF CONTENTS

**Page**

DECLARATION OF BARRY MCCOVEY, JR.,
Yurok Tribe ........................................................................................DEC001

DECLARATION OF PAMELA K. MILLER,
Alaska Community Action on Toxics ..........................................................DEC008

DECLARATION OF VIOLA WAGHIYI,
Alaska Community Action on Toxics ..........................................................DEC063

DECLARATION OF JONATHAN COMPTON,
Center for Environmental Transformation....................................................DEC074

DECLARATION OF KRISTIN MARIE SCHRUM,
Center for Environmental Transformation....................................................DEC084

DECLARATION OF PAUL BURNS,
Consumer Federation of America ..............................................................DEC094

DECLARATION OF THOMAS GREMILLION,
Consumer Federation of America ..............................................................DEC103

DECLARATION OF LAUREN HIERL,
Consumer Federation of America ..............................................................DEC109

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF BARRY MCCOVEY, JR.**

I, BARRY McCOVEY, JR., declare and state as follows:

1. I am a Yurok tribal member. I live on the Yurok Reservation in Klamath, California. I grew up on the Yurok Reservation and have lived here most of my life.

2. I live with my wife and our four children, ages 6 to 13. My wife and our children are all members of the Yurok Tribe.

3. I am a fisheries biologist and work as the Director of the Yurok Tribal Fisheries Department.

4. I grew up as a fisherman. Being a Yurok person, we rely heavily on the Klamath River and its resources. Fishing was second nature to me growing up. My family practiced subsistence fishing, generally fishing for salmon in the Klamath River on the Upper Yurok Reservation where we lived. As a child, I loved being on the river.

5. Over the course of my lifetime, I have seen the river ecosystem suffer and salmon runs decline. Because of the harmful effects of dams, mining, timber harvest, and other factors, salmon runs on the Klamath are less than ten percent of their historic levels. I wanted to make a difference in addressing this problem. I started working as a fisheries technician for the Tribe in 1999, doing field work on the river. I went to college to earn a degree in fisheries biology and continued

working for the Yurok Tribal Fisheries Department while I was working on my degree. I have served as Director for about 4 years.

6. I continue to practice subsistence fishing with my family on the Lower Klamath River where we live now. I fish primarily for Chinook salmon, which is the number one fish that helps feed our Tribe. I also fish for steelhead and Pacific Lamprey, and Green Sturgeon.

7. Traditionally, fish has been the primary protein source for tribal members. My family and others in our community try as much as we can to replicate that now, but it is very difficult because of the dramatic reductions in our fish runs. This results in a missed opportunity for tribal members to feed ourselves with traditional foods like salmon, which has negative health effects. Salmon is an incredibly healthy source of protein to which our bodies have adapted over many generations. Other sources of protein do not provide the same nutrients and sustenance as the wild fish we have traditionally relied on. In addition, the Reservation is a "food desert" with no grocery stores. Buying fresh, healthy food requires long travel that is not possible for many tribal members and it is often prohibitively expensive given that many tribal members live below the poverty line.

8. The damage to fish runs on the Klamath and reduced opportunities for tribal members to fish also has serious cultural effects. Fishing, processing fish,

and providing fish to elders is a huge part of who we are as Yurok people. When we can't make those connections with our environment, it takes away from who we are and we can't express ourselves fully as Yurok people. While I fish with my children and feed them fish as often as possible, I feel that I am missing an opportunity to be on the river with my children the way I was with my own father because sometimes there are not enough fish in the river to catch.

9. Contamination of the Klamath River ecosystem and its fish with toxic chemicals is a concern for me personally and for the Yurok Tribal Fisheries Department. I am aware that toxic chemicals including polybrominated diphenyl ethers ("PBDEs")—a class of flame retardant chemicals that includes decaBDE—have been detected in important subsistence species on the Yurok Reservation through fish tissue sampling conducted by the Tribe, and that decaBDE and related chemicals have been detected in salmon and other fish species in our region. I am aware that decaBDE is toxic to aquatic life, including salmon and steelhead, and that research conducted in the Pacific Northwest has identified PBDE contamination as a serious threat to the conservation and recovery of imperiled Chinook salmon populations.

10. I am aware of decaBDE's toxic effects on humans as well, including its association with cancer, organ damage, and harm to the developing brain. I am aware that decaBDE has been widely used in electronics, furniture, and many other

products and that it can leach out of these products into household dust and the environment when those products are used or disposed of.

11. I understand that, despite the dangers of decaBDE exposure from household products, disposal, and other pathways, the U.S. EPA issued a risk management rule for decaBDE that leaves many important exposure pathways unaddressed. For example, I am aware that EPA's rule does not include any measures to reduce human or environmental exposure associated with disposal of decaBDE and that EPA's rule allows plastic containing decaBDE to be recycled into new products. I am also aware that EPA did not prohibit releases of decaBDE to the air or soil, discharges of decaBDE-contaminated wastewater from facilities that process or dispose of articles containing decaBDE, or the land-application of sewage sludge containing decaBDE.

12. I am very concerned about these gaps in EPA's rule. I have four young children, they all enjoy playing in our home where exposure to decaBDE through household dust is a concern. I am very concerned about my children's exposure to decaBDE from products in our home, such as televisions, computers, upholstered furniture, mattresses, and toys. My wife and I are both scientists and we try to take the steps we can to choose safe products and limit our family's exposure to toxic chemicals. But without stricter regulations, it is unclear how we could possibly avoid exposure to decaBDE in our family. We try to avoid giving

plastic toys to our kids, but it is impossible to avoid completely. It is also impossible to know if a toy is made from recycled plastic that could contain decaBDE.

13. I am especially concerned about EPA's decision to allow recycling of decaBDE into new products. I have been led to believe that recycling is the best way to deal with plastics, but if regulations allow toxic chemicals like decaBDE into the recycling stream, that will only lead to more toxic releases. I generally try to buy recycled products, but now I am concerned that they could be more toxic and endanger my children's health.

14. I am also concerned that the recycling exemption in EPA's rule will lead to the dispersal of more decaBDE in the environment. I understand that decaBDE is highly persistent and can bioaccumulate in animals, including species we rely on for food.

15. I am concerned that EPA's failure to address exposure from disposal will also lead to more environmental contamination and human exposure, particularly on the Yurok Reservation where I live. The Yurok Reservation is rural and people's homes are very spread out. There is also a lot of poverty on the Reservation and many people do not have consistent access to the waste disposal transfer sites on the Reservation. As a result, some people burn their household trash to dispose of it. There are also illegal dumps on the reservation where people

throw trash directly into the environment. In addition, there are a lot of abandoned vehicles on the Reservation and sometimes those vehicles are burned before the Tribe can remove them. I understand that decaBDE is used in car parts. I'm concerned that the burning of vehicles and household trash as well as illegal dumping will lead to additional exposure to decaBDE, which EPA has not addressed.

16. If EPA were required to close these loopholes in its rule, it would benefit me and my family. We could have confidence that products we buy do not have decaBDE in them and we could continue to choose products made from recycled plastic without fearing that these choices will increase our exposure to decaBDE. Addressing exposure from disposal of products containing decaBDE and restricting releases of decaBDE to the environment would also help protect my health, my children's health, and the health of our community and the Klamath River ecosystem.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 5th day of June, 2025, in Klamath, CA.

Barry McCovey, Jr.

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF PAMELA K. MILLER**

I, PAMELA K. MILLER, declare and state as follows:

1. I am the Founder and Executive Director of Alaska Community Action on Toxics ("ACAT"). I founded ACAT in 1997 and have served as Executive Director since its founding. My role as Executive Director makes me familiar with all aspects of ACAT's mission, purpose, and activities.

2. I hold a bachelor's degree in biology from Wittenberg University (1978) and a master's degree in environmental science with a specialty in aquatic biology from Miami University (1981).

3. I have more than forty years of experience in research, policy, and advocacy related to environmental health and justice and marine ecology on the local, state, federal, and international levels. Among other issues, I have engaged in extensive advocacy and research related to the harmful effects of flame retardant chemicals. For example, I worked on a campaign to ban products containing flame retardants in Anchorage, Alaska, which ultimately resulted in the passage of a 2019 ordinance restricting these products. Internationally, I advocate for proper implementation of the Stockholm Convention on Persistent Organic Pollutants—an international treaty signed by over 180 countries focused on the global elimination of persistent pollutants, including flame retardants.

4. Since 2005, I have served as a principal investigator for community-based research projects addressing toxic chemical exposure in Indigenous communities in Alaska, supported by the National Institute of Environmental Health Sciences ("NIEHS"). I have also authored or co-authored numerous papers concerning our community-based participatory research, which have been published in peer-reviewed scientific literature.

5. Since 1998, ACAT has been a participating organization in the International Pollutants Elimination Network ("IPEN"), a global network of more than 600 environmental health and justice organizations working in more than 124 countries for a toxics-free future. I have served as co-chair of IPEN since 2016, and I previously served on the Steering Committee of IPEN.

6. ACAT is a 501(c)(3) non-profit public interest environmental health research and advocacy organization incorporated and headquartered in Anchorage, Alaska. ACAT believes that everyone has the right to clean air, clean water, and toxic-free food. We work with individuals and communities in Alaska to prevent harmful chemical exposures, protect health, and achieve justice. Upon request, we assist individuals, tribes, and communities in developing and implementing effective strategies to prevent or reduce their exposures to toxic substances, protect the ecosystems that sustain them, and hold accountable those responsible for the contamination of their communities. Because existing remedies are so often

inadequate to address Alaskans' concerns, we also work to achieve systemic policy change at the marketplace, local, state, national, and international levels.

7. Much of ACAT's work is done in collaboration with Alaska Indigenous Peoples,[1] who comprise 20% of Alaska's population and are disproportionately exposed to toxic chemicals because of contamination of their traditional food sources. As a result, these communities face unique and serious environmental challenges. We support community-based environmental health research and train village leaders to conduct their own environmental sampling through our college-credited Community-Based Environmental Health Research Institute. We also work with coalitions to advocate for state, national, and international policies that will protect Alaska's people, wildlife, and the environment.

8. We currently have eight board members. Six of our eight board members are Alaska Native women representing the diverse communities that we serve (including Yupik, Inupiaq, Gwich'in Athabascan, Kaagwaantaan Tlingit, and Sugpiaq). One other board member is an Alaska resident, and the eighth and final member lived in Alaska for many years and now resides in Colorado. ACAT's board of directors is responsible for the governance of the organization, including

[1] The term "Alaska Indigenous Peoples" as used in this declaration can be viewed synonymously with the term Alaska Natives.

approval of the organizational budget, organizational priorities, financial policies, and personnel policies; supervising the executive director; and fundraising. Our officers are two co-chairs, the treasurer, and secretary. All board members make personal financial contributions and work with our development director on fundraising from individuals.

9. ACAT is supported financially by its approximately 300 contributing members and 2,000 supporters, including individuals and foundations. Our members include both Alaska Natives and non-Indigenous Alaskans, as well as people from the lower 48 states.

10. For many years ACAT has researched the health and environmental effects of, and advocated for restrictions on, decabromodiphenyl ether ("decaBDE") and other flame retardants in the chemical class known as polybrominated diphenyl ethers ("PBDEs"). For example, we have conducted community-based research on Sivuqaq (St. Lawrence Island) measuring brominated flame retardants such as decaBDE in environmental samples and human blood serum. The results of one such study, which found PBDEs—including decaBDE—in all sampled household dust, in local fish, and in the blood of Sivuqaq residents, were published in the scientific journal *Environmental*

*Pollution* in 2017.[2] In a subsequent study, we measured PBDEs—again including decaBDE—in the tissues of traditional food animals (reindeer, bowhead whale, and seal) from Sivuqaq and found decaBDE in all sampled tissues. This research was published in the scientific journal *Environmental Science and Pollution Research* in 2022.[3]

11. ACAT also advocates for the elimination of persistent, bioaccumulative toxics, including brominated flame retardants such as decaBDE, through our chemicals policy advocacy at the local to international levels. For example, we worked to achieve a ban on decaBDE in 2017 through our work on the Stockholm Convention on Persistent Organic Pollutants, which is now in effect in more than 180 nations. We submitted multiple public comments to EPA regarding the risk management rule for decaBDE that is the subject of this litigation.

12. Alaskans—and particularly the Alaska Indigenous Peoples ACAT serves—are disproportionately affected by contamination of the indoor and natural

---

[2] Byrne, S., Seguinot-Medina, S., Miller, P., Waghiyi, V., von Hippel, F.A., Buck, C.L., & Carpenter, D.O. (2017). Exposure to polybrominated diphenyl ethers and perfluoroalkyl substances in a remote population of Alaska Natives. *Environmental Pollution, 231*, 387–95 (attached).

[3] Byrne, S., Seguinot-Medina, S., Waghiyi, V., Apatiki, E., Immingan, T., Miller, P., von Hippel, F.A., Buck, C.L., Carpenter, D.O. (2022). PFAS and PBDEs in traditional subsistence foods from Sivuqaq, Alaska. *Environmental Science and Pollution Research, 29*, 77145–56 (attached).

environments with decaBDE and other PBDE flame retardants. People think of Alaska as pristine and unpolluted, but this is not correct. Though largely undeveloped, Alaska has more than its share of contaminants. Toxic chemicals from many sources, both local and global, are showing up in Alaska's land, water, fish, wildlife, and people.

13. In addition to local sources of pollution, persistent organic pollutants ("POPs")—carbon-based chemical compounds and mixtures such as decaBDE that tend to persist in the environment—that originate thousands of miles away travel to, and concentrate in, the Arctic in a process known as "global distillation," or the "grasshopper effect." Through this phenomenon, chemicals such as decaBDE that are emitted to the air or enter the water from polluting sources in Europe, Asia, and North America are picked up by oceanic and atmospheric currents and deposited in colder climates, often in the polar regions including the Arctic and Alaska.

14. In the Arctic ecosystem, these POPs can accumulate in living organisms. They also tend to increase in concentration higher in the food chain, reaching extremely high concentrations in larger animals like marine mammals, such as ringed seals and polar bears, which contain some of the highest levels of POPs on the planet. These animals are integral components of the diets and cultures of indigenous peoples of Alaska and the Arctic. Their consumption has

long provided basic nutrition as well as social, cultural, spiritual, and economic well-being.

15. But the presence of chemical contaminants in traditional foods means that Alaska Indigenous Peoples regularly ingest chemicals that are harmful to human health. In response, some have shifted away from their ancient diets and lifestyles, resulting in rising rates of obesity, diabetes, and cardiovascular disease. But many others cannot shift away from these ancient foods, as they are an integral part of their culture and way of life and a needed source of nutrition considering the high costs of bringing food into Alaska.

16. The study of Arctic contamination has been the focus of initiatives such as the Northern Contaminants Program that was initiated in 1991 by the Canadian government and the multi-country circumpolar Arctic Monitoring and Assessment Programme. These programs have provided solid evidence that the concentrations of many legacy and emerging chemicals are increasing in Arctic ecosystems and peoples due to long-range transport, and that current levels represent a hazard to human health. Mercury, polychlorinated biphenyls ("PCBs") and other POPs—such as brominated and chlorinated flame retardants like decaBDE, perfluorinated chemicals, and dioxins—are the chemicals of greatest concern.

17. The result is that Arctic Indigenous Peoples are among the world's most chemically contaminated populations. Arctic Indigenous populations have some of the highest levels of contamination in blood and breast milk of any population on Earth.[4, 5] Women of child-bearing age in Alaska's Yukon-Kuskokwim Delta have the highest levels of PBDEs, a group of chemicals which includes decaBDE, of any population in the circumpolar Arctic. This is acutely concerning because prenatal exposure to PBDEs is associated with lower IQ in children. Whale, seal, and walrus fats and oils, mainstays of the people of Sivuqaq in the Northern Bering Sea, are so contaminated with PCBs that EPA recommends eating not more than one serving per month.

18. DecaBDE is a brominated flame retardant that is considered both a POP and a persistent, bioaccumulative, and toxic chemical (also known as a PBT chemical), as recognized by the EPA and the Stockholm Convention on POPs. As a PBT chemical, decaBDE poses a particular threat to people and the environment in Alaska because it can 1) persist in the environment and living organisms, 2) travel long distances from original release sites and migrate to the Arctic, 3) accumulate to unhealthy levels in living organisms, including plants, aquatic

---

[4] AMAP, *Assessment Report: Arctic Pollution Issues* (1998), www.amap.no/documents/doc/amap-assessment-report-arctic-pollution-issues/68.

[5] AMAP, *Summary for Policy-makers: Arctic Pollution Issues* (2015), www.amap.no/documents/doc/sum-mary-for-policy-makers-arctic-pollution-issues-2015/1195.

organisms, and mammals, and 4) exert harmful health effects in people and wildlife even at low levels of exposure.

19. Once in the Arctic environment, decaBDE resists degradation due to the cooler temperatures and low sunlight and becomes available for uptake by living organisms for far longer than in warmer climates.

20. There are numerous potential ways in which ACAT's members, board members, staff, and supporters (referred to collectively here as our "members") in Alaska can be exposed to decaBDE. Like other people throughout the United States, our members can be exposed to decaBDE that is found in a wide variety of consumer products—including electronics, building materials, children's toys and kitchen utensils made from recycled plastics, and textiles. Because decaBDE is not chemically bound to the materials in these products, it can easily migrate out of products and into the surrounding environment. In the indoor environment, decaBDE primarily migrates from consumer products into household dust, which can then be breathed in, ingested, or dermally absorbed by residents, including our members. In cold environments such as Alaska, household exposures are likely higher because of the greater time that people spend indoors, and with homes that are insulated against the cold and less well ventilated.

21. But our members also face unique exposures. First, our members, many of whom are Alaska Indigenous Peoples and part of subsistence

communities, are exposed to decaBDE when they eat traditional foods like fish and marine mammals. Concentrations of decaBDE and other PBDEs in the Arctic environment, including fish and marine mammal species that serve as traditional foods, have been steadily increasing over time.

22. Second, disposal is another likely pathway of exposure to decaBDE for communities in Alaska because waste disposal practices in rural areas of Alaska are poorly regulated. Many landfills in Alaska are not required to have the same protective features as landfills in other states, meaning that chemicals in landfilled waste can more easily leach into the surrounding environment. Also, construction and demolition waste, including wiring and other building materials that contain decaBDE, is largely unregulated in Alaska and is disposed of in the unlined landfills that predominate in rural areas. Waste liquids that potentially contain decaBDE are likely to be released from these landfills due to the lack of lining (which could be used to mitigate seepage of waste liquids if in use). Landfills in Alaska are also sited poorly, often situated upstream from drinking water sources or places where people are hunting for subsistence foods. This means that subsistence communities living near landfills containing decaBDE waste could be exposed to decaBDE through their food and drinking water.

24. Open burning of decaBDE-containing waste is also common in Alaska, including construction and demolition waste as well as household waste.

Such burning typically takes place in or near the communities where people live, including Arctic Indigenous communities, providing an additional pathway for exposure to decaBDE as it enters the air and nearby water sources—as well as exposure to additional toxic chemicals that are produced from the combustion of decaBDE and other PBDEs (such as brominated dioxins and furans).

25. Due to its persistent and bioaccumulative nature, decaBDE concentrations in the environment and wildlife will continue to rise in Alaska as long as pollution reservoirs like landfills and incinerators continue to release decaBDE into the environment and people continue to be exposed through releases from products in their homes, schools, and workplaces.

26. Despite its legal obligation to mandate all practicable measures for reducing exposure to decaBDE, in its risk management rule, EPA adopted no measures whatsoever to address disposal-related exposure or environmental releases, and its provision allowing perpetual recycling of decaBDE-containing plastics will exacerbate exposure from consumer products among children and other age groups. For the reasons summarized above, the ongoing exposure to decaBDE that will result from these regulatory failures will disproportionately harm ACAT's members in Alaska Native communities and other Alaska communities. Unless EPA is ordered to correct these deficiencies in its risk management rule, our members will continue to experience excessive exposure to

decaBDE and excessive risk to their health and the health of subsistence species on which many of them depend for physical and cultural survival.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 15 (day) of May, 2025, in Anchorage, Alaska.

Pamela K. Miller

Pamela K. Miller

HHS Public Access
Author manuscript
*Environ Pollut*. Author manuscript; available in PMC 2020 January 07.

Published in final edited form as:
*Environ Pollut*. 2017 December ; 231(Pt 1): 387–395. doi:10.1016/j.envpol.2017.08.020.

# Exposure to polybrominated diphenyl ethers and perfluoroalkyl substances in a remote population of Alaska Natives

**Samuel Byrne**,
Department of Environmental Studies, 104 Memorial Hall, St. Lawrence University, Canton, NY. 13617 USA

**Samarys Seguinot-Medina**,
Alaska Community Action on Toxics, Anchorage, Alaska, USA

**Pamela Miller**,
Alaska Community Action on Toxics, Anchorage, Alaska, USA

**Vi Waghiyi**,
Alaska Community Action on Toxics, Anchorage, Alaska, USA

**Frank A. von Hippel**,
Department of Biological Sciences, Northern Arizona University, Flagstaff, AZ 86011

**C. Loren Buck**,
Department of Biological Sciences and Center for Bioengineering Innovation, Northern Arizona University, Flagstaff, AZ, USA

**David O. Carpenter**
Institute for health and the Environment, University at Albany, Albany, NY. USA

## Abstract

**Background—**Many Alaska Native communities rely on a traditional marine diet that contains persistent organic pollutants (POPs). The indoor environment is also a source of POPs. Polybrominated diphenyl ethers (PBDEs) and perfluoroalkyl substances (PFASs) are present both in the traditional diet and the home indoor environment.

**Objectives—**We assessed exposure to PBDEs and PFASs among residents of two remote Alaska Native villages on St. Lawrence Island. Ninespine stickleback (*Pungitious pungitious*) and Alaska blackfish (*Dallia pectoralis*) were used to detect accumulation of these compounds in the local environment.

**Methods—**Concentrations of PBDEs and PFASs were measured in dust collected from 49 households on St. Lawrence Island, as well as in blood serum from 85 island residents. Resident ninespine stickleback and Alaska blackfish were used as sentinels to detect accumulation of PBDEs and PFASs in the food web.

David O. Carpenter (post-publication corresponding author), Institute for health and the Environment, University at Albany, Albany, NY. USA.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Results—**Serum concentrations of perfluorononanoic acid (PFNA) and perfluoroundecanoic acid (PFUnDA) were elevated, despite low concentrations of PFASs in dust samples. Concentrations of PBDEs in dust and serum were similar to those from the contiguous United States. Statistical associations between dust and serum concentrations are apparent for a small number of PBDEs, suggesting a possible route of exposure Predominant compounds were similar between human sera and stickleback; however, blackfish accumulated PFASs not found in either stickleback or human sera.

**Conclusion—**Household dust contributes to PBDE exposure, but not PFAS exposure. Elevated concentrations of long chain PFAS in serum are likely due to exposure from traditional foods. The presence of both PFASs and PBDEs in sentinel fish species suggests atmospheric deposition and bioaccumulation, as well as local environmental contamination.

## CAPSULE

Alaska Natives on St. Lawrence Island are exposed to PBDEs and PFASs through global transport as well as local sources of pollution.

---

## BACKGROUND

The Arctic is a hemispheric sink for persistent organic pollutants (POPs) due to global distillation and bioaccumulation of these compounds (AMAP 2009, 2015). However, relatively little is known about the indoor sources of POPs in remote northern regions. Perfluoroalkyl substances (PFASs) are used in many consumer applications to impart beneficial surface characteristics, such as water or stain proofing, or non-stick properties. Polybrominated diphenyl ethers (PBDEs) are a class of brominated flame retardants added to consumer products. Both classes of compounds are undergoing global phase out, but remain significant environmental contaminants (Rotander et al. 2012a; Rotander et al. 2012b). Importantly, both PFASs and PBDEs are present in arctic wildlife that serve as traditional food sources for indigenous peoples (Butt et al. 2010; Kelly et al. 2008).

PFASs and PBDEs have been the subject of numerous laboratory and epidemiological investigations. In humans, PFASs are associated with adverse reproductive outcomes, specifically reduced fetal growth (Lam et al. 2014), altered cholesterol levels (Steenland et al. 2010), and altered thyroid hormone concentrations in children (Ballesteros et al. 2016). The health effects associated with PBDE exposure include thyroid disruption, neurodevelopmental effects and reproductive changes (Linares et al. 2015; Noyes and Stapleton 2014). Both PFASs and PBDEs are associated with thyroid hormone perturbations among Inuit adults in Canada (Dallaire et al. 2009).

Results of studies within the contiguous United States and in other regions of the world clearly show that indoor air and dust can be significant sources of exposure to contaminants including POPs (Allen et al. 2007; Stapleton et al. 2012). Due to more energy efficient construction and increased use of synthetic building materials, modern buildings tend to have lower ventilation rates and higher indoor contaminant concentrations (Jones 1999; Sundell 2004). While research has been conducted on POP exposure from subsistence diets in the Arctic (Liberda et al. 2011; Ostertag et al. 2009), little is known about indoor sources

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

of POPs for arctic populations. Overall body burdens of PBDEs are higher in North America than other regions of the world (Kim et al. 2016; Linares et al. 2015); however, little research exists on PBDEs or PFASs within the arctic region of the United States.

St. Lawrence Island, Alaska is the largest island in the Bering Sea, located 60 km from Siberia. Approximately 1,600 Yupik people distributed nearly evenly between the villages of Gambell and Savoonga reside on the island year round. The residents are largely reliant on traditional subsistence foods including reindeer (*Rangifer tarandus*), bowhead whale (*Balaena mysticetus*), Pacific walrus (*Odobenus rosmarus*), and ice seal species such as ringed (*Pusa hispida*), bearded (*Erignathus barbatus*), and spotted (*Phoca largha*) seals. In summer, ambient temperatures on St. Lawrence Island rarely exceed 10° C and so the home heating season extends virtually year round. Assuming relatively low ventilation rates, and a large percentage of the year spent indoors, the indoor environment may be an important exposure route of contaminants for residents of St. Lawrence Island. Previous research indicates that the residents of St. Lawrence Island are exposed to POPs from their traditional foods (Welfinger-Smith et al. 2011). The aim of this study was to assess human exposure to PBDEs and PFASs on St. Lawrence Island using an analysis of the indoor environment. Sentinel fish species were also examined to assess PBDE and PFAS contamination and bioaccumulation in local freshwater habitats.

## METHODS

Participants were recruited through flyers posted in public spaces, or were directly recruited by bilingual (English-Yupik) research assistants. Inclusion criteria of recruited participants included being 18–45 years old, and having a willing adult participant of the opposite sex from the same home. Participants were excluded for a history of adverse outcomes during blood draws. A total of 85 individuals from 49 homes were recruited for the study. The median age of participants was 29 (range of 18–45). In some cases one or both participants opted not to provide a blood sample after the household dust sample was collected. In summary, the participant list included a total of 36 male-female pairs from a single home, 11 unpaired women and 2 unpaired men. From one home a dust sample was collected, but no blood samples. This research study was approved by the Alaska Area Institutional Review Board (Indian Health Service IRB) and informed consent was obtained by bilingual research assistants prior to participation.

Dust samples were collected during late winter to early spring (February-April) of 2013 and 2014 from homes using a single standard household vacuum cleaner equipped with a detachable stainless steel collection nozzle (Rudel et al. 2003). Samples were collected on cellulose extraction thimbles (Whatman Inc., Clifton NJ) by lightly drawing the suction nozzle over the surface of floors and furniture. Thimbles were stored in pre-cleaned glass jars with polypropylene lids. Participants were asked not to sweep or dust for one week prior to sampling. Analytes in dust were extracted directly from the filter without sieving.

Blood samples were collected from fasted participants ±1 day of the dust collection at their home. Approximately 20ml of venous blood was drawn into sterile vacutainers (Becton Dickinson, Franklin Lakes, NJ) and allowed to clot at room temperature for one hour before

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



centrifugation at 3300rpm for 15 minutes. Serum was decanted and stored in pre-cleaned glass vials with PTFE lined caps for PBDE analysis, and stored in pre-cleaned polypropylene falcon tubes (Becton Dickinson, Franklin Lakes, NJ) for PFAS analysis. Serum samples and dust samples were immediately transferred to and stored at −20°C until analysis.

Quantification of analytes in dust and serum was conducted at Axys Analytical Services Ltd. (Sydney, British Columbia, Canada). Target analytes included perfluorobutanoic acid (PFBA), perfluoropentanoic acid (PFPeA), perfluorohexanoic acid (PFHxA), perfluoroheptanoic acid (PFHpA), perfluorooctanoic acid (PFOA), perfluorononanoic acid (PFNA), perfluorodecanoic acid (PFDA), perfluoroundecanoic acid (PFUnDA), perfluorododecanoic acid (PFDoA), perfluorobutane sulfonate (PFBS), perfluorohexane sulfonate (PFHxS), perfluorooctane sulfonate (PFOS), perfluorooctane sulfonamide (PFOSA), as well as BDE-7, 8+11, 10, 12+13, 15, 17+25, 28+33, 30, 32, 35, 37, 47, 49, 51, 66, 71, 75, 77, 79, 85, 99, 100, 105, 116, 119+120, 126, 128, 138+166, 140, 153, 154, 155, 181, 183, 190, 203, 206, 207, 208, and 209.

PFASs were quantified using reverse-phase high-performance liquid chromatography mass spectrometry on a Waters 2690 (Waters, Milford, MA coupled to a Micromass Quattro Ultima MS/MS (Waters, Milford, MA), using AXYS methods MLA-042 and MLA-041 (AXYS Analytical Services Ltd 2014a, b). PBDE concentrations were determined using isotope dilution high resolution gas chromatography high resolution mass spectrometry with a Hewlett Packard 5890 (Hewlett Packard, Palo Alto, CA) coupled to a Micromass Ultima (Waters, Milford, MA), according to EPA Method 1614A (AXYS Analytical Services Ltd 2015). The instruments were initially calibrated with a minimum of 6 calibration standards. Analytes were quantified using the internal standard method, using isotopically labeled surrogate standards for each of the 13 PFASs and BDE-15, 28, 47, 77, 99, 100, 126, 153, 154, 183, 197, and 209. Method detection limits for PFAS were 0.5 – 1 ng/g in serum, and 0.1 – 0.2 ng/g in dust. Method detection limits for PBDEs were 1 – 2 pg/g for the Di-BDE through Hepta-BDE and 10 – 20 pg/g for Nona-BDE and Deca-BDE. A blank and matrix spike were included in each analytical batch of approximately 13 samples. No PFASs were detectable in blank samples. PBDE concentrations in dust blanks were below 1% of sample concentrations. PBDE concentrations in serum blanks ranged from non-detect to over 100% of sample concentrations. If blanks contained quantifiable concentrations of analytes, this concentration was subtracted from the concentrations of samples in the analytical batch. If blank corrected concentrations were below zero, they were treated as <LOD. Matrix spike recoveries were typically between 90–110%, and never outside of 80–120% with one exception. The matrix spike recovery for PFUnDA was 73.5% for a single matrix spike dust sample. For descriptive statistics PBDE concentrations in serum are expressed here as ng/g lipid weight (lw). Total serum lipids were determined by enzymatic measurements of cholesterol, free cholesterol, triglycerides and phospholipids (Phillips et al. 1989).

Ninespine stickleback (*Pungitius pungitius*; hereafter ‘stickleback’) were collected from three locations on St. Lawrence Island. The largest sample was obtained in the Suqitughneq (Suqi) River watershed, including both upstream and downstream of a formerly used defense site. Stickleback were also collected from the Tapisaggak (Tapi) River located approximately

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

5 km east of the military site, and from Troutman Lake, a coastal lake situated adjacent to the village of Gambell. Alaska blackfish (*Dallia pectoralis*; hereafter 'blackfish') were collected from the Suqi River, but were absent from the other water bodies. None of the sites were known to be contaminated with PFASs or PBDEs at the initiation of the study.

All fish were collected with unbaited minnow traps, euthanized with an overdose of pH-neutral MS222 fish anesthetic, held on ice at the collection site, and then transferred to −80°C in the laboratory until analysis. PFAS and PBDE concentrations were determined using the same methods as for human serum. Percent recovery of PBDEs from matrix spikes was typically within 90–110%; recovery for BDE-154 was within 87–95%. Percent recovery for PFASs was within 80–120%. A single matrix spike for PFBS was 124%, while another single spike for PFPeA was 79.3%. The limit of quantification varied by compound, but was approximately 0.1–10 pg/g wet weight for PBDEs and 0.5–1 ng/g ww for PFASs. The concentrations of any analytes detected in blank samples were subtracted from the concentrations of samples in the analytical batch. Composite samples were used for stickleback only and were made up of approximately 10 individual whole stickleback totaling approximately 10g from the same study site.

Descriptive statistics for individual compounds are included only when the 95th percentile was greater than the limit of detection (LOD); full descriptive statistics are presented in the supplemental information. We assessed the relative contributions of individual compounds when comparing dust and serum samples. Percentage is given as the concentration of an individual compound divided by the total concentration of the sample (i.e. [ BDE-47]/[ $\sum$-PBDE]). The relative contribution was the mean percentage across all observations for a single compound.

Spearman's correlations were used to assess the associations between concentration of compounds in dust and serum for chemicals present in greater than 50% of serum samples. Correlation analysis was not done on BDE-190 due to low detection rates in dust. Statistical analysis was performed in SAS 9.3 (SAS Institute Inc., Cary, NC), or Microsoft Excel (Microsoft Corporation, Redmond, WA).

## RESULTS

Overall concentrations of PFASs in household dust were in the low ng/g range (Table 1). Approximately 95% of dust samples contained at least one detectable PFAS; however, detection rates of individual PFASs were low. PFOA was the most commonly detected compound, detected in 80% of homes at a median concentration of 0.76 ng/g. PFOS was detected in 71% of homes, with a median concentration of 1.40 ng/g. PFHpA was detected in 67% of homes with a median concentration of 0.39 ng/g. Only PFOA, PFOS, and PFHpA were detected in greater than 50% of homes.

Both PFOS and PFNA were detected in >98% of serum samples, while PFOA was detected in 91.8% of serum samples (Table 1). PFOS contributed the greatest percentage of overall serum PFAS concentrations with median and maximum concentrations of 4.5 ng/ml and 16.0 ng/ml, respectively. PFNA was present at the second highest median and maximum

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

concentrations of 2.2 ng/ml and 12.1 ng/ml, respectively. PFOA was present at a median concentration of 1 ng/ml and a maximum of 2.9 ng/ml.

All sampled homes had detectable concentrations of PBDEs in the dust (Table 2). Twenty-one individual congeners were present in 100% of dust samples. BDE-209 was present at the highest median concentration of 1,199.93 ng/g, followed by BDE-99 (362.98 ng/g) and BDE-47 (327.00 ng/g). BDE-47 and BDE-99 had the highest maximum concentrations of 98,799.98 ng/g and 136,999.98 ng/g, respectively. The maximum concentration of BDE-209 was 31,799.93 ng/g. Total PBDE concentrations ranged from 216.29 ng/g to 317,660.95 ng/g in dust samples. The highest concentrations of PBDEs in dust and serum were from the same home; serum and dust concentrations for these samples were approximately 40 and 50 times the interquartile range for ∑PBDEs, respectively.

Six PBDEs were detected in 100% of serum samples, and another 10 were present in at least 95% of serum samples (Table 2). BDE-47 and BDE-153 contributed the greatest percentage of overall PBDE body burden (Figure 2). BDE-47 was present at the highest maximum concentration (551.9 ng/g lw) of any PBDE. BDE-153 had a maximum concentration of 54.8 ng/g lw. BDEs 99, 100, 207 and 209 also contributed relatively large percentages of overall PBDE body burden (Figure 2). BDE-99 was present at a median of 1.71 ng/g lw and a maximum of 180.7 ng/g lw. BDE-209 was present at median and maximum concentrations of 3.01 ng/g lw and 46.4 ng/g lw, respectively.

### Associations between compounds in dust and serum samples

Overall there were relatively poor correlations between concentrations of individual PFASs in dust and in blood serum. Longer chain ( ≥8 carbon) carboxylates and sulfonates tended to make up the largest percentage of PFASs in serum samples (Fig. 1). PFOS was the predominant compound in both dust and serum samples, but there was no apparent relationship between dust and serum concentrations for either men or women (Table 3). PFNA was a major contributor to overall serum concentration, but a relatively minor contributor to overall dust concentration. Spearman's correlations do not suggest associations between concentrations of dust borne PFASs and serum PFASs (Table 3).

In both dust and blood samples, the signatures of technical penta-BDE and deca-BDE mixtures were apparent. The most prevalent PBDE congeners in serum also tended to be prevalent in dust samples (Fig. 2); the exception is BDE-153, which was present at relatively low concentrations in dust samples. There were associations between select PBDE congeners in dust and blood serum (Table 3). Specifically, the dust borne concentration of BDE-49 was significantly associated with serum concentrations in both men and women. Dust and serum concentrations of BDE-17/25, BDE-28/33, and BDE-47 were significantly associated in women, but only marginally associated ($p<0.10$) in men.

### Sentinel Fish

Blackfish and stickleback contained mutually exclusive subsets of PFASs. Three PFASs were detectable in stickleback samples: PFOS, PFNA, and PFOA (Table 4). PFNA was the most frequently detected PFAS in stickleback and PFNA concentrations were typically higher than PFOA concentrations in the same sample. Blackfish samples contained



DEC026

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

detectable concentrations of PFBS, PFHxS, and PFPeA. One blackfish contained PFBS at a concentration of 59.2 ng/g ww, the highest concentration of any PFAS found in fish during this study. Troutman Lake stickleback samples had substantially higher concentrations of PFASs than those in either the Suqi or the Tapi River. PFOS ranged from 10–16 ng/g ww in Troutman Lake samples, but was detectable in only one other stickleback sample at a concentration of 1.15 ng/g ww.

The predominant PBDE congeners in fish samples were major penta-BDE congeners; BDE-47, 49, 99, and 100 were detected in all fish samples (Table 5). While BDE-209 was not frequently detected in fish, it was present at relatively high concentrations when detected. Excluding the Troutman Lake samples, PBDE concentrations were in the low ng/g lw with no sample having a ∑-PBDE concentration above 100 ng/g lw. Stickleback from Troutman Lake had substantially higher concentrations of PBDEs than those detected in either the Suqi or the Tapi River. The three composite samples from Troutman Lake, representing thirty individual fish, had ∑PBDE of 1,176.44, 919.72 and 995.88 ng/g lw. BDE-209 was present in only one Troutman Lake stickleback sample at a concentration of 0.12 ng/g lw.

## DISCUSSION

Concentrations of PFASs in household dust on St. Lawrence Island appear to be on the lower end of those reported worldwide in other studies. With a few exceptions, PFAS concentrations in the current study were in the low ng/g range. Several studies have discussed the geographic variability in indoor PFAS concentrations, and there appears to be great variation in both the prevalence and concentrations of these compounds in household dust (Goosey and Harrad 2011; Knobeloch et al. 2012). Studies from the contiguous United States have reported substantially higher concentrations PFASs (Fraser et al. 2013; Wu et al. 2015). A study of PFASs in household dust from Flanders, Belgium reported concentrations (0.2 – 336 ng/g) similar to those reported in the current study; median concentrations for all PFASs, including PFOS, PFOA and PFNA, were below 1 ng/g (D'Hollander et al. 2010).

When compared to age and sex adjusted data from the National Health and Nutrition Examination Survey (NHANES) (CDC 2007) serum concentrations of PFASs in St Lawrence Island residents were comparable to levels found in the general U.S. population. Notable exceptions are that PFNA and PFUnDA were elevated among St. Lawrence Island residents. Median serum PFNA concentrations of St. Lawrence Island residents were 2.74 and 2.13 ng/ml for men and women, respectively, compared to 1.4 and 1.0 ng/ml for men and women participating in NHANES. The median PFUnDA concentrations of St. Lawrence Island residents were also higher (men=0.74 ng/ml; women=0.72 ng/ml) than both men and women in NHANES (0.14 ng/ml). Serum PFOS concentrations were slightly lower in St. Lawrence Island residents than those reported in Yupik women from the Yukon-Kuskokwim River Delta region of Alaska, and those in Inuit from Nunavik Canada (AMAP 2009). Serum PFOS and PFOA concentrations on St. Lawrence Island were on the low end of the range reported for other arctic populations (AMAP 2015). Serum PFAS concentrations appeared dissimilar to those reported in residents of the Faroe Islands, who also consume marine mammals. While serum PFOS and PFOA concentrations were higher among the

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Faroese, PFNA was present at higher concentrations among residents of St. Lawrence Island (Grandjean et al. 2012). The median concentration of PFNA was higher among St. Lawrence Island residents than among Inuit men from Greenland, while PFUnDA concentrations were similar (Lindh et al. 2012).

Overall concentrations of PBDEs in household dust from St. Lawrence Island were within the range of those found in the homes of the contiguous United States. Specifically, median concentration of BDE-209 in the current study (1,199 ng/g dust) is similar to the median concentration (1,200 ng/g dust) from a small study of dust collected from California homes (Dodson et al. 2012). However, the median values for other major congeners were higher in California. The median concentration of BDE-153 in dust in the current study was 58 ng/g compared to 150 ng/g in California; BDE-99 in the current study was 362 ng/g compared to 1,100 ng/g in California; and BDE-47 in the current study was 298 ng/g compared to 1,000 ng/g in California (Dodson et al. 2012). The major congeners of the commercial penta-BDE and deca-BDE mixtures were the major dust contaminants on St. Lawrence Island, which is similar to other studies in the U.S. (Meeker et al. 2009; Stapleton et al. 2005; Zota et al. 2008). Specifically, BDE-47, BDE-99 and BDE-209 were the predominant congeners in terms of both prevalence and percent of total concentration. Interestingly, BDE-209 made up a larger percentage of ∑PBDEs than typically found in U.S. dust samples (Kim et al. 2016). This could be explained partially by the earlier phase out of penta-BDE and octa-BDE. The PBDE concentrations in dust are similar to levels that have been associated with endocrine disruption (Meeker et al. 2009).

Compared to age and sex adjusted data from NHANES, serum concentrations of major PBDE congeners were lower on St. Lawrence Island than in the general U.S. population. The only exception was BDE-153, which appeared comparable in terms of median and range concentration. BDE-153 is known to be more resistant to metabolism than other congeners (Lupton et al. 2009). Compared to a population of Inuit men from Canada, select congeners appeared elevated among St. Lawrence Island residents (O'Brien et al. 2012). Geometric mean concentrations of BDE-153 and BDE-47 on St. Lawrence Island were higher, at 8.65 and 10.19 ng/g lw, respectively, than corresponding data from the Canadian Inuit population, at 2.05 and 2.16 ng/g lw, respectively (Dallaire et al. 2009). St. Lawrence Island residents had serum PBDE concentrations similar to those of Yupik women from the Yukon-Kuskokwim River delta region of Alaska from the period 2004–2006, the highest reported in the circumpolar Arctic. However, BDE-47, 99 and 100 were slightly higher in women from Yukon-Kuskokwim delta, while BDE-153 and 209 concentrations were higher among St. Lawrence Island residents (AMAP 2009). This may be due in part to the increased use of deca-BDE in the intervening years. Research in the Canadian Arctic indicated that PBDE levels are higher in young Inuit children than in Inuit adults (O'Brien et al. 2012).

## Sentinel Fish

Stickleback from Troutman Lake had exceptionally high ∑PBDE and ∑PFAS concentrations. ∑PBDE concentrations are comparable to the range observed in pilot whales from the Faroe Islands (Rotander et al. 2012b), and several higher trophic level fish

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

species from California (Brown et al. 2006). In all three composite stickleback samples, BDE-47 contributed over 50% of the ∑PBDE concentration. PFOS and PFNA concentrations were also high in Troutman Lake stickleback samples, within the range reported for beluga whale liver samples from Alaska and other arctic regions (Reiner et al. 2011). However, substantially higher concentrations of PFASs have been reported in liver from polar bears from Alaska, and in whole body fish samples from US rivers (Kannan et al. 2005; Ye et al. 2008). Given the comparatively high concentrations of PBDEs and PFASs it is probable that stickleback from Troutman Lake are exposed to a local source of PFASs and PBDEs. While the source has not yet been investigated, contaminants may be leaching from local landfills. Village and military landfills and Troutman Lake are located on a cobble spit; this substrate may facilitate leaching of contaminants from the landfills.

Blackfish and stickleback samples contained mutually exclusive sub-sets of PFASs, even when collected from the same waters. The most frequently detected PFASs in stickleback were PFOA, PFOS, and PFNA. These compounds were also the predominant compounds in human sera samples in this study. PFOS and PFNA are commonly detected in marine biota from the circumpolar Arctic, and are likely present in traditional foods harvested on St. Lawrence Island (Butt et al. 2010). Stickleback appear to be an appropriate sentinel species for human exposure to PFASs in this region of the Arctic. In blackfish, PFBS was both the most frequently detected and present at the highest concentrations. Blackfish are resident freshwater species, while stickleback may be freshwater, anadromous, or marine. Blackfish from the upstream section of the Suqi River had higher concentrations of PFBS than those in the downstream section. Differences in metabolism and excretion of PFASs between species cannot be ruled out as the cause of the different body burdens. PFBS was not detected in any human sera samples.

A blackfish from the upstream section of the Suqi River contained PFBS at a concentration of 59.2 ng/g ww, the single highest concentration of any PFAS detected in either species of fish. PFBS is a degradation product of perfluorbutane sulfonyl fluoride compounds which are used as replacements for perfluorosulfonates, such as PFOS (D'Eon et al. 2006; Wang et al. 2013). The only other compound frequently detected in blackfish was PFHxS. Importantly, both PFBS and PFHxS appear to be increasing in concentration in humans (Glynn et al. 2012). Blackfish may be early indicators that these compounds are transported to the Arctic and bioaccumulate in animals.

Excluding Troutman Lake samples, overall ∑PBDE concentrations in sentinel fish were similar to those reported in other arctic fish species (Letcher et al. 2010). Both stickleback and blackfish samples contained principally penta-BDE congeners, with lower concentrations of technical deca-BDE congeners. There were no apparent differences in accumulation of PBDEs between the fish species. Results from sentinel fish suggest that human dietary exposure from locally harvested aquatic animals is likely to be dominated by penta-BDE congeners.

### Sources of exposure

Overall PFAS concentrations were low in dust samples. Longer chained PFASs were detected more frequently in serum and were present at higher concentrations than short

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



chained PFASs. Short chained perfluorinated carboxylates are less bioaccumulative than those with long chains (Lasier et al. 2011). The low concentrations of PFASs in household dust, and overall weak correlations between PFASs in household dust and serum, suggest that people are exposed to other sources of these compounds. However, research into dietary exposure and other potential pathways would be necessary to test this hypothesis. The presence of PFAS in fish from remote sites is suggestive of atmospheric deposition.

Serum samples contained relatively high concentrations of odd numbered carbon chain PFASs, such as PFNA and PFUnDA. This pattern has been observed in arctic biota (Martin et al. 2004; Reiner et al. 2011) and is consistent with the hypothesis that global transport and transformation of fluorotelomer alcohols is the source of these compounds (Ellis et al. 2004). In the Faroe Islands the consumption of whale meat appears to be positively associated with serum PFOS and PFNA concentrations (Weihe et al. 2008). The presence of PFNA in stickleback samples provides evidence that this compound is accumulating in the local biota.

The dust and serum concentrations for a small number of PBDEs were weakly but significantly correlated. This suggests that dust may be a source of exposure, however this was not directly measured. The strength of the correlation is weak compared those reported from other adult populations (Johnson et al. 2010). It may be that dust is a less important route of exposure in this population than those in the contiguous United States. It is clear from sentinel fish data that major penta-BDE congeners bioaccumulate in local arctic biota and thus may be present in traditional foods. PBDEs were detected in fish from remote sites which suggests atmospheric deposition. Stickleback data suggest a point source of PBDEs and PFASs near the village of Gambell, possibly a local landfill. It is unclear to what extent residents could be exposed through this mechanism.

## Limitations

This study sample is non-random. The data are cross-sectional and there is no assurance that a single dust sample is representative of historical indoor exposure. Small sample size limits statistical power to detect associations. While dust is known to be a significant source of exposure to PBDEs, it is not thought to be a significant source of PFASs. Indoor air samples would provide a more complete picture of indoor PFAS exposure. We cannot differentiate between exposure to PFASs and exposure to precursors such as fluorotelemer alcohols. As such, fluorotelemer alcohols may be an uncharacterized source of exposure. Deca-congeners are difficult to measure accurately because they can degrade during analysis (Stapleton 2006). Deca-BDE is also present at relatively high concentrations in indoor environments relative to serum, which poses a risk of sample contamination; these factors decrease confidence in concentration estimates. Dust samples were extracted directly from the filter without sieving; this could introduce fragments of commercial products that contain high concentrations of target analytes. Dietary exposure was not assessed. Composite samples of stickleback were necessary due to the small mass of individual fish; however, this method makes it impossible to determine the level of contamination of individual fish. A matrix spike for PFBS was outside the ideal recovery range (124%) in the analytical batch that contained the highest PFBS concentration. PFBS concentrations in these samples were

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

probably overestimated; however, PFBS was detected in blackfish from other analytical batches with spike recoveries within 80–120%. No lab blanks contained detectable concentrations of PFBS.

## CONCLUSION

Locally collected stickleback indicate a point source of PBDE and PFAS pollution near Gambell, while the lower concentration of these compounds in fish collected elsewhere on the island also suggest that both PFASs and PBDEs are present due to atmospheric deposition. Concentrations of PFASs in household dust from St. Lawrence Island are among the lowest reported in the literature. The proportion of PFNA is enriched in serum as compared to dust. PFNA and PFUnDA are elevated compared to the U.S. general population. Long-range transport of fluorotelomer alcohols and bioaccumulation in traditional foods may explain this pattern. PFNA is commonly detected in resident stickleback. PFBS is present in blackfish from St. Lawrence Island, but is not detectable in human serum. Concentrations of PBDEs in dust on St. Lawrence Island are within the range of previously published reports for the United States. Although within the range reported in the U.S., serum PBDE concentrations are above those of Canadian Inuit populations. Controlling exposure from household dust may reduce overall exposure to PBDEs in arctic homes. PFAS exposure is not likely to be significantly affected by dust mitigation strategies.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgements

This study was supported by the National Institute of Environmental Health Sciences (NIH R01ES019620). The authors would like to thank the many individuals who contributed to accomplishing this research including Jane Kava, Jesse Gologergen, Erika Apatiki, Kristi Apangalook, Tiffany Immingan, Millie Kingeekuk, Susie Booshu, Sharon Campbell-Aningayou, Naomi Madsen, Shelley Klein-Apatiki, Carolyn Kava, Carol Gologergen, Bobby Ungwiluk, Kevin Zweifel, and Heidi Zimmer. The authors also thank Dr. Erin Bell, Dr. Michael Bloom, Dr. Kurunthachalam Kannan, and Dr. Lawrence Schell at the University at Albany, as well as anonymous reviewers, for their comments on the manuscript.

## References

Allen JG, McClean MD, Stapleton HM, Nelson JW, Webster TF. 2007 Personal Exposure to Polybrominated Diphenyl Ethers (PBDEs) in Residential Indoor Air. Environmental Science & Technology 41:4574–4579. [PubMed: 17695899]

AMAP. 2009 Assessment 2009: Human health in the Arctic. Oslo, Norway:Arctic Monitoring and Asessment Programme (AMAP).

AMAP. 2015 AMAP Assessment 2015: Human health in the Arctic. Oslo, Norway.

AXYS Analytical Services Ltd. 2014a Summary of AXYS Method MLA-042 Rev 09 Ver 06: Analytical Procedure for the Analysis of Perfluorinated Organic Compounds in Blood Serum by LC MS/MS

AXYS Analytical Services Ltd. 2014b Summary of AXYS Method MLA-041 Rev. 09 Ver. 03: Analytical Procedure for the Analysis of Perfluorinated Organic Compounds in Solid Samples by LC-MS/MS

Case: 24-7497, 06/06/2025, DktEntry: 25.3, Page 34 of 118



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

AXYS Analytical Services Ltd. 2015 Summary of AXYS method mla-033 rev. 06 ver. 03: Analytical method for the determination of brominated diphenyl ethers (BDE) and other brominated flame retardants (BFR).

Ballesteros V, Costa O, Iñiguez C, Fletcher T, Ballester F, Lopez-Espinosa M-J. 2016 Exposure to perfluoroalkyl substances and thyroid function in pregnant women and children: A systematic review of epidemiologic studies. Environment International.

Brown FR, Winkler J, Visita P, Dhaliwal J, Petreas M. 2006 Levels of PBDEs, PCDDs, PCDFs, and coplanar PCBs in edible fish from California coastal waters. Chemosphere 64:276–286. [PubMed: 16455130]

Butt CM, Berger U, Bossi R, Tomy GT. 2010 Levels and trends of poly- and perfluorinated compounds in the arctic environment. Science of the Total Environment 408:2936–2965. [PubMed: 20493516]

CDC. 2007 National Health and Nutrition Examination Survey Data. Hyattsville, MD: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

D'Eon JC, Hurley MD, Wallington TJ, Mabury SA. 2006 Atmospheric chemistry of N-methyl perfluorobutane sulfonamidoethanol, C4F9SO2N(CH3)CH2CH2OH: kinetics and mechanism of reaction with OH. Environ Sci Technol 40:1862–1868. [PubMed: 16570609]

D'Hollander W, Roosens L, Covaci A, Cornelis C, Reynders H, Campenhout KV, et al. 2010 Brominated flame retardants and perfluorinated compounds in indoor dust from homes and offices in Flanders, Belgium. Chemosphere 81:478–487. [PubMed: 20709355]

Dallaire R, Dewailly E, Pereg D, Dery S, Ayotte P. 2009 Thyroid function and plasma concentrations of polyhalogenated compounds in Inuit adults. Environ Health Perspect 117:1380–1386. [PubMed: 19750101]

Dodson RE, Perovich LJ, Covaci A, Van den Eede N, Ionas AC, Dirtu AC, et al. 2012 After the PBDE Phase-Out: A Broad Suite of Flame Retardants in Repeat House Dust Samples from California. Environmental Science & Technology 46:13056–13066. [PubMed: 23185960]

Ellis DA, Martin JW, De Silva AO, Mabury SA, Hurley MD, Sulbaek Andersen MP, et al. 2004 Degradation of Fluorotelomer Alcohols: A Likely Atmospheric Source of Perfluorinated Carboxylic Acids. Environmental Science & Technology 38:3316–3321. [PubMed: 15260330]

Fraser AJ, Webster TF, Watkins DJ, Strynar MJ, Kato K, Calafat AM, et al. 2013 Polyfluorinated compounds in dust from homes, offices, and vehicles as predictors of concentrations in office workers' serum. Environ Int 60:128–136. [PubMed: 24041736]

Glynn A, Berger U, Bignert A, Ullah S, Aune M, Lignell S, et al. 2012 Perfluorinated Alkyl Acids in Blood Serum from Primiparous Women in Sweden: Serial Sampling during Pregnancy and Nursing, And Temporal Trends 1996–2010. Environmental Science & Technology 46:9071–9079. [PubMed: 22770559]

Goosey E, Harrad S. 2011 Perfluoroalkyl compounds in dust from Asian, Australian, European, and North American homes and UK cars, classrooms, and offices. Environment International 37:86–92. [PubMed: 20810169]

Grandjean P, Andersen E, Budtz-Jørgensen E, et al. 2012 SErum vaccine antibody concentrations in children exposed to perfluorinated compounds. Jama 307:391–397. [PubMed: 22274686]

Johnson PI, Stapleton HM, Sjodin A, Meeker JD. 2010 Relationships between Polybrominated Diphenyl Ether Concentrations in House Dust and Serum. Environmental Science & Technology 44:5627–5632. [PubMed: 20521814]

Jones AP. 1999 Indoor air quality and health. Atmospheric Environment 33:4535–4564.

Kannan K, Yun SH, Evans TJ. 2005 Chlorinated, brominated, and perfluorinated contaminants in livers of polar bears from Alaska. Environmental Science & Technology 39:9057–9063. [PubMed: 16382925]

Kelly BC, Ikonomou MG, Blair JD, Gobas FA. 2008 Bioaccumulation behaviour of polybrominated diphenyl ethers (PBDEs) in a Canadian Arctic marine food web. Science of the Total Environment 401:60–72. [PubMed: 18538377]

Kim S-K, Kim K-S, Sang HH. 2016 Overview on relative importance of house dust ingestion in human exposure to polybrominated diphenyl ethers (PBDEs): International comparison and Korea as a case. Science of The Total Environment 571:82–91. [PubMed: 27471979]

Author Manuscript Author Manuscript Author Manuscript Author Manuscript


Knobeloch L, Imm P, Anderson H. 2012 Perfluoroalkyl chemicals in vacuum cleaner dust from 39 Wisconsin homes. Chemosphere 88:779–783. [PubMed: 22542201]

Lam J, Koustas E, Sutton P, Johnson PI, Atchley DS, Sen S, et al. 2014 The Navigation Guide - evidence-based medicine meets environmental health: integration of animal and human evidence for PFOA effects on fetal growth. Environ Health Perspect 122:1040–1051. [PubMed: 24968389]

Lasier PJ, Washington JW, Hassan SM, Jenkins TM. 2011 Perfluorinated chemicals in surface waters and sediments from northwest Georgia, USA, and their bioaccumulation in Lumbriculus variegatus. Environ Toxicol Chem 30:2194–2201. [PubMed: 21766321]

Letcher RJ, Bustnes JO, Dietz R, Jenssen BM, Jorgensen EH, Sonne C, et al. 2010 Exposure and effects assessment of persistent organohalogen contaminants in arctic wildlife and fish. Sci Total Environ 408:2995–3043. [PubMed: 19910021]

Liberda EN, Wainman BC, Leblanc A, Dumas P, Martin I, Tsuji LJ. 2011 Dietary exposure of PBDEs resulting from a subsistence diet in three First Nation communities in the James Bay Region of Canada. Environ Int 37:631–636. [PubMed: 21255843]

Linares V, Belles M, Domingo JL. 2015 Human exposure to PBDE and critical evaluation of health hazards. Archives of Toxicology 89:335–356. [PubMed: 25637414]

Lindh CH, Rylander L, Toft G, Axmon A, Rignell-Hydbom A, Giwercman A, et al. 2012 Blood serum concentrations of perfluorinated compounds in men from Greenlandic Inuit and European populations. Chemosphere 88:1269–1275. [PubMed: 22494529]

Lupton SJ, McGarrigle BP, Olson JR, Wood TD, Aga DS. 2009 Human liver microsome-mediated metabolism of brominated diphenyl ethers 47, 99, and 153 and identification of their major metabolites. Chemical Research in Toxicology 22:1802–1809. [PubMed: 19835403]

Martin JW, Smithwick MM, Braune BM, Hoekstra PF, Muir DCG, Mabury SA. 2004 Identification of Long-Chain Perfluorinated Acids in Biota from the Canadian Arctic. Environmental Science & Technology 38:373–380. [PubMed: 14750710]

Meeker JD, Johnson PI, Camann D, Hauser R. 2009 Polybrominated diphenyl ether (PBDE) concentrations in house dust are related to hormone levels in men. Science of the Total Environment 407:3425–3429. [PubMed: 19211133]

Noyes PD, Stapleton HM. 2014 PBDE flame retardants. Endocrine Disruptors 2:e29430.

O'Brien HT, Blanchet R, Gagné D, Lauzière J, Vézina C, Vaissière É, et al. 2012 Exposure to Toxic Metals and Persistent Organic Pollutants in Inuit Children Attending Childcare Centers in Nunavik, Canada. Environmental Science & Technology 46:4614–4623. [PubMed: 22420632]

Ostertag SK, Tague BA, Humphries MM, Tittlemier SA, Chan HM. 2009 Estimated dietary exposure to fluorinated compounds from traditional foods among Inuit in Nunavut, Canada. Chemosphere 75:1165–1172. [PubMed: 19342075]

Phillips DL, Pirkle JL, Burse VW, Bernert JT Jr., Henderson LO, Needham LL. 1989 Chlorinated hydrocarbon levels in human serum: effects of fasting and feeding. Archives of environmental contamination and toxicology 18:495–500. [PubMed: 2505694]

Reiner JL, O'Connell SG, Moors AJ, Kucklick JR, Becker PR, Keller JM. 2011 Spatial and temporal trends of perfluorinated compounds in beluga whales (Delphinapterus leucas) from Alaska. Environmental Science & Technology 45:8129–8136. [PubMed: 21309595]

Rotander A, Kärrman A, Bavel Bv, Polder A, Rigét F, Auðunsson GA, et al. 2012a Increasing levels of long-chain perfluorocarboxylic acids (PFCAs) in Arctic and North Atlantic marine mammals, 1984–2009. Chemosphere 86:278–285. [PubMed: 22051347]

Rotander A, van Bavel B, Polder A, Rigét F, Auðunsson GA, Gabrielsen GW, et al. 2012b Polybrominated diphenyl ethers (PBDEs) in marine mammals from Arctic and North Atlantic regions, 1986–2009. Environment International 40:102–109. [PubMed: 21802148]

Rudel RA, Camann DE, Spengler JD, Korn LR, Brody JG. 2003 Phthalates, Alkylphenols, Pesticides, Polybrominated Diphenyl Ethers, and Other Endocrine-Disrupting Compounds in Indoor Air and Dust. Environmental Science & Technology 37:4543–4553. [PubMed: 14594359]

Stapleton HM, Dodder NG, Offenberg JH, Schantz MM, Wise SA. 2005 Polybrominated Diphenyl Ethers in House Dust and Clothes Dryer Lint. Environmental Science & Technology 39:925–931. [PubMed: 15773463]

Author Manuscript Author Manuscript Author Manuscript Author Manuscript


Stapleton HM. 2006 Instrumental methods and challenges in quantifying polybrominated diphenyl ethers in environmental extracts: a review. Analytical and Bioanalytical Chemistry 386:807–817. [PubMed: 17165211]

Stapleton HM, Eagle S, Sjödin A, Webster TF. 2012 Serum PBDEs in a North Carolina Toddler Cohort: Associations with Handwipes, House Dust, and Socioeconomic Variables. Environmental Health Perspectives 120:1049–1054. [PubMed: 22763040]

Steenland K, Fletcher T, Savitz DA. 2010 Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA). Environ Health Perspect 118:1100–1108. [PubMed: 20423814]

Sundell J 2004 On the history of indoor air quality and health. Indoor air 14:51–58.

Wang Z, Cousins IT, Scheringer M, Hungerbühler K. 2013 Fluorinated alternatives to long-chain perfluoroalkyl carboxylic acids (PFCAs), perfluoroalkane sulfonic acids (PFSAs) and their potential precursors. Environment International 60:242–248. [PubMed: 24660230]

Weihe P, Kato K, Calafat AM, Nielsen F, Wanigatunga AA, Needham LL, et al. 2008 Serum Concentrations of Polyfluoroalkyl Compounds in Faroese Whale Meat Consumers. Environmental Science & Technology 42:6291–6295. [PubMed: 18767701]

Welfinger-Smith G, Minholz JL, Byrne S, Waghiyi V, Gologergen J, Kava J, et al. 2011 Organochlorine and metal contaminants in traditional foods from St. Lawrence Island, Alaska. Journal of Toxicology and Environmental Health, Part A 74:1195–1214. [PubMed: 21797772]

Wu X, Bennett DH, Calafat AM, Kato K, Strynar M, Andersen E, et al. 2015 Serum concentrations of perfluorinated compounds (PFC) among selected populations of children and Adults in California. Environmental research 136:264–273. [PubMed: 25460645]

Ye X, Strynar MJ, Nakayama SF, Varns J, Helfant L, Lazorchak J, et al. 2008 Perfluorinated compounds in whole fish homogenates from the Ohio, Missouri, and Upper Mississippi Rivers, USA. Environmental Pollution 156:1227–1232. [PubMed: 18455845]

Zota AR, Rudel RA, Morello-Frosch RA, Brody JG. 2008 Elevated house dust and serum concentrations of PBDEs in California: unintended consequences of furniture flammability standards? Environmental Science & Technology 42:8158–8164. [PubMed: 19031918]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript






**Figure 1:**
Relative concentrations of PFASs in dust and serum.



DEC035

Author Manuscript






**Figure 2:**
Relative concentrations of PBDEs in dust and serum.

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

**Table 1:**

Descriptive statistics for PFASs.

| | Dust (ng/g) (n=49) | | | | | Serum (ng/ml) (n=85) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **25th** | **50th** | **75th** | **95th** | **% detect** | **25th** | **50th** | **75th** | **95th** | **% detect** |
| **PFOA** | 0.34 | 0.76 | 1.74 | 3.37 | 80 | 0.75 | 1.01 | 1.44 | 2.14 | 92 |
| **PFNA** | <LOD | <LOD | 0.41 | 1.93 | 35 | 1.44 | 2.21 | 4.18 | 7.35 | 99 |
| **PFDA** | <LOD | <LOD | <LOD | 2.16 | 24 | <LOD | <LOD | 0.66 | 1.06 | 39 |
| **PFUnDA** | <LOD | <LOD | <LOD | 0.38 | 10 | <LOD | 0.72 | 1.04 | 1.72 | 72 |
| **PFHxS** | <LOD | <LOD | 0.41 | 3.13 | 27 | <LOD | <LOD | 1.07 | 2.74 | 32 |
| **PFOS** | <LOD | 1.40 | 3.62 | 23.56 | 71 | 3.03 | 4.55 | 6.50 | 12.32 | 99 |

LOD=level of detection; % detect=percent of samples above.



DEC037

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 2:**

Descriptive statistics for PBDEs.

| | Dust (ng/g) (n=49) | | | | | Serum (ng/g lipid) (n=85) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **25th** | **50th** | **75th** | **95th** | **% detect** | **25th** | **50th** | **75th** | **95th** | **% detect** |
| **BDE-15** | 0.06 | 0.12 | 0.26 | 0.79 | 100 | 0.06 | 0.08 | 0.13 | 0.30 | 100 |
| **BDE-17/25** | 0.89 | 1.58 | 4.41 | 15.86 | 100 | 0.02 | 0.03 | 0.05 | 0.09 | 95 |
| **BDE-28/33** | 2.44 | 4.34 | 13.23 | 50.70 | 100 | 0.40 | 0.65 | 0.98 | 2.25 | 100 |
| **BDE-37** | 0.03 | 0.06 | 0.14 | 0.41 | 94 | <LOD | <LOD | <LOD | 0.02 | 28 |
| **BDE-47** | 170.97 | 327.00 | 1052.45 | 4599.99 | 100 | 5.95 | 9.25 | 16.94 | 34.14 | 99 |
| **BDE-49** | 3.91 | 7.43 | 27.55 | 168.20 | 100 | 0.04 | 0.06 | 0.10 | 0.21 | 95 |
| **BDE-51** | 0.44 | 0.93 | 3.49 | 20.78 | 100 | <LOD | <LOD | 0.01 | 0.02 | 45 |
| **BDE-66** | 3.27 | 7.87 | 24.50 | 172.20 | 100 | 0.03 | 0.07 | 0.11 | 0.26 | 92 |
| **BDE-71** | 0.45 | 0.90 | 3.28 | 15.06 | 98 | <LOD | <LOD | <LOD | 0.02 | 25 |
| **BDE-75** | 0.17 | 0.45 | 1.69 | 7.03 | 96 | <LOD | 0.01 | 0.02 | 0.04 | 61 |
| **BDE-79** | <LOD | 0.07 | 0.31 | 2.21 | 63 | <LOD | <LOD | <LOD | 0.02 | 15 |
| **BDE-85** | 11.60 | 29.90 | 118.50 | 1058.00 | 100 | 0.09 | 0.18 | 0.35 | 0.87 | 91 |
| **BDE-99** | 203.98 | 362.98 | 1684.97 | 6583.99 | 100 | 0.87 | 1.71 | 3.61 | 8.34 | 89 |
| **BDE-100** | 42.40 | 93.10 | 323.25 | 1350.00 | 100 | 1.19 | 2.11 | 3.53 | 8.27 | 98 |
| **BDE-119/120** | 0.44 | 1.03 | 3.90 | 14.60 | 94 | <LOD | <LOD | 0.03 | 0.06 | 44 |
| **BDE-126** | <LOD | 0.14 | 0.43 | 2.54 | 65 | <LOD | <LOD | <LOD | 0.01 | 9 |
| **BDE-128** | 0.12 | 0.26 | 1.08 | 6.88 | 88 | <LOD | <LOD | 0.04 | 0.08 | 39 |
| **BDE-138/166** | 4.07 | 9.97 | 34.35 | 263.80 | 100 | 0.01 | 0.04 | 0.07 | 0.18 | 80 |
| **BDE-140** | 0.92 | 2.37 | 7.89 | 61.56 | 100 | 0.03 | 0.05 | 0.07 | 0.18 | 96 |
| **BDE-153** | 25.60 | 58.70 | 208.25 | 825.40 | 100 | 5.06 | 9.60 | 12.92 | 25.95 | 100 |
| **BDE-154** | 17.50 | 41.70 | 147.25 | 603.40 | 100 | 0.10 | 0.16 | 0.36 | 0.79 | 95 |
| **BDE-155** | 1.16 | 2.41 | 8.01 | 53.98 | 100 | 0.02 | 0.03 | 0.05 | 0.10 | 92 |
| **BDE-183** | 2.52 | 5.42 | 9.72 | 50.68 | 100 | 0.11 | 0.18 | 0.32 | 1.08 | 100 |
| **BDE-190** | <LOD | <LOD | <LOD | 1.83 | 18 | <LOD | 0.06 | 0.10 | 0.31 | 58 |
| **BDE-203** | 2.43 | 4.63 | 8.65 | 27.01 | 100 | 0.17 | 0.30 | 0.49 | 1.29 | 100 |
| **BDE-206** | 31.96 | 67.60 | 114.50 | 468.38 | 100 | 0.20 | 0.38 | 0.65 | 2.11 | 99 |
| **BDE-207** | 44.50 | 98.09 | 191.67 | 738.50 | 100 | 1.15 | 2.00 | 4.09 | 9.60 | 100 |
| **BDE-208** | 35.54 | 64.00 | 124.20 | 451.74 | 100 | 0.37 | 0.58 | 1.12 | 3.70 | 99 |
| **BDE-209** | 693.00 | 1199.93 | 1885.00 | 8959.52 | 100 | 1.79 | 3.01 | 6.54 | 16.51 | 99 |

LOD=level of detection; % detect=percent of samples above LOD.



DEC038

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 3:**

Spearman's correlation coefficients between chemical concentrations in dust and serum.

| | **Women (n=47)** | | **Men (n=38)** | |
|---|---|---|---|---|
| | $r_s$ | **p-value** | $r_s$ | **p-value** |
| **PFOA** | −0.008 | 0.95 | −0.10 | 0.56 |
| **PFNA** | −0.20 | 0.17 | −0.30 | 0.06 |
| **PFUnDA** | 0.09 | 0.53 | 0.01 | 0.94 |
| **PFOS** | 0.06 | 0.64 | 0.11 | 0.51 |
| | | | | |
| **BDE-15** | 0.13 | 0.37 | 0.28 | 0.09 |
| **BDE-17/25** | 0.33 | **0.02** | 0.06 | 0.07 |
| **BDE-28/33** | 0.34 | **0.02** | 0.29 | 0.08 |
| **BDE-47** | 0.33 | **0.02** | 0.30 | 0.07 |
| **BDE-49** | 0.42 | **<0.005** | 0.39 | **0.02** |
| **BDE-66** | 0.20 | 0.15 | 0.20 | 0.23 |
| **BDE-75** | 0.25 | 0.07 | 0.18 | 0.29 |
| **BDE-85** | 0.17 | 0.25 | 0.26 | 0.12 |
| **BDE-99** | 0.18 | 0.24 | 0.18 | 0.28 |
| **BDE-100** | 0.20 | 0.18 | 0.17 | 0.30 |
| **BDE-138/166** | 0.1 | 0.47 | 0.02 | 0.87 |
| **BDE-140** | −0.05 | 0.72 | 0.00 | 0.99 |
| **BDE-153** | 0.70 | 0.65 | −0.09 | 0.59 |
| **BDE-154** | 0.15 | 0.33 | 0.17 | 0.30 |
| **BDE-155** | 0.03 | 0.82 | 0.11 | 0.51 |
| **BDE-183** | −0.12 | 0.41 | −0.17 | 0.30 |
| **BDE-203** | −0.09 | 0.53 | 0.06 | 0.71 |
| **BDE-206** | 0.02 | 0.92 | 0.19 | 0.26 |
| **BDE-207** | 0.12 | 0.39 | 0.17 | 0.30 |
| **BDE-208** | 0.08 | 0.59 | 0.14 | 0.39 |
| **BDE-209** | 0.14 | 0.33 | 0.26 | 0.11 |



DEC039

**Table 4:**

Descriptive statistics for PFASs in sentinel fish (ng/g ww)

| Stickleback | | | Blackfish | | |
|---|---|---|---|---|---|
| Troutman Lake ($n_c$ =3) | | | Suqi River (n=29) | | |
| PFOA | PFNA | PFOS | PFHxA | PFBS | PFPeA |
| 0.85 | 2.72 | 10.10 | 1.77 | <LOD | <LOD |
| 1.25 | 3.44 | 11.70 | 0.608 | 10.1 | <LOD |
| 1.51 | 4.13 | 16.10 | 0.6 | 9.99 | <LOD |
| | | | 0.463 | <LOD | <LOD |
| | | | 0.598 | 7.45 | <LOD |
| Suqi River ($n_c$ =9) | | | 0.638 | 10 | <LOD |
| PFOA | PFNA | PFOS | 0.617 | 1.59 | <LOD |
| <LOD | <LOD | <LOD | 0.476 | <LOD | <LOD |
| 0.55 | 0.85 | 1.15 | 0.7 | <LOD | <LOD |
| 0.65 | 0.51 | <LOD | 0.841 | <LOD | <LOD |
| <LOD | <LOD | <LOD | 0.669 | <LOD | <LOD |
| 0.58 | 0.83 | <LOD | 0.627 | <LOD | <LOD |
| <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| <LOD | 1.52 | <LOD | 0.75 | 16.3 | <LOD |
| <LOD | <LOD | <LOD | 0.661 | 17.4 | <LOD |
| <LOD | 0.59 | <LOD | <LOD | 2.46 | <LOD |
| | | | <LOD | 2.3 | <LOD |
| | | | <LOD | 4.98 | <LOD |
| Tapi River ($n_c$ =2) | | | <LOD | 16.9 | <LOD |
| PFOA | PFNA | PFOS | <LOD | 2.98 | <LOD |
| <LOD | <LOD | <LOD | <LOD | 59.2 | <LOD |
| 0.57 | 0.78 | <LOD | <LOD | 16.8 | 0.82 |
| | | | <LOD | <LOD | <LOD |
| | | | <LOD | <LOD | <LOD |
| | | | <LOD | <LOD | <LOD |
| | | | <LOD | <LOD | <LOD |
| | | | <LOD | <LOD | <LOD |
| | | | <LOD | <LOD | <LOD |
| | | | <LOD | <LOD | <LOD |

LOD=level of detection; nc=number of composite samples, each composed of ~10 stickleback

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

Case: 24-7497, 06/06/2025, DktEntry: 25.3, Page 43 of 118



Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Table 5:**

Descriptive statistics for PBDEs in sentinel fish (ng/g lipid)

| | Troutman Lake Stickleback ($n_c$=3) | | | Tapi River Stickleback ($n_c$=2) | | Suqi River Stickleback ($n_c$=10) | | | | Suqi River Blackfish (n=41) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **C1** | **C2** | **C3** | **C1** | **C2** | **median** | **min** | **max** | **% detect** | **median** | **min** | **max** | **% detect** |
| **BDE-15** | 2.83 | 2.25 | 1.90 | 0.01 | 0.00 | 0.00 | <LOD | 0.03 | 50 | <LOD | <LOD | 0.03 | 15 |
| **BDE-17/ 25** | 9.68 | 8.47 | 10.04 | <LOD | <LOD | <LOD | <LOD | 0.08 | 40 | <LOD | <LOD | 0.07 | 32 |
| **BDE-28/33** | 39.16 | 33.60 | 30.43 | 0.05 | 0.03 | 0.02 | 0.01 | 0.07 | 100 | 0.03 | <LOD | 0.13 | 76 |
| **BDE-37** | 0.74 | 0.66 | 0.62 | <LOD | <LOD | <LOD | <LOD | 0.02 | 20 | <LOD | <LOD | 0.07 | 34 |
| **BDE-47** | 650.17 | 502.92 | 525.45 | 2.12 | 0.79 | 0.57 | 0.30 | 1.14 | 100 | 0.90 | 0.32 | 5.90 | 100 |
| **BDE-49** | 111.33 | 91.25 | 97.45 | 0.42 | 0.34 | 0.25 | 0.10 | 0.55 | 100 | 0.25 | 0.05 | 1.14 | 100 |
| **BDE-51** | 0.67 | 0.64 | 0.47 | 0.01 | <LOD | <LOD | <LOD | 0.04 | 10 | <LOD | <LOD | 0.01 | 2 |
| **BDE-66** | 10.29 | 8.86 | 6.02 | 0.04 | <LOD | <LOD | <LOD | 0.19 | 30 | <LOD | <LOD | 0.13 | 32 |
| **BDE-71** | 1.59 | 2.13 | 4.94 | <LOD | <LOD | <LOD | <LOD | 0.05 | 20 | <LOD | <LOD | 0.03 | 10 |
| **BDE-75** | 0.80 | 0.70 | 0.52 | <LOD | <LOD | <LOD | <LOD | <LOD | 0 | <LOD | <LOD | 0.03 | 5 |
| **BDE-79** | 0.39 | 0.43 | <LOD | 0.03 | <LOD | <LOD | <LOD | 0.01 | 10 | <LOD | <LOD | 0.05 | 22 |
| **BDE-85** | 0.09 | 0.07 | 0.29 | 0.01 | <LOD | <LOD | <LOD | 0.01 | 40 | 0.02 | <LOD | 0.38 | 54 |
| **BDE-99** | 170.36 | 133.13 | 168.01 | 0.41 | 0.30 | 0.31 | 0.20 | 0.98 | 100 | 0.49 | 0.03 | 6.85 | 100 |
| **BDE-100** | 124.61 | 94.42 | 102.32 | 0.38 | 0.14 | 0.14 | 0.05 | 0.19 | 100 | 0.16 | 0.06 | 1.45 | 100 |
| **BDE-119/120** | 1.85 | 1.38 | 3.17 | 0.03 | <LOD | <LOD | <LOD | 0.03 | 20 | <LOD | <LOD | 0.06 | 5 |
| **BDE-126** | 0.20 | 0.15 | <LOD | 0.01 | <LOD | <LOD | <LOD | <LOD | 0 | <LOD | <LOD | <LOD | 0 |
| **BDE-128** | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | 0 | <LOD | <LOD | <LOD | 0 |
| **BDE-138/166** | 0.02 | 0.02 | 0.09 | <LOD | <LOD | <LOD | <LOD | <LOD | 0 | <LOD | <LOD | 0.58 | 5 |
| **BDE-140** | 0.08 | 0.06 | 0.10 | <LOD | <LOD | <LOD | <LOD | <LOD | 0 | <LOD | <LOD | <LOD | 0 |
| **BDE-153** | 14.94 | 11.82 | 14.87 | 0.06 | 0.05 | 0.04 | <LOD | 0.08 | 90 | 0.06 | <LOD | 0.54 | 73 |
| **BDE-154** | 33.00 | 24.25 | 27.02 | 0.14 | 0.08 | 0.07 | <LOD | 0.10 | 90 | 0.09 | <LOD | 0.50 | 90 |
| **BDE-155** | 1.55 | 1.17 | 1.52 | 0.05 | 0.01 | 0.01 | <LOD | 0.03 | 60 | <LOD | <LOD | 0.04 | 12 |
| **BDE-183** | 0.01 | 0.01 | <LOD | 0.01 | 0.04 | <LOD | <LOD | 0.04 | 20 | <LOD | <LOD | 0.32 | 37 |
| **BDE-190** | <LOD | <LOD | <LOD | 0.01 | <LOD | <LOD | <LOD | <LOD | 0 | <LOD | <LOD | 0.02 | 5 |
| **BDE-203** | <LOD | <LOD | <LOD | 0.03 | <LOD | <LOD | <LOD | 0.10 | 10 | <LOD | <LOD | 0.23 | 17 |
| **BDE-206** | 0.02 | <LOD | <LOD | 0.01 | <LOD | <LOD | <LOD | 2.21 | 30 | <LOD | <LOD | 4.09 | 29 |
| **BDE-207** | 0.01 | <LOD | <LOD | 0.02 | <LOD | <LOD | <LOD | 2.05 | 30 | <LOD | <LOD | 6.94 | 27 |
| **BDE-208** | 0.01 | <LOD | <LOD | 0.02 | <LOD | <LOD | <LOD | 1.54 | 20 | <LOD | <LOD | 4.03 | 29 |
| **BDE-209** | 0.12 | <LOD | <LOD | 0.41 | <LOD | <LOD | <LOD | 42.12 | 20 | <LOD | <LOD | 57.07 | 34 |

LOD=level of detection; % detect=percent of samples above LOD; nc=number of composite samples, each composed of ~10 stickleback



DEC041

HHS Public Access
Author manuscript
*Environ Sci Pollut Res Int.* Author manuscript; available in PMC 2023 November 01.

Published in final edited form as:
*Environ Sci Pollut Res Int.* 2022 November ; 29(51): 77145–77156. doi:10.1007/s11356-022-20757-2.

# PFAS and PBDEs in traditional subsistence foods from Sivuqaq, Alaska

**Sam Byrne**[1], **Samarys Seguinot-Medina**[2], **Vi Waghiyi**[2], **Erika Apatiki**[3], **Tiffany Immingan**[4], **Pamela Miller**[2], **Frank A. Von Hippel**[5], **Charles Loren Buck**[6], **David O. Carpenter**[7]

[1]Department of Biology, Global Health Program, Middlebury College, Bicentennial Hall, Bicentennial Way, VT 05753 Middlebury, USA

[2]Alaska Community Action on Toxics, Anchorage, AK, USA

[3]Native Village of Gambell, Gambell, AK, USA

[4]Native Village of Savoonga, Savoonga, AK, USA

[5]Department of Community, Environment & Policy, University of Arizona, Tucson, AZ, USA

[6]Department of Biological Sciences, Northern Arizona University, Flagstaff, AZ, USA

[7]Institute for Health and the Environment, University at Albany, Albany, NY, USA

## Abstract

The Arctic is a hemispheric sink for both legacy and current use persistent organic pollutants (POPs). Once in the Arctic, POPs biomagnify in food webs, potentially reaching concentrations in high trophic level animals that pose a health concern for people who subsist on those animals. Indigenous Peoples of the Arctic may be highly exposed to POPs through their traditional diets. The objective of this study was to assess concentrations of polybrominated diphenyl ethers (PBDEs) and per- and polyfluoroalkyl substances (PFAS) in tissues of traditionally harvested foods from Sivuqaq (St. Lawrence Island), Alaska. Community health researchers identified volunteer households and local hunters to donate tissues from traditionally harvested animals. Target species included bowhead whale (*Balaena mysticetus*), Pacific walrus (*Odobenus rosmarus*), ringed seal (*Pusa hispida*), bearded seal (*Erignathus barbatus*), ribbon seal (*Histriophoca fasciata*), spotted seal (*Phoca largha*), and reindeer (*Rangifer tarandus*). PBDEs were frequently detected in all species and tissues. PBDE concentrations tended to be highest in lipid-rich tissues of seals. PFAS were infrequently detected and did not show obvious patterns among species or tissues. This and other studies demonstrate that POPs such as PBDEs are

---

under exclusive licence to Springer-Verlag GmbH Germany, part of Springer Nature 2022

✉Sam Byrne, sbyrne@middlebury.edu.

**Author contribution** Conceptualization, funding acquisition, and methodology: SSM, VW, PM, SB, FAvH, CLB, DOC. Data collection and sample analysis: SSM, TI, EA. Data analysis and manuscript preparation: SB, SSM, PM, FAvH, VW. All authors have read and approved the final manuscript.

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1007/s11356-022-20757-2.

**Ethics approval** This research includes samples of foods derived from animals that were traditionally harvested by the Indigenous Peoples of Sivuqaq, Alaska. No live animals were used in the course of this research.

**Competing interests** The authors declare no competing interests.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript



present in tissues of traditional food animals from Sivuqaq, as they are throughout the Arctic, and consumption of these animals likely contributes to exposure among Arctic Indigenous Peoples.

**Keywords**

Arctic; Indigenous; Marine mammal; Persistent organic pollutants; POPs; St. Lawrence Island

## Introduction

In the northern hemisphere, the Arctic is a sink for both legacy and emergent persistent organic pollutants (POPs) (Muir and de Wit 2010; Rigét et al. 2019). Indigenous Peoples of the Arctic are exposed to high concentrations of POPs through their traditional diets (Abass et al. 2018; Donaldson et al. 2010). Sivuqaq, the traditional name for St. Lawrence Island, is the largest island in the Bering Sea and is located 61 km from the Chukotka Peninsula of Russia and 322 km from the Alaskan mainland. Sivuqaq is home to approximately 1700 Sivuqaq Yupik residents in the villages of Gambell and Savoonga. The traditional diets of coastal Alaska Natives often include long-lived or high trophic level marine mammals including bowhead whale (*Balaena mysticetus*), Pacific walrus (*Odobenus rosmarus*), and ice seal species such as ringed seal (*Pusa hispida*), bearded seal (*Erignathus barbatus*), ribbon seal (*Histriophoca fasciata*), and spotted seal (*Phoca largha*) (Welfinger-Smith et al. 2011). Previous community-based research in partnership with the leadership and communities on Sivuqaq suggests that residents are exposed to a variety of legacy and current use POPs, such as polychlorinated biphenyls (PCBs), organochlorine pesticides, polybrominated diphenyl ethers (PBDEs), and per- and polyfluoroalkyl substances (PFAS); this exposure occurs through their traditional diet, as well as from local sources of contamination including two formerly used defense (FUD) sites dating from the Cold War (Byrne et al. 2017; Carpenter et al. 2005; Jordan-Ward et al. 2022; von Hippel et al. 2018; Welfinger-Smith et al. 2011; Zheng et al. 2020).

PBDEs and PFAS are environmentally ubiquitous POPs (Abbasi et al. 2019; Muir et al. 2019). PBDEs were utilized as additive flame retardants in a variety of commercial products. Their production has been largely phased out and regulated, although they persist in products in use and in waste streams (Abbasi et al. 2015). All three technical formulations, penta-BDE, octa-BDE, and deca-BDE, are globally restricted under the Stockholm Convention on Persistent Organic Pollutants due to evidence of persistence, toxicity, long-range transport, and bioaccumulation in humans and animals (UNEP 2020). However, a large reservoir of PBDEs exists in products manufactured before the phaseout (Abbasi et al. 2015). PBDEs bioaccumulate and biomagnify in Arctic food webs (Sørmo et al. 2006). Due to declines in production and use, most PBDE concentrations are stable or declining in Arctic biota over time (Rigét et al. 2019; Rotander et al. 2012b). PFAS represent a diverse group of more than 4700 recent and current use compounds, some of which are regulated as POPs (OECD/UNEP 2018; UNEP 2020). While perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) concentrations are generally declining over time in the Arctic, unregulated and replacement PFAS contribute to ongoing exposure (Butt et



DEC043

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

al. 2014; Liu and Mejia Avendaño 2013). Numerous PFAS are present in Arctic biota, and some PFAS have shown increasing trends in the Arctic (Muir et al. 2019).

This study builds on prior studies of PBDE and PFAS exposure on Sivuqaq (Byrne et al. 2017; Byrne et al. 2018a, b). Previous research on Sivuqaq demonstrated that both PFAS and PBDEs are present in ninespine stickleback (*Pungitius pungitius*, hereafter "stickleback") and Alaska black-fish (*Dallia pectoralis*) collected on Sivuqaq (Byrne et al. 2017; Zheng et al. 2020). The presence of PFAS and PBDEs in fish collected from remote sites on Sivuqaq suggests some exposure is due to atmospheric deposition; however, especially high concentrations were detected in fish collected in Troutman Lake adjacent to the Village of Gambell (Byrne et al. 2017; Zheng et al. 2020). These results suggest that the village, its associated landfill, or the Gambell formerly used defense (FUD) site is a point source of these compounds (Byrne et al. 2017). Research in the Antarctic has confirmed that the built environment acts as a point source of both PBDEs and PFAS in polar regions (Wild et al. 2015). Exposure to POPs through both traditional foods and local hotspots of pollution remains a serious health concern for Indigenous People of the circumpolar Arctic, including the Yupik People of Sivuqaq. Indeed, we found multiple associations between serum PFAS and PBDE concentrations and circulating concentrations of thyroid-stimulating hormone (TSH), thyroxine ($T_4$), and triiodothyronine ($T_3$) in Sivuqaq residents, demonstrating a health consequence to exposure (Byrne et al. 2018a, b). The aim of the current study is to assess the presence and concentrations of PBDEs and PFAS in frequently consumed traditional subsistence foods on Sivuqaq to provide residents with the information they need to make informed decisions and to advocate for policies that reduce pollution in the Arctic. This study also contributes to our knowledge of pollutant levels in a relatively poorly studied region of the Arctic.

## Methods

This research is part of an ongoing community-based participatory research (CBPR) project (Miller et al. 2013). We collected the subsistence food samples during the months of November and December of 2016. Community health researchers identified volunteer households and local hunters who donated tissues from harvested animals. Harvested animals included bowhead whale, bearded seal, ringed seal, spotted seal, Pacific walrus, and reindeer (*Rangifer tarandus*). No animals were harvested for the purpose of providing samples for this research. We obtained a total of 50 samples of the commonly consumed organs, meat, rendered oils, and blubber of these species (National Marine Fisheries Service Permit No. 18978). Twenty-five samples were collected in Savoonga and 25 in Gambell. Samples included bowhead whale blubber ($n = 3$), rendered oil ($n = 2$), mangtak (skin + blubber; $n = 8$), muscle ($n = 1$); reindeer fat ($n = 5$), fat and muscle ($n = 5$), muscle ($n = 3$); bearded seal blubber ($n = 1$), muscle ($n = 1$); spotted seal blubber and meat ($n = 4$), muscle ($n = 1$); ringed seal blubber and muscle ($n = 3$), muscle ($n = 3$); rendered oil from unidentified seal species ($n = 6$); and spotted seal liver, heart, intestine, and kidney ($n = 1$ of each).

Strict precautions were taken to prevent contamination from the tools used for sampling. Samples of traditional foods were resected with a clean stainless steel knife to access tissue



DEC044

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

that had not previously been exposed to the external environment. Aluminum foil was used to cover cutting surfaces. Samples were wrapped in clean aluminum foil, placed in a sealable plastic bag, and frozen at − 20 °C. Some samples were traditionally prepared subsistence foods rather than tissue samples. Bowhead whale samples included a combination of skin and blubber (mangtak), and rendered oil from whale and seal blubber was also analyzed. Rendered oil was produced in the homes of Sivuqaq residents. Rendered oil is typically produced by allowing blubber to sit in a cool dark location in the home or through heating the blubber. Rendered oil included a combination of blubber from multiple seal species. Community health researchers completed a sample record sheet for every sample. The record sheet included the following: species and tissue, date of harvest, approximate location of harvest, method of transport for the harvested sample, and any information on animal condition. In addition, the date of sample collection, the weight of the sample, and information on previous storage conditions were collected. If the sample was a traditional preparation (rendered oil), then information about the preparation was also recorded.

Samples were stored at − 20 °C while we completed the process of getting a CITES permit to export the samples from Anchorage, Alaska to SGS AXYS Analytical Services Ltd. (AXYS) in British Columbia, Canada. The 50 samples were exported to AXYS in Canada in March 2017. PFAS concentrations were quantified using reverse-phase high-performance liquid chromatography–mass spectrometry on a Waters 2690 (Waters, Milford, MA) coupled to a Micromass Quattro Ultima MS/MS (Waters, Milford, MA), using AXYS method MLA-043 (SGS-AXYS Analytical Services Ltd 2017a). Briefly, samples were homogenized and isotopically labeled surrogate standards were added prior to extraction with methanolic potassium hydroxide solution, with acetonitrile, and finally with methanolic potassium hydroxide solution, each time collecting the supernatants. The supernatants were combined, treated with ultrapure carbon powder, and evaporated to remove methanol. The resulting solution was diluted with water and cleaned up by solid-phase extraction (SPE) on a weak anion exchange sorbent. The eluate was spiked with recovery standards and analyzed on an ultrahigh performance liquid chromatography reversed-phase C18 column using a solvent gradient. The column was coupled to a triple quadrupole mass spectrometer run at unit mass resolution in the multiple reaction monitoring (MRM) in negative electrospray ionization mode. The instruments were calibrated with a minimum of five calibration standards. At minimum, blanks and matrix spike samples were analyzed with each analytical batch of 20 samples. Sample-specific method detection limits were defined as the concentration associated with 3 times the instrumental noise, or the lowest calibration standard. Detection limits for PFAS were typically < 1 ng/g and not above 2 ng/g.

PBDE concentrations were determined using isotope dilution high-resolution gas chromatography high-resolution mass spectrometry with a Hewlett Packard 5890 (Hewlett Packard, Palo Alto, CA) coupled to a Micromass Ultima (Waters, Milford, MA), according to EPA Method 1614A (SGS-AXYS Analytical Services Ltd 2017b). The instruments were calibrated with a minimum of six calibration standards. Sample matrices were extracted using the same procedures that are used for the extraction of PCB congeners by EPA Method 1668A. Prior to extraction, each sample was spiked with an aliquot of a surrogate standard solution containing a suite of $^{13}C_{12}$-labeled BDE. Homogenized samples were mixed with anhydrous sodium sulfate and extracted with methylene chloride in a Soxhlet extractor.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

The extract was spiked with an aliquot of cleanup surrogate solution also containing $^{13}C_{12}$-labeled BDE prior to chromatographic cleanup procedures. The extract was cleaned up on a BE 8 g 44%/Florisil column and alumina column. An aliquot of recovery standard solution containing $^{13}C_{12}$-labeled BDEs was added to the extract prior to analysis by high-resolution GC/MS. All analysis procedures were conducted under low light levels. Aluminum foil shields were used to protect the samples from ambient lighting. Lipid content was determined gravimetrically from the sample extract prior to cleanup processes. The lipid content was assessed in duplicate and reported as the average of the percent lipid from the two analyses. Sample-specific method detection limits were defined as the concentration associated with 2.5 times the instrumental noise. Detection limits for most PBDEs were < 2 pg/g ww. Heavily brominated BDEs (206, 207, 208) had higher detection limits, typically below 10 pg/g ww, and BDE-209 had sample-specific detection limits typically below 40 pg/g and never above 100 pg/g.

This study assessed the presence of 13 PFAS and 40 PBDEs in traditional subsistence foods. Analyzed PFAS include perfluorobutanoic acid (PFBA), perfluoropentanoic acid (PFPeA), perfluorohexanoic acid (PFHxA), perfluoroheptanoic acid (PFHpA), perfluorooctanoic acid (PFOA), perfluorononanoic acid (PFNA), perfluorodecanoic acid (PFDA), perfluoroundecanoic acid (PFUnDA), perfluorododecanoic acid (PFDoA), perfluorobutanesulfonic acid (PFBS), perfluorohexanesulfonic acid (PFHxS), perfluorooctanesulfonic acid (PFOS), and perfluorooctanesulfonamide (PFOSA). Analyzed PBDE congeners include BDE 7, BDE 8 + 11, BDE 10, BDE 12 + 13, BDE 15, BDE 17 + 25, BDE 28 + 33, BDE 30, BDE 32, BDE 35, BDE 37, BDE 47, BDE 49, BDE 51, BDE 66, BDE 71, BDE 75, BDE 77, BDE 79, BDE 85, BDE 99, BDE 100, BDE 105, BDE 116, BDE 119 + 120, BDE 126, BDE 128, BDE 138 + 166, BDE 140, BDE 153, BDE 154, BDE 155, BDE 181, BDE 183, BDE 190, BDE 203, BDE 206, BDE 207, BDE 208, and BDE 209. With the exception of a single matrix spike recovery of 126% for PFDoA, recoveries of PFAS from matrix spike samples were all ± 20%, and most were ± 10%. For PBDEs, two matrix spike samples had 126% recovery for BDE 209. One matrix spike sample had a 121% percent recovery for BDE 47. The remaining matrix spike samples had recoveries all ± 20%. Descriptive statistics were calculated in Excel (Microsoft Corporation, Redmon, Washington) and R using tidyverse (R Development Core Team 2010; Wickham et al. 2019). Figures were produced with ggplot2 and ggbreak (Xu et al. 2021). Non-detects were treated as zero for the purposes of descriptive statistics. Contaminant concentrations are presented in wet weight (ww). When making comparisons to studies that only present lipid weight (lw) results, we convert ww to lw using the lipid content of the sample.

## Results

At least one PBDE congener was detected in every traditional food sample. BDEs 28/33, 47, 99, 100, 153, 154, and 209 were detected in 100% of traditional food samples; BDE 183 was present in 95% of samples (Table 1). These congeners also tended to make up relatively large percentages of the total PBDE concentration in each sample. BDEs 49, 66, 206, and 208 were present in at least 58% of traditional food samples, with the remaining PBDEs detected less frequently. In marine species, lipid-rich tissues tended to have a greater

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

number of detectable PBDEs and higher concentrations of PBDEs. Reindeer muscle tissue had relatively high concentrations of PBDEs (Fig. 1).

Sample sizes for seals were small, and no clear trends emerged between seal species (Suppl. Table 1). Therefore, data for seal species are reported together. Collectively, the seal species had the highest median PBDE concentration compared to other species. Eight BDE congeners were present in all seal muscle samples (BDE 28/33, 47, 99, 100, 153, 154, 183, and 209). BDEs 47, 99, and 209 often made up the majority of overall PBDE concentrations in seal tissues (Fig. 1). Blubber and rendered oil contained the highest median (2394.5 pg/g ww) and maximum (4700.8 pg/g ww) Σ-PBDE concentrations of the seal tissues (Table 1). A greater diversity of PBDEs was present in these lipid-rich tissues. Only eight BDEs were detected in muscle samples, compared to a median of 29 and a maximum of 32 congeners detected in blubber and rendered oil.

In bowhead whales, PBDE concentrations were highest in blubber and rendered oil, followed by mangtak, and finally muscle (Table 1). A median of 22 and a maximum of 26 congeners were detected in bowhead whale samples. The median Σ-PBDE concentrations in muscle, mangtak, and blubber or rendered oil were 320.4, 312.7, and 650.7 pg/g ww, respectively. Lipid-rich tissues tended to have higher concentrations of PBDEs than muscle or mangtak (Fig. 1). The bowhead muscle sample had the greatest number of detectable PBDEs (26 congeners), but the Σ-PBDE concentration was below the median value for other bowhead tissue samples. The highest Σ-PBDE concentration in bowhead whale samples was 2089.3 pg/g ww in a rendered oil sample.

A relatively small number of PBDEs were detected in reindeer samples as compared to marine mammal samples. Seven PBDE congeners were present in all reindeer samples regardless of tissue (BDE 28/33, 47, 99, 100, 153, 154, and 209). BDE-183 was present in 11 of 12 reindeer samples, but not detected in one fat sample. A maximum of eight PBDE congeners was detected in reindeer samples. Median concentrations of Σ-PBDEs in reindeer muscle, muscle and fat, and fat were 611.5, 268.4, and 325.1 pg/g ww, respectively. While concentrations of PBDEs in reindeer were not uniformly higher than in other species, one reindeer muscle and fat sample contained a BDE 209 concentration of 35,600 pg/g ww, contributing to a Σ-PBDE concentration of 36,240.7 pg/g ww (Fig. 1). This was the highest Σ-PBDE concentration detected in the study.

Of 13 analyzed PFAS, only nine were detectable in any of the samples. Overall PFAS concentrations were highest in seal tissues (Fig. 2). In seal tissue samples, PFPeA was the most commonly detected PFAS, and was present at the highest median concentration of any PFAS (20.2 ng/g ww) (Table 1). PFPeA was also the compound present at the highest maximum concentration (36.8 ng/g ww), which occurred in a mixed blubber and muscle sample from a spotted seal. PFAS were most frequently detected and present at the highest concentrations in seal tissues compared to other species (Fig. 2).

PFPeA, PFHxA, and PFUnDA were all detected in the single muscle tissue sample from a bowhead whale. PFHxA was present at the highest concentration of the three (7.54 ng/g

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

ww). PFPeA was detected in 25% of bowhead whale mangtak samples. No PFAS were detected in bowhead whale blubber or rendered oil (Table 2).

In reindeer samples, PFOS, PFNA, PFOA, and PFPeA were sporadically detected, without a clear pattern. PFOA and PFOS were detected in 33% of muscle samples, with a maximum of 2.56 and 1.02 ng/g ww, respectively. PFPeA was detected in 20% of fat and mixed muscle and fat samples, with a maximum concentration of 3.54 ng/g ww in fat. PFNA was detected in a single mixed muscle and fat sample at a concentration of 9.85 ng/g ww (Table 2).

Multiple tissues (heart, liver, kidney, and intestine) from a single juvenile spotted seal allowed the comparison of PFAS and PBDE concentrations across tissues (Fig. 3). Concentrations of PBDEs in organs of the juvenile seal were substantially lower than those found in samples of other tissues from adult seals (Table 3). BDEs 47, 99, and 209 were the predominant congeners in the juvenile samples (Table 3). Long-chain perfluoroalkyl acids (PFAAs), those with $\geq$7 perfluorinated carbons, were present at relatively high concentrations in the juvenile seal organs compared to tissues from other seals (Table 3). PFOS, PFHxA, PFNA, and PFUnDA were the predominant compounds in seal organ samples; PFPeA was not detected in seal organs. However, total PFAS concentrations were higher in seal muscle than in other tissues due to the relatively high concentrations of PFPeA (Fig. 2).

## Discussion

PBDE concentrations in traditional food samples from this study are within the range of those reported elsewhere in the Arctic. The median Σ-PBDE concentration in seal blubber or rendered oil from this study (2394.5 pg/g ww) was lower than the concentration reported in harbor seals collected in Alaska in 2000–2002 (14,600 pg/g ww) (Wang et al. 2012). Similarly, blubber from harp seals (*Pagophilus groenlandicus*) and hooded seals (*Cystophora cristata*) stranded in the Northeastern USA between 2000 and 2010 had mean Σ-PBDE concentrations of 70,550 and 94,2800 pg/g ww, respectively (Soulen et al. 2018). Comparatively lower concentrations in the current study may be due in part to overall decreasing trends of PBDE concentrations in the Arctic resulting from global regulation. In addition, POP concentrations are generally higher on the North Atlantic coast of North America as compared to central Canada or Alaska (Braune et al. 2005). The mean Σ-PBDE concentrations in ringed seals collected from several locations in the Canadian Arctic in 2013 included 1.44 ng/g lw in Sachs Harbour, 5.96 ng/g lw in Resolute Bay, and 5.05 ng/g lw in Nain (Houde et al. 2017). These are similar values to the mean Σ-PBDE concentration of 2.37 ng/g lw in seal blubber or rendered oil from the current study.

Bolton et al. (2020) reported mean Σ-PBDE concentrations of 7 ng/g ww in bowhead whale blubber and 0.15 ng/g ww in muscle tissue collected in 2015 from Utqiaġvik (formerly Barrow), Alaska, with detection rates of 50% and 71%, respectively. Comparatively, mean Σ-PBDE concentrations in bowhead whale blubber or rendered oil were under 1 ng/g ww in the current study, despite higher detection rates and a larger number of target PBDEs. BDEs 47 and 99 were the predominant congeners in bowhead whales harvested from Utqiaġvik. Bolton et al. (2020) did not determine BDE 209 concentrations; however,

Case: 24-7497, 06/06/2025, DktEntry: 25.3, Page 51 of 118



Author Manuscript Author Manuscript Author Manuscript Author Manuscript

in whales harvested from Sivuqaq, BDE 209 was frequently present at concentrations comparable to BDEs 47 and 99. The mean Σ-PBDE concentration of 1063 pg/g lw in bowhead whale blubber from Sivuqaq is below previously reported Σ-PBDE concentrations in North Atlantic fin whale blubber, which ranged from 41,000 to 82,000 pg/g lw (Rotander et al. 2012a).

PBDE concentrations in reindeer from Sivuqaq are within the range of those reported elsewhere in the Arctic. In semi-domesticated Norwegian reindeer, BDE 47 concentrations ranged from non-detect to 1.05 ng/g ww in muscle, and non-detect to 4.15 ng/g ww in fat, which are above the concentrations reported in the current study (Hassan et al. 2013). Mean Σ-PBDE concentrations of 60 pg/g ww were reported in Finnish reindeer muscle collected in 2006 (Suutari et al. 2011), which is lower than those in the current study. The mean Σ-PBDE concentration in semi-domesticated reindeer muscle, collected between 2006 and 2013 in Finland and Russia, was also 60 pg/g ww (Holma-Suutari et al. 2016).

Although seals tended to contain the highest concentrations of PBDEs, one sample of reindeer fat and muscle contained a BDE 209 concentration of 35,600 pg/g ww, contributing to the single highest total PBDE concentration of 36,240 pg/g ww in any tissue from any species examined in this study (Fig. 1). We found that BDEs 47, 99, and 209 tended to make up the majority of the Σ-PBDE concentration, and were often equivalent in concentration. However, BDE 209 made up more than 98% of the Σ-PBDE concentration in the outlier reindeer sample. This is similar to muscle tissue from semi-domesticated reindeer harvested in Finland, in which BDE 209 made up over 90% of the total concentration (Holma-Suutari et al. 2014). The Σ-PBDE concentrations in the Finnish reindeer tissues were in the low ng/g lw range, similar to the median Σ-PBDE concentration of 7 ng/g lw in the current study (Holma-Suutari et al. 2014).

PFAS concentrations documented in this study are on the low end of the ranges reported in other studies of Arctic biota. The Σ-PFAS concentration in East Greenland ringed seal blubber collected in 2011–2012 was 1 ng/g ww, with higher detection rates for long-chain PFAAs (Boisvert et al. 2019). Historically, high production volume compounds (PFOA, PFOS) as well as long-chain PFAAs were frequently detected in Arctic biota (Butt et al. 2010; Muir et al. 2019). However, the congener composition of PFAS in seal samples from this study is different than those reported elsewhere in the Arctic. Specifically, PFPeA was the most frequently detected and highest concentration PFAS in any seal tissue, followed by PFHxA. We are not aware of any other study reporting PFPeA as a predominant compound in Arctic biota. In general, shorter chain carboxylated PFAAs tend to be less bioaccumulative than those with longer chains (Wen et al. 2019). Zhang et al. (2019) noted relatively high bioaccumulation factors for PFPeA within plankton which they attributed to exposure to precursor compounds such as 6:2 fluorotelomer sulfonate. Seals may accumulate PFPeA as the result of biotransformation of precursors. Research in harbor seals (*Phoca vitulina*) suggests that PFAS differentially partition into tissue compartments (Van de Vijver et al. 2005). It may be that PFPeA is preferentially accumulating in muscle; however, relatively little is known about the partitioning dynamics of PFAS within tissues (De Silva et al. 2021). It is also possible that locally harvested animals are impacted by a point source of PFPeA on Sivuqaq, such as the unlined landfill.

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

In addition, the composition of PFAS compounds in seal samples was dissimilar to the relative concentrations of PFAS in human sera or stickleback tested on Sivuqaq (Byrne et al. 2017). Specifically, both humans and stickleback appear to accumulate longer chain PFAS and show a tendency to accumulate PFAS with an odd number of carbon atoms in the alkyl chain at higher concentrations than the next even-numbered chain (e.g., PFNA > PFOA). This pattern has been seen in other Arctic biota (Martin et al. 2004; Reiner et al. 2011) and is thought to occur as the result of atmospheric transport of PFAA precursors such as fluorotelomer alcohols (Ellis et al. 2004). This pattern is present in the seal organ tissues, but not muscle or fat, so tissue-specific partitioning may play an important role in the relative concentration patterns for PFAS (i.e., this pattern may only be apparent in blood and organ tissues). PFPeA was notably absent from seal organ samples.

We believe this is the first report of PFAS concentrations in bowhead whales. Bowhead whale mangtak as well as muscle show a tendency to accumulate PFNA and PFUnDA. PFNA and PFUnDA were detected in 25% and 37.5% of mangtak samples, respectively, although concentrations did not exceed 1 ng/g for either compound. Short-chain compounds such as PFPeA were less frequently detected, but were occasionally the predominant compounds (Table 2). PFHxA was present at a concentration of over 7 ng/g ww in the bowhead whale muscle sample. Research on PFAS concentrations in cetaceans is limited. Concentrations of legacy and long-chain PFAAs were broadly similar between bowhead whales from Sivuqaq and fin whales collected from Iceland in 2009 (Rotander et al. 2012a). Several PFAS were detectable in muscle at concentrations below 1 ng/g ww in both studies. However, PFHxA was not analyzed in the fin whale samples.

PFAS in reindeer from Sivuqaq were largely non-detectable, and detections did not follow a clear pattern. Caribou muscle collected from two locations in Canada in 2007 and 2008 had a mean Σ-PFAS concentration of 0.25 and 0.53 ng/g ww (Muller et al. 2011). These means are within the range of PFAS concentrations observed in reindeer on Sivuqaq. In Norwegian reindeer muscle collected in 2014, PFDoDA and PFTrDA were the predominant compounds with concentrations of approximately 300 pg/g ww; however, shorter chain compounds including PFHxA, PFHpA, and PFHxS were detectable (Muir et al. 2019). PFAS concentrations in reindeer from Sivuqaq appear to be comparable or perhaps slightly higher than those reported in other studies; however, studies reporting PFAS concentrations in reindeer muscle or fat are rare.

While most long-term data suggest declining trends of legacy PFAS in the Arctic, increasing trends are apparent for some compounds such as perfluorocarboxylic acids (PFCAs) in specific species and regions (Muir et al. 2019). This is possibly due to the continued use of compounds such as fluorotelomer alcohols, perfluoroalkyl phosphates, and other compounds that degrade into PFCAs (Buck et al. 2011). Additionally, the relatively small number of frequently measured PFAS comprises only a fraction of the total organofluorine compounds present in the tissues of marine mammals (Spaan et al. 2020). Most biomonitoring for PFAS utilizes blood or liver samples, and muscle tissue often has lower concentrations of PFAS than liver tissue or blood (Greaves et al. 2012, Van de Vijver et al. 2005). However, research on caribou and wolves suggests that muscle may contain up to 90% of the total body burden of PFAS (Muller et al. 2011), and serum or liver samples may not accurately represent the

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

relative concentrations of PFAS in muscle. In circumstances where biomonitoring of biota has direct implications for human health, tissue-specific concentrations of POPs should be determined with local consumption patterns in mind.

The current study shows that recent and current use POPs such as PBDEs and PFAS are also present in marine mammal tissues. Because PBDEs and PFAS likely contribute a small proportion of total bioaccumulative toxicant concentrations in marine biota, we have not provided risk-based consumption guidelines for the traditional foods in this study. For example, previous research on traditional foods on Sivuqaq showed that marine mammals, specifically bowhead whales and seals, contain high body burdens of legacy POPs such as dichlorodiphenyltrichloroethane (DDT), hexachlorobenzene (HCB), PCBs, and chlordanes in addition to mercury (Welfinger-Smith et al. 2011). In some species, PCBs and mercury are present at concentrations that would trigger reduced consumption advisories ( ≥0.029 μg/g for Mercury and ≥1.5 ng/g for PCBs), based on the EPA guidance for fish consumption for the general population (US EPA 2000). Specifically, blubber or rendered oil of marine mammals, including bowhead whales, bearded seals, and spotted seals, often contain total PCB concentrations of several hundred ppb; the EPA guidelines recommend no consumption for fish tissues above 94 ppb (US EPA 2000). Similarly, mercury concentrations in muscle tissues of spotted seal, bearded seal, and bowhead whale are often above the 0.029 μg/g guideline for unlimited consumption in fish tissues (US EPA 2000; Welfinger-Smith et al. 2011). Potential risk from a traditional diet should be assessed holistically, considering both total bioaccumulative toxicant exposure as well as cultural, spiritual, and economic benefits of continued consumption. Beyond the risk to human health, PFAS and PBDE exposure also negatively impacts the health of Arctic biota (AMAP 2018).

### Limitations

The small sample size for each tissue type and species limits our ability to estimate the distribution of concentrations present in each species. Because of the low sample size per species, we reported data on seals collectively. However, different seal species are likely to have different exposure patterns based on diet and other aspects of their natural histories. Specifically, bearded seals are primarily benthic feeders and invertebrates make up a larger proportion of their diet compared to seals that feed primarily in the water column (Crawford et al. 2015). Bearded seal samples did not have uniformly lower concentrations of contaminants. Larger sample sizes may reveal differences between species with different life histories. The age and sex of harvested animals were not recorded. Age and sex are known to influence POP concentrations in marine mammals and other species. Specifically, reproductive females tend to have lower concentrations than males because females offload POPs to their young both during gestation and lactation (Aguilar et al. 1999). We do not have information on the frequency of consumption of individual traditional foods, and therefore we did not calculate estimated daily intakes for PBDEs or PFAS.

This study utilized tissue samples from animals harvested by local hunters and processed by traditional methods. Because PFAS tend to be present at relatively high concentrations in blood serum, the circumstances of harvest and butchering of food animals may influence PFAS concentrations in tissues. Specifically, thorough bleeding may alter PFAS

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

concentrations in peripheral tissues, and this may be a source of variation in reported concentrations. Contamination of samples is a possibility. In particular, deca-BDE is present at high concentrations in many indoor environments, including those on Sivuqaq, and there is a risk of contamination by contact with house dust (Byrne et al. 2017). However, resection of samples to eliminate external contamination limits the potential for contamination. Resection also reduces the potential impact of sample dehydration during storage, which may impact ww concentrations. Replicate analysis of samples was not conducted.

## Conclusions

Both PFAS and PBDEs are present in the traditional subsistence foods of Sivuqaq. Relative concentrations of PFAS present in muscle and adipose tissue of traditional foods were dissimilar to those present in human serum from the same region. Relative concentrations of PFAS in spotted seal organs were similar in composition to those of human sera. Tissue partitioning likely plays an important role in determining the relative concentration of PFAS. Consumption of organs could be an important source of PFAS exposure. PBDE concentrations were dominated by BDEs 47, 99, and 209. Tissues with high lipid concentrations had both a greater total concentration and greater diversity of PBDEs. Both PBDEs and PFAS tended to be present at higher concentrations in seals than in bowhead whales or reindeer. Traditional food consumption on Sivuqaq contributes to PFAS and PBDE exposure.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgements

The authors sincerely thank the Native Villages of Gambell and Savoonga and the members of the Sivuqaq Working Group, without whom this research would not be possible. We would also like to thank the hunters and households in Gambell and Savoonga who generously provided samples. We appreciate the assistance of Dinah Iknokinok during sample collection. We thank Dr. Alex Lyford of Middlebury College for his assistance with R. We thank Thoin Begum for her work on a literature review. We would also like to highlight the bravery and skill of pilot Kevin L. Ahl of Bering Air, who successfully navigated a storm over the Bering Sea to ensure the safety of Dr. Seguinot-Medina and the subsistence food samples.

### Funding

This work was funded by the National Institute of Environmental Health Sciences (NIEHS) 1RO1ES019620, 2RO1ES019620, and 1R01ES032392.

## Data availability

Data may be made available upon reasonable request and with permission of the Native Village of Gambell and the Native Village of Savoonga.

## References

Abass K, Emelyanova A, Rautio A (2018) Temporal trends of contaminants in Arctic human populations. Environ Sci Pollut Res 25:28834–28850

Author Manuscript Author Manuscript Author Manuscript Author Manuscript


Abbasi G, Buser AM, Soehl A, Murray MW, Diamond ML (2015) Stocks and flows of PBDEs in products from use to waste in the U.S. and Canada from 1970 to 2020. Environ Sci Technol 49:1521–1528 [PubMed: 25548829]

Abbasi G, Li L, Breivik K (2019) Global historical stocks and emissions of PBDEs. Environ Sci Technol 53:6330–6340 [PubMed: 31083912]

Aguilar A, Borrell A, Pastor T (1999) Biological factors affecting variability of persistent pollutant levels in cetaceans. J Cetac Res Manage 1:83–116

AMAP (2018) Biological effects of contaminants on Arctic wildlife and fish. Arctic Monitoring and Assessment Programme (AMAP), Oslo, Norway

Boisvert G, Sonne C, Rigét FF, Dietz R, Letcher RJ (2019) Bioaccumulation and biomagnification of perfluoroalkyl acids and precursors in East Greenland polar bears and their ringed seal prey. Environ Pollut 252:1335–1343 [PubMed: 31252131]

Bolton JL, Ylitalo GM, Chittaro P, George JC, Suydam R, Person BT, Gates JB, Baugh KA, Sformo T, Stimmelmayr R (2020) Multi-year assessment (2006–2015) of persistent organic pollutant concentrations in blubber and muscle from Western Arctic bowhead whales (*Balaena mysticetus*), North Slope. Alaska Marine Pollution Bulletin 151:110857 [PubMed: 32056639]

Braune BM, Outridge PM, Fisk AT, Muir DCG, Helm PA, Hobbs K, Hoekstra PF, Kuzyk ZA, Kwan M, Letcher RJ, Lockhart WL, Norstrom RJ, Stern GA, Stirling I (2005) Persistent organic pollutants and mercury in marine biota of the Canadian Arctic: an overview of spatial and temporal trends. Sci Total Environ 351–352:4–56

Buck RC, Franklin J, Berger U, Conder JM, Cousins IT, De Voogt P, Jensen AA, Kannan K, Mabury SA, van Leeuwen SP (2011) Perfluoroalkyl and polyfluoroalkyl substances in the environment: terminology, classification, and origins. Integr Environ Assess Manag 7:513–541 [PubMed: 21793199]

Butt CM, Berger U, Bossi R, Tomy GT (2010) Levels and trends of poly- and perfluorinated compounds in the Arctic environment. Sci Total Environ 408:2936–2965 [PubMed: 20493516]

Butt CM, Muir DCG, Mabury SA (2014) Biotransformation pathways of fluorotelomer-based polyfluoroalkyl substances: a review. Environ Toxicol Chem 33:243–267 [PubMed: 24114778]

Byrne S, Seguinot-Medina S, Miller P, Waghiyi V, von Hippel FA, Buck CL, Carpenter DO (2017) Exposure to polybrominated diphenyl ethers and perfluoroalkyl substances in a remote population of Alaska Natives. Environ Pollut 231:387–395 [PubMed: 28818814]

Byrne SC, Miller P, Seguinot-Medina S, Waghiyi V, Buck CL, von Hippel FA, Carpenter DO (2018a) Associations between serum polybrominated diphenyl ethers and thyroid hormones in a cross-sectional study of a remote Alaska Native population. Sci Rep 8:2198 [PubMed: 29396447]

Byrne SC, Miller P, Seguinot-Medina S, Waghiyi V, Buck CL, von Hippel FA, Carpenter DO (2018b) Exposure to perfluoroalkyl substances and associations with serum thyroid hormones in a remote population of Alaska Natives. Environ Res 166:537–543 [PubMed: 29958161]

Carpenter DO, DeCaprio AP, O'Hehir D, Akhtar F, Johnson G, Scrudato RJ, Apatiki L, Kava J, Gologergen J, Miller PK, Eckstein L (2005) Polychlorinated biphenyls in serum of the Siberian Yupik people from St. Lawrence Island, Alaska. International Journal of Circumpolar Health 64:322–335 [PubMed: 16277117]

Crawford JA, Quakenbush LT, Citta JJ (2015) A comparison of ringed and bearded seal diet, condition and productivity between historical (1975–1984) and recent (2003–2012) periods in the Alaskan Bering and Chukchi seas. Prog Oceanogr 136:133–150

De Silva AO, Armitage JM, Bruton TA, Dassuncao C, Heiger-Bernays W, Hu XC, Kärrman A, Kelly B, Ng C, Robuck A, Sun M, Webster TF, Sunderland EM (2021) PFAS exposure pathways for humans and wildlife: a synthesis of current knowledge and key gaps in understanding. Environ Toxicol Chem 40:631–657 [PubMed: 33201517]

Donaldson S, Van Oostdam J, Tikhonov C, Feeley M, Armstrong B, Ayotte P, Boucher O, Bowers W, Chan L, Dallaire F (2010) Environmental contaminants and human health in the Canadian Arctic. Sci Total Environ 408:5165–5234 [PubMed: 20728918]

Ellis DA, Martin JW, De Silva AO, Mabury SA, Hurley MD, Sulbaek Andersen MP, Wallington TJ (2004) Degradation of fluorotelomer alcohols: a likely atmospheric source of perfluorinated carboxylic acids. Environ Sci Technol 38:3316–3321 [PubMed: 15260330]

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Greaves AK, Letcher RJ, Sonne C, Dietz R, Born EW (2012) Tissue-specific concentrations and patterns of perfluoroalkyl carboxylates and sulfonates in East Greenland polar bears. Environ Sci Technol 46:11575–11583 [PubMed: 23057644]

Hassan AA, Rylander C, Brustad M, Sandanger TM (2013) Persistent organic pollutants in meat, liver, tallow and bone marrow from semi-domesticated reindeer (*Rangifer tarandus tarandus L.*) in Northern Norway. Acta Veterinaria Scandinavica 55:57 [PubMed: 23938064]

Holma-Suutari A, Ruokojärvi P, Laaksonen S, Kiviranta H, Nieminen M, Viluksela M, Hallikainen A (2014) Persistent organic pollutant levels in semi-domesticated reindeer (*Rangifer tarandus tarandus L.*), feed, lichen, blood, milk, placenta, foetus and calf. Sci Total Environ 476:125–135 [PubMed: 24463250]

Holma-Suutari A, Ruokojärvi P, Komarov A, Makarov D, Ovcharenko V, Panin A, Kiviranta H, Laaksonen S, Nieminen M, Viluksela M (2016) Biomonitoring of selected persistent organic pollutants (PCDD/Fs, PCBs and PBDEs) in Finnish and Russian terrestrial and aquatic animal species. Environ Sci Eur 28:1–10 [PubMed: 27752436]

Houde M, Wang X, Ferguson SH, Gagnon P, Brown TM, Tanabe S, Kunito T, Kwan M, Muir DCG (2017) Spatial and temporal trends of alternative flame retardants and polybrominated diphenyl ethers in ringed seals (*Phoca hispida*) across the Canadian Arctic. Environ Pollut 223:266–276 [PubMed: 28131476]

Jordan-Ward R, von Hippel FA, Zheng G, Salamova A, Dillon D, Gologergen J, Immingan T, Dominguez E, Miller P, Carpenter D, Postlethwait JH, Byrne S, Buck CL (2022) Elevated mercury and PCB concentrations in Dolly Varden (*Salvelinus malma*) collected near a formerly used defense site on Sivuqaq, Alaska. Sci Total Environ 826:154067 [PubMed: 35217049]

Liu J, Mejia Avendaño S (2013) Microbial degradation of polyfluoroalkyl chemicals in the environment: A review. Environ Int 61:98–114 [PubMed: 24126208]

Martin JW, Smithwick MM, Braune BM, Hoekstra PF, Muir DCG, Mabury SA (2004) Identification of long-chain perfluorinated acids in biota from the Canadian Arctic. Environ Sci Technol 38:373–380 [PubMed: 14750710]

Miller PK, Waghiyi V, Welfinger-Smith G, Byrne SC, Kava J, Gologergen J, Eckstein L, Scrudato R, Chiarenzelli J, Carpenter DO (2013) Community-based participatory research projects and policy engagement to protect environmental health on St. Lawrence Island, Alaska. International Journal of Circumpolar Health 72:21656–21667

Muir D, Bossi R, Carlsson P, Evans M, De Silva A, Halsall C, Rauert C, Herzke D, Hung H, Letcher R, Rigét F, Roos A (2019) Levels and trends of poly- and perfluoroalkyl substances in the Arctic environment – an update. Emerging Contaminants 5:240–271

Muir DCG, de Wit CA (2010) Trends of legacy and new persistent organic pollutants in the circumpolar arctic: overview, conclusions, and recommendations. Sci Total Environ 408:3044–3051 [PubMed: 20006375]

Muller CE, De Silva AO, Small J, Williamson M, Wang X, Morris A, Katz S, Gamberg M, Muir DC (2011) Biomagnification of perfluorinated compounds in a remote terrestrial food chain: lichen-caribou-wolf. Environ Sci Technol 45:8665–8673 [PubMed: 21905660]

OECD/UNEP (2018) Toward a new comprehensive global database of per- and polyfluoroalkyl substances (PFAS): summary report on updating the OECD 2007 list of PFAS, Organization for Economic Cooperation and Development. United Nations Environment Programme

R Development Core Team (2010) R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria

Reiner JL, O'Connell SG, Moors AJ, Kucklick JR, Becker PR, Keller JM (2011) Spatial and temporal trends of perfluorinated compounds in beluga whales (*Delphinapterus leucas*) from Alaska. Environ Sci Technol 45:8129–8136 [PubMed: 21309595]

Rigét F, Bignert A, Braune B, Dam M, Dietz R, Evans M, Green N, Gunnlaugsdóttir H, Hoydal KS, Kucklick J (2019) Temporal trends of persistent organic pollutants in Arctic marine and freshwater biota. Sci Total Environ 649:99–110 [PubMed: 30172138]

Rotander A, Kärrman A, Bv B, Polder A, Rigét F, Auðunsson GA, Víkingsson G, Gabrielsen GW, Bloch D, Dam M (2012a) Increasing levels of long-chain perfluorocarboxylic acids (PFCAs) in

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Arctic and North Atlantic marine mammals, 1984–2009. Chemosphere 86:278–285 [PubMed: 22051347]

Rotander A, van Bavel B, Polder A, Rigét F, Auðunsson GA, Gabrielsen GW, Víkingsson G, Bloch D, Dam M (2012b) Polybrominated diphenyl ethers (PBDEs) in marine mammals from Arctic and North Atlantic regions, 1986–2009. Environ Int 40:102–109 [PubMed: 21802148]

SGS-AXYS Analytical Services Ltd (2017a) Summary of SGS AXYS method MLA-043 Rev. 08. Ver. 10. Analytical Procedure for the Analysis of Perfluoroalkyl Substances (PFAS) in Tissue Samples by LC-MS/MS

SGS-AXYS Analytical Services Ltd (2017b) Summary of AXYS method MLA-033 (EPA Method 1614A) Analytical method for the determination of brominated diphenyl ethers (BDE) and other brominated flame retardants (BFR)

Sørmo EG, Salmer MP, Jenssen BM, Hop H, Bæk K, Kovacs KM, Lydersen C, Falk-Petersen S, Gabrielsen GW, Lie E (2006) Biomagnification of polybrominated diphenyl ether and hexabromocyclododecane flame retardants in the polar bear food chain in Svalbard, Norway. Environ Toxicol Chem 25:2502–2511 [PubMed: 16986806]

Soulen BK, Venables BJ, Johnston DW, Roberts AP (2018) Accumulation of PBDEs in stranded harp (*Pagophilus groenlandicus*) and hooded seals (*Cystophora cristata*) from the Northeastern United States. Mar Environ Res 138:96–101 [PubMed: 29706368]

Spaan KM, van Noordenburg C, Plassmann MM, Schultes L, Shaw S, Berger M, Heide-Jørgensen MP, Rosing-Asvid A, Granquist SM, Dietz R, Sonne C, Rigét F, Roos A, Benskin JP (2020) Fluorine mass balance and suspect screening in marine mammals from the northern hemisphere. Environ Sci Technol 54:4046–4058 [PubMed: 32160740]

Suutari A, Ruokojärvi P, Kiviranta H, Verta M, Korhonen M, Nieminen M, Laaksonen S (2011) Polychlorinated dibenzo-p-dioxins (PCDDs), dibenzofurans (PCDFs), polychlorinated biphenyls (PCBs), and polybrominated diphenyl ethers (PBDEs) in Finnish semi-domesticated reindeer (*Rangifer tarandus tarandus L.*). Environ Int 37:335–341 [PubMed: 21040976]

UNEP (2020) Stockholm Convention on Persistent Organic Pollutants, United Nations Environment Programme, Geneva, Switzerland

US EPA (2000) EPA guidance for developing fish advisories, Volume 2: Risk Assessment and Fish Consumption Limits, Third Edition. EPA 823-B-00–008. United States Environmental Protection Agency. https://www.epa.gov/fish-tech/epa-guidance-developing-fish-advisories

Van de Vijver KI, Hoff P, Das K, Brasseur S, Van Dongen W, Esmans E, Reijnders P, Blust R, De Coen W (2005) Tissue distribution of perfluorinated chemicals in harbor seals (*Phoca vitulina*) from the Dutch Wadden Sea. Environ Sci Technol 39:6978–6984 [PubMed: 16201619]

von Hippel FA, Miller PK, Carpenter DO, Dillon D, Smayda L, Katsiadaki I, Titus TA, Batzel P, Postlethwait JH, Buck CL (2018) Endocrine disruption and differential gene expression in sentinel fish on St. Lawrence Island, Alaska: health implications for Indigenous residents. Environ Pollut 234:279–287 [PubMed: 29182972]

Wang D, Atkinson S, Hoover-Miller A, Shelver WL, Li QX (2012) Organic halogenated contaminants in mother–fetus pairs of harbor seals (*Phoca vitulina richardii*) from Alaska, 2000–2002. J Hazard Mater 223–224:72–78

Welfinger-Smith G, Minholz JL, Byrne S, Waghiyi V, Gologergen J, Kava J, Apatiki M, Ungott E, Miller PK, Arnason JG, Carpenter DO (2011) Organochlorine and metal contaminants in traditional foods from St. Lawrence Island, Alaska. J Toxicol Environ Health A 74:1195–1214 [PubMed: 21797772]

Wen W, Xia X, Zhou D, Wang H, Zhai Y, Lin H, Chen J, Hu D (2019) Bioconcentration and tissue distribution of shorter and longer chain perfluoroalkyl acids (PFAAs) in zebrafish (*Danio rerio*): effects of perfluorinated carbon chain length and zebrafish protein content. Environ Pollut 249:277–285 [PubMed: 30897467]

Wickham HAM, Bryan J, Chang W, McGowan LD, François R, Grolemund G, Hayes A, Henry L, Hester J, Kuhn M, Pedersen TL, Miller E, Bache SM, Müller K, Ooms J, Robinson D, Seidel DP, Spinu V, Takahashi K, Vaughan D, Wilke C, Woo K, Yutani H (2019) Welcome to the tidyverse. Journal of Open Source Software 4



DEC055

Wild S, McLagan D, Schlabach M, Bossi R, Hawker D, Cropp R, King CK, Stark JS, Mondon J, Nash SB (2015) An Antarctic research station as a source of brominated and perfluorinated persistent organic pollutants to the local environment. Environ Sci Technol 49:103–112 [PubMed: 25478728]

Xu S, Chen M, Feng T, Zhan L, Zhou L, Yu G (2021) Use ggbreak to effectively utilize plotting space to deal with large datasets and outliers. Front Genet 12:2122–2129

Zhang X, Lohmann R, Sunderland EM (2019) Poly- and perfluoroalkyl substances in seawater and plankton from the Northwestern Atlantic margin. Environ Sci Technol 53:12348–12356 [PubMed: 31565932]

Zheng G, Miller P, von Hippel FA, Buck CL, Carpenter DO, Salamova A (2020) Legacy and emerging semi-volatile organic compounds in sentinel fish from an arctic formerly used defense site in Alaska. Environ Pollut 259:113872 [PubMed: 32069693]

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

Author Manuscript Author Manuscript Author Manuscript Author Manuscript






**Fig. 1.**

PBDE concentrations (pg/g ww) in tissues of traditional food animals from Sivuqaq, Alaska. Boxplots present median and interquartile range (IQR) and whiskers extend to 1.5 × IQR; data outside 1.5 × IQR are plotted as individual data points



DEC057

Author Manuscript Author Manuscript Author Manuscript Author Manuscript






**Fig. 2.**

PFAS concentrations (ng/g ww) in tissues of traditional food animals from Sivuqaq, Alaska. All concentrations greater than the limit of detection presented



DEC058

Case: 24-7497, 06/06/2025, DktEntry: 25.3, Page 61 of 118



Author Manuscript Author Manuscript Author Manuscript Author Manuscript




**Fig. 3.**
Relative concentrations of PBDEs and PFAS in organ tissues of a single juvenile spotted seal



DEC059

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 1**

PBDE concentrations (pg/g ww) in tissues of traditional food animals from Sivuqaq, Alaska

| | BDE-28 + 33 | BDE-47 | BDE-99 | BDE-100 | BDE-153 | BDE-154 | BDE-183 | BDE-209 | Σ-PBDE |
|---|---|---|---|---|---|---|---|---|---|
| ***Reindeer*** | | | | | | | | | |
| Muscle [*n* = 3]: median (range) | 1.9 (1, 3.2) | 32.8 (30.5, 221) | 37.7 (31, 214) | 6.6 (5.4, 42.2) | 6.4 (5.9, 18.8) | 3.1 (2.7, 15.1) | 0.9 (0.5, 2) | 96.3 (28.9, 1730) | 611.5 (116.4, 1809.8) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Reindeer fat and muscle [*n* = 5]: median (range) | 3.2 (0.7, 5.9) | 88.2 (24, 267) | 74.9 (24.8, 259) | 14.5 (5.6, 50.9) | 10.8 (4.4, 28.5) | 5.1 (2.7, 19.9) | 1.8 (0.9, 9.5) | 72.3 (44.7, 35,600) | 268.4 (129.2, 36,240.7) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Reindeer fat [*n* = 5]: median (range) | 2.8 (2.5, 6) | 85.8 (68.1, 105) | 84.9 (69.6, 101) | 16.2 (12.8, 18.8) | 12.7 (11.5, 16.3) | 6.3 (5.3, 7.7) | 2.4 (0, 2.6) | 116.0 (86.7, 127) | 325.1 (295.2, 355.5) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| ***Seal*** | | | | | | | | | |
| Muscle [*n* = 5]: median (range) | 10.4 (7.7, 39.4) | 321.0 (272, 555) | 70.5 (13.2, 642) | 39.9 (15.6, 124) | 9.5 (4.7, 63.4) | 12.4 (3.9,51.4) | 0.7 (0.6, 2.5) | 41.5 (18.1, 133) | 694.5 (342.6, 1426.5) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Seal muscle and blubber [*n* = 7]: median (range) | 30.9 (9.6, 86.8) | 890.0 (215, 1070) | 72.8 (29.4, 236) | 55.4 (16.8, 92.3) | 16.1 (4.6, 56) | 13.8 (2.9, 176) | 1.8 (1, 5.6) | 80.7 (66.6, 412) | 1343.4 (439.3, 2140.5) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Seal blubber or rendered oil [*n* = 7]: median (range) | 49.7 (17.8, 133) | 1340.0 (381,2750) | 287.0 (52, 1130) | 122.0 (19.8,291) | 44.8 (9.8, 131) | 64.1 (3.9, 156) | 4.7 (2.3, 8) | 118.0 (111,255) | 2394.5 (628.6, 4700.8) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| ***Bowhead whale*** | | | | | | | | | |
| Muscle [*n* = 1]: median (range) | 1.6 (NA) | 102.0 (NA) | 123.0 (NA) | 22.2 (NA) | 13.4 (NA) | 9.8 (NA) | 0.9 (NA) | 31.3 (NA) | 328.4 (NA) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Mangtak (blubber and skin) [*n* = 8]: median (range) | 4.7 (2.4, 6.1) | 52.7 (48.9, 97.8) | 28.1 (23, 68.2) | 7.3 (6.1, 16.6) | 3.2 (2.4, 7.8) | 3.2 (2.2, 11.5) | 1.7 (ND, 2.7) | 146.0 (77.7, 345) | 312.7 (210.9, 621.4) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 87.5 | 100 | 100 |
| Blubber or rendered oil [*n* = 5]: median (range) | 20.6 (10.1,22.7) | 233.0 (125,537) | 121.0 (62.4, 642) | 30.6 (16.6, 128) | 10.5 (5.1, 62.3) | 11.2 (6.2, 52) | 3.7 (1.8, 4.9) | 151.0 (105, 382) | 656.7 (436.9, 2089.3) |
| % detect | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Individual data for PBDEs detected in 90% of samples. Σ-BDE includes all detected PBDEs. *NA* not applicable. *ND* not detected (< method detection limit)

Author Manuscript Author Manuscript Author Manuscript Author Manuscript

**Table 2**

PFAS concentrations (ng/g ww) in tissues of traditional food animals from Sivuqaq, Alaska

| | PFPeA | PFHxA | PFHpA | PFOA | PFNA | PFDA | PFUnDA | PFBS | PFOS |
|---|---|---|---|---|---|---|---|---|---|
| ***Reindeer*** | | | | | | | | | |
| Muscle [$n = 3$]: median (range) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>(ND, 2.56) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>(ND, 1.02) |
| % detect | ND | ND | ND | 33.33 | ND | ND | ND | ND | 33.33 |
| Reindeer fat and muscle [$n = 5$]: median (range) | ND<br>(ND, 0.94) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>(ND, 9.85) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND |
| % detect | 20 | ND | ND | ND | 20 | ND | ND | ND | ND |
| Reindeer fat [$n = 5$]: median (range) | ND<br>(ND, 3.54) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND |
| % detect | 20 | ND | ND | ND | ND | ND | ND | ND | ND |
| ***Seal (bearded, spotted, ringed)*** | | | | | | | | | |
| Muscle [$n = 5$]: median (range) | 7.54<br>(ND, 24.8) | 1.42<br>(ND, 2.48) | ND<br>(ND, 0.53) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>(ND, 1.15) | ND<br>ND |
| % detect | 80 | 60 | 20 | ND | ND | ND | ND | 20 | ND |
| Seal muscle and blubber [$n = 7$]: median (range) | 20.2<br>(8.22, 36.8) | ND<br>(ND, 1.15) | ND<br>ND | ND<br>(ND, 0.89) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND |
| % detect | 100 | 28.57 | ND | 14.29 | ND | ND | ND | ND | ND |
| Seal blubber or rendered oil [$n = 7$]: median (range) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>(ND, 0.6) | ND<br>ND | ND<br>ND | ND<br>(ND, 1.29) | ND<br>(ND, 1.14) |
| % detect | ND | ND | ND | ND | 14.29 | ND | ND | 14.29 | 14.29 |
| ***Bowhead whale*** | | | | | | | | | |
| Muscle [$n = 1$]: median (range) | 0.85<br>(NA) | 7.54<br>(NA) | ND<br>(NA) | ND<br>(NA) | ND<br>(NA) | ND<br>(NA) | 0.67<br>(NA) | ND<br>(NA) | ND<br>(NA) |
| % detect | 100 | 100 | ND | ND | ND | ND | 100 | ND | ND |
| Mangtak (blubber and skin) [$n = 8$]: median (range) | ND<br>(ND, 1.38) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>(ND, 0.66) | ND<br>ND | ND<br>(ND, 0.74) | ND<br>ND | ND<br>ND |
| % detect | 25 | ND | ND | ND | 25 | ND | 37.5 | ND | ND |
| Blubber or rendered oil [$n = 5$]: median (range) | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND | ND<br>ND |
| % detect | ND | ND | ND | ND | ND | ND | ND | ND | ND |

PFBA, PFDoA, PFHxS, PFOSA analyzed but not detected. *NA* not applicable. *ND* not detected (< method detection limit)



DEC061

Author Manuscript
Author Manuscript
Author Manuscript
Author Manuscript

**Table 3**

Concentrations and relative percentage of PBDEs and PFAS in organ tissues of a single juvenile spotted seal

| | Kidney | | Liver | | Heart | | Intestine | |
|---|---|---|---|---|---|---|---|---|
| ***PBDE (pg/g ww)*** | | | | | | | | |
| *BDE-28 + 33* | ND | 0.0% | ND | 0.0% | 0.44 | 0.4% | 0.47 | 1.0% |
| *BDE-47* | 7.77 | 19.2% | 8.61 | 9.3% | 31.10 | 29.7% | 10.00 | 22.3% |
| *BDE-99* | 6.91 | 17.1% | 7.30 | 7.9% | 38.70 | 36.9% | 8.88 | 19.8% |
| *BDE-100* | 1.54 | 3.8% | 1.61 | 1.7% | 7.13 | 6.8% | 1.95 | 4.3% |
| *BDE-153* | 0.78 | 1.9% | 1.02 | 1.1% | 4.87 | 4.6% | 0.92 | 2.0% |
| *BDE-154* | 0.72 | 1.8% | 1.01 | 1.1% | 2.88 | 2.7% | 1.25 | 2.8% |
| *BDE-183* | 0.35 | 0.9% | 0.65 | 0.7% | 0.43 | 0.4% | 0.23 | 0.5% |
| *BDE-209* | 22.30 | 55.2% | 71.90 | 78.1% | 19.20 | 18.3% | 21.20 | 47.2% |
| Σ-*PBDE* | 40.37 | | 92.10 | | 104.74 | | 44.89 | |
| ***PFAS (ng/g ww)*** | | | | | | | | |
| *PFHxA* | 8.37 | 46.5% | 5.92 | 32.8% | 0.00 | 0.0% | 4.59 | 39.5% |
| *PFNA* | 1.08 | 6.0% | 1.01 | 5.6% | 1.01 | 14.4% | 1.04 | 9.0% |
| *PFDA* | 0.51 | 2.8% | ND | 0.0% | ND | 0.0% | ND | 0.0% |
| *PFUnDA* | 2.50 | 13.9% | 4.77 | 26.5% | 1.97 | 28.0% | 1.89 | 16.3% |
| *PFDoA* | 0.55 | 3.1% | 0.74 | 4.1% | 0.53 | 7.6% | ND | 0.0% |
| *PFOS* | 4.99 | 27.7% | 5.58 | 31.0% | 3.52 | 50.1% | 4.09 | 35.2% |

*NA* not applicable. *ND* not detected. % is column percentage, or relative contribution within tissue



DEC062

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF VIOLA WAGHIYI**

I, VIOLA WAGHIYI, declare and state as follows:

1. My name is Pangunnaaq Vi Waghiyi, I am a Sivuqaq Yupik grandmother and citizen of the Native Village of Savoonga, one of 229 federally recognized tribes in Alaska.

2. I was born and raised on Sivuqaq, an island in the Northern Bering Sea, which has been the home for my people for thousands of years.[1] I moved to Nome, Alaska, when I was eight years old so my oldest sister could attend high school in Nome. She was attending a boarding school on the mainland as we didn't have high schools on our island at that time. I grew up in both communities. Now, my work at Alaska Community Action on Toxics ("ACAT") also brings me home to the Island. I currently reside in Anchorage, Alaska with my husband, our four sons, and their families. My husband and I raise our five-year-old grandson.

3. I am a member of ACAT, as well as its Environmental Health and Justice Program Director. ACAT is a women-led, non-profit advocacy organization headquartered in Anchorage, Alaska, with a board comprised primarily of Arctic Indigenous women. I have been a member of ACAT for 22 years.

4. I first learned about ACAT in October 2002, when I read a press release in the *Anchorage Daily News* about the extremely high levels of polychlorinated biphenyls ("PCBs") in my people's blood, stemming from the

[1] Sivuqaq is also known as St. Lawrence Island.

release of toxic chemicals from two former Cold War-era military bases established on Sivuqaq. The two former bases were the eyes and ears of the North during the Cold War, but they also poisoned our lands, waters, fish, plants, and berries with legacy military toxics abandoned and buried at the two former bases, leading to significant health harms. The press release really touched me, because it highlighted a reality that I knew, that there were very high rates of cancer in our people who lived on the Island, particularly those whose families lived, worked, or camped at the Northeast Cape military site.

5. My own family who live (or lived) on the Island have experienced high rates of cancer. My dad died of cancer, my mom had cancer and many other health harms including heart disease, strokes, diabetes, a stillborn child and depression which we now know were linked to the toxic chemicals the military left on our Island. We buried my eldest brother two years ago due to cancer . I am also a cancer survivor and have had 3 miscarriages which I attribute to military toxics. Cancer treatment can be a life sentence in itself. I now believe it is not a matter of *if I will get cancer* but *when*. I decided after reading the ACAT press release about the PCBs levels in the blood of our people that the Creator had plans for me to fight to hold the military accountable and to work to protect our people from exposure to toxic chemicals. Soon after I read the press release, I was offered a position with ACAT, which I readily accepted.

6. As the Environmental Health and Justice Program Director for ACAT, I am an advocate for Arctic Indigenous peoples. I have traveled to Geneva, Switzerland five times to participate in meetings of the Conference of the Parties at the United Nation's Stockholm Convention on Persistent Organic Pollutants ("POPs"), an international, legally binding treaty ratified by 182 countries to eliminate the production and use of POPs, and under which decabromodiphenyl ether ("decaBDE"), a POP, is regulated. In this role, I represent my people and other Arctic Indigenous peoples by delivering testimony on their behalf. I am motivated by my desire to protect current and future generations from environmental contamination and its associated health harms. As a Global Indigenous Peoples Caucus leader, my role is to lead an Arctic Indigenous Peoples delegation to the convention, to train our delegates, and to be the conscience of the convention by reminding all convention delegates why the convention began—to protect Arctic Indigenous Peoples from being contaminated by POPs without consent.

7. ACAT hires and trains community health researchers to ensure that citizens of tribal nations are partners in our work to combat the release of toxic chemicals into the Arctic. I am currently co-leading our Sivuqaq project *Protecting Future Generations: Assessing and Preventing Exposures to Endocrine Disrupting Chemicals on St. Lawrence Island*, which aims to research the effect of endocrine

disrupting chemicals on children's ability to learn in Sivuqaq communities. This phase of the *Protecting Future Generations* project began after parents, grandparents, and leadership in our tribal nation grew concerned about children's low test scores and asked us to determine the role that PCBs and toxic flame retardants played in this complex issue. I was also part of a research team that found that the congener associated with decaBDE, BDE-209, was present in 100% of traditional food samples from Sivuqaq.

8. Through this work I have learned that I and my Yupik people are being contaminated without our consent in our homes, workplaces, and through our traditional foods. I became aware that the flame-retardant chemical decaBDE, along with other POPs, originates in other parts of the world and travels into the Arctic, placing burdens on us we did not create. I do this work with ACAT because I am a mother and grandmother and want to make sure there are measures in place to protect our most vulnerable, our children and future generations of Arctic Indigenous people and protect our ability to safely eat our traditional foods, which are a significant part of our identity, spirituality and culture.

9. My people have inhabited Sivuqaq for thousands of years. Our elders refer to the ocean as our farm, and we continue to live off the land and ocean like we have for centuries and as our Creator intended. Seventy to eighty percent of our Sivuqaq families eat only a subsistence diet. Like most Savoonga families, my

children, grandchildren, and I regularly consume traditional subsistence foods, known as neqipik. Our elders can go no more than three days without eating our traditional foods, because their digestive systems will become irritated from western diet.

10. On Sivuqaq, neqipik includes: bowhead whales, walrus, four species of seals (bearded, ringed, spotted, and ribbon), reindeer, birds, five species of Pacific salmon (chinook, coho, chum, sockeye, and pink), crabs, clams, and sea bird eggs. If it is on our Island, we eat it, always making sure to take only what we need as we believe the marine mammals give themselves up so our people can continue to survive. Walrus in particular is an important part of our diet and supports us during our long winters. Historically the women in our community hand sew the female walrus hides to make skin boats, and our hunters use the tusks for tools and other carvings to make a living.

11. I am a mother of four boys, and my children ate neqipik from birth. Our people used frozen whale blubber when our infants are teething. Our mothers also chewed fish and subsistence foods for our babies when they did not have teeth to chew for themselves. I am currently helping to raise my grandson, who lives with me, and we are feeding him the same traditional diet. My granddaughters were born in Anchorage but lived for a period of time in the village of Shageluk,

also eat a subsistence diet, and help their grandfather when he goes fishing and trapping rabbits.

12. In my community, mothers and grandmothers encourage us to eat significant amounts of neqipik when pregnant. My mother made sure that I regularly ate neqipik during my pregnancies. I continued to eat traditional foods when I was breastfeeding. We receive our intake of Vitamin D from marine mammals and view them as superfoods, which can help to maintain a healthy pregnancy.

13. Hunting and fishing for our traditional foods is often a shared experience with family and friends on and off the Island. It takes the entire community to harvest marine mammals during our Spring Hunt. This is often because hunting large marine mammals is difficult, and the climate can change suddenly and become harsh. One example of communal hunting is whaling. Our whaling captains come together to hunt for whales in 18-foot open aluminum skiffs in the Northern Bering Sea, with the utmost respect for the ocean which our elders call our farm, it can now be unforgiving due to rapid climate change. This hunting practice is a way of life that has passed down through the generations and has sustained our people for many centuries. Once the group strikes a whale, all of the hunters work together to tow the whale to shore. Once it is towed to shore, all the

boats involved in the hunt get a portion of the whale, which can be up to 60 feet long.

14. Each whaling captain then shares food with all the whaling captains who then share it with family members. It is through this communal sharing of food that I now generally receive neqipik. My family members who are still on the Island—who include my three brothers, aunts, uncles, and cousins—make sure that I have traditional foods to eat. My brother recently brought me freshly harvested whale, which is currently in my freezer. He and my other family also brings me fish and other traditional foods which are caught on our Island. In southcentral Alaska, my niece goes dip netting, which is when you place a large net at the mouth of a river to catch fish and brings me some of the fish she catches. I fish and hunt less now that I am older, but I go berry picking, pick medicinal plants, and harvest local greens.

15. I understand that my traditional diet could expose me to decaBDE since decaBDE pollution that originates elsewhere is contaminating the neqipik which I, my family, and my people rely on. I am also concerned that the harms to me are compounded by potential exposures in my daily life. I have two televisions in my home, a laptop computer for work, upholstered furniture, and my grandson plays with plastic toys. I bring these items into my home without any way to know whether they can cause toxic exposures which can harm my family's health and

wellbeing. I understand that decaBDE could be present in all these items. I am concerned that these exposures, coupled with my exposures to decaBDE through my subsistence diet of neqipik, could increase our risk for serious health harms and illness.

16. We cannot give up our traditional practices just to avoid exposure to decaBDE—it is our way of life as intended by our Creator. However, we are being contaminated without our consent. DecaBDE does not break down readily in the environment. As a result, it ends up in our traditional foods and our bodies. I also know that decaBDE can be passed from mothers to children during pregnancy and through breast milk.

17. These exposures cause damage to our children's developing brains, affect their immune systems, and can cause cancer and other serious health harms. It affects our children's ability to learn our language, our creation stories, our songs and dances, our culture, and our traditional knowledge about how to predict the weather and migration patterns of the wildlife that sustains us. As a grandmother with seven young Indigenous grandchildren, I am greatly concerned about what this contamination means for their future and our future generations.

18. Our ability to conceive and carry our children and bring them to a healthy term are threatened by the assault from decaBDE and other toxic chemicals in our bodies and wombs, our children's first environment. We are witnessing

illnesses never seen before in our people due to military contamination and the greed of multinational corporations that manufacture toxic chemicals without taking our human health, our environment, and our traditional foods into account.

19. Through my work, I am aware that the Toxic Substances Control Act ("TSCA") contains provisions that could protect us from some of these harms. I understand that the U.S. Environmental Protection Agency ("EPA") is required to establish regulations on the manufacturing, processing, distribution, use, and disposal of decaBDE that will reduce exposure to people and the environment to the maximum extent practicable.

20. Despite this obligation, I understand that EPA's regulations for decaBDE do not establish any controls on disposal of the chemical, have very few restrictions on releases of decaBDE to the environment, and allow for plastic containing decaBDE to be recycled and then put in new products. This does not protect me or my family from burdens we didn't create.

21. I and my Yupik People would benefit from additional measures to reduce our exposure to decaBDE through our traditional foods, the environment, and the products we bring into our homes and workplaces not knowing they are manufactured with toxic chemicals.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 1st day of May, 2025, in Anchorage, AK.

Viola Waghiyi
Viola Waghiyi

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF JONATHAN COMPTON**

I, JONATHAN COMPTON, declare and state as follows:

1. I am the executive director of the Center for Environmental Transformation ("CFET"), a non-profit organization based in Camden, New Jersey. I have worked at CFET since 2017 and I have held the role of executive director since 2021. Through this work, I am familiar with all aspects of CFET's operations and programming.

2. CFET is located in Camden's Waterfront South neighborhood, a heavily industrialized area impacted by nearly two dozen facilities that are significant sources of air pollution. These include a large municipal solid waste incinerator, a scrap metal and end-of-life vehicle recycling facility, a cement processing plant, a natural gas-fired electricity generation facility, a major port, and others.

3. CFET's mission is to empower our community through education, collaboration, and advocacy to ensure a thriving future with clean air, clean water, and healthy food.

4. CFET is led by its twelve board members—six of whom are residents of the local community—and four staff members.

5. Among other activities, CFET operates an urban farm on our property in Waterfront South. The primary purpose of the urban farm is as a demonstration and education garden. For example, we run an "Eco Explorers Program" for

students at the elementary school across the street from our office and garden. The students spend one day per week in our garden or building participating in a curriculum focused on science, nutrition, and gardening.

6. The food we grow is used in cooking classes for our Eco Explorers Program, given out for free to neighborhood residents, and given out to our staff.

7. We also reserve part of our gardening space for community gardeners who cultivate plots for personal consumption.

8. In addition to operating our urban farm, CFET engages in extensive community organizing and advocacy work that is driven by concerns about unhealthy air quality in Waterfront South and other neighborhoods across Camden.

9. As part of this work, our staff monitor permitting processes for facilities of concern in our area, write public comments advocating for permit conditions that will protect the health of neighborhood residents, and assist our neighbors with writing public comments and testifying at public hearings.

10. We also run a Community Ambassadors program to conduct community outreach regarding environmental issues of concern to our neighbors. Our Community Ambassadors communicate with the neighbors we serve by canvassing door to door, tabling at community events, and conducting surveys. We also communicate with our neighbors through social media and our email newsletter.

11. We also host an Environmental Justice Task Force with twelve members from across the Camden community. One function of this program is to provide leadership development for task force members. In addition, CFET relies on task force members to help us identify advocacy priorities and to provide input that shapes our advocacy strategies.

12. One of the primary concerns of CFET and our neighbors is air pollution from the ReWorld solid waste incinerator (formerly known as Covanta or Camden County Energy Recovery Associates), which is located less than one mile from CFET's office and garden.

13. The ReWorld facility incinerates solid waste from municipalities across Camden County. The facility is more than thirty years old and uses an electrostatic precipitator to control its air emissions—an outdated air pollution control technology. According to EPA's 2020 National Emissions Inventory, the ReWorld incinerator releases more than 700 million pounds of air pollutants annually, including more than 55,000 pounds of hazardous air pollutants.

14. I am very concerned about the impact of the ReWorld incinerator's emissions on the health of the residents CFET serves, the children who we educate on our land and feed from our garden, our board members and staff, and myself.

15. Among other concerns, I worry that I and others on CFET's staff, our board members, and the neighbors and students we serve are exposed to

decabromodiphenyl ether ("decaBDE") and its toxic breakdown products due to emissions from the ReWorld incinerator. I am aware that decaBDE has been widely used in electronics, appliances, furnishings, and other consumer products that may be disposed of as municipal solid waste and burned in the incinerator. I am aware that decaBDE may not break down during the incineration process and, if it does, it may create even more toxic breakdown products. I am aware that decaBDE and its breakdown products may be released into the air from incinerators and subsequently deposited into soil.

16. Another major concern for CFET and our neighbors is pollution from Eastern Metal Recycling ("EMR"), an end-of-life vehicle and scrap metal recycling facility that occupies approximately 100 acres of land in Camden.

17. EMR's Waterfront South facility includes a massive shredder for processing end-of-life vehicles. The shredder, which is not enclosed, generates immense quantities of auto shredder residue, also known as "ASR" or "fluff," which includes shredded metal and plastic. EMR stores this shredder residue in a football-field-sized pile on its site. The pile is not covered and is exposed to rain and wind. Residents near EMR's Waterfront South site have observed white residue that looks like snow falling from the sky in the neighborhood, which I fear is airborne ASR particles.

18. I'm concerned that EMR's operations are exposing me, CFET's board and staff members, and the residents and students we serve to decaBDE through the air, the soil, and the food we grow. I'm aware that decaBDE has been used extensively in vehicle upholstery, electronics, wiring, and other components and that facilities that process end-of-life vehicles, like EMR, can be significant sources of decaBDE releases to the local environment.

19. In addition to ongoing releases of decaBDE from EMR's "normal" operations and maintenance of its uncovered ASR pile, I am concerned that the fires that occur at EMR on an ongoing basis are creating even more exposure to decaBDE.

20. EMR has experienced at least six major fires since 2016, some of which occurred in the ASR pile. The most recent major fire occurred in February 2025 and took approximately 18 hours to contain. During that time, a huge plume of black smoke was emitted directly over the area where CFET's office and garden are located. Attached to this declaration as **Exhibit 1** are two photos I took depicting that plume of smoke.

21. After the February fire, there was a layer of ash in the neighborhood, including on CFET's office and garden. In addition to the immediate impact of the fire on people's health in the neighborhood, I'm concerned about toxic chemicals in the ash contaminating the soil in our garden.

22. I am aware that EPA has a duty under the Toxic Substances Control Act to establish regulations for the manufacturing, processing (including recycling), use, and disposal of decaBDE that must include all practicable measures to reduce human and environmental exposure to that chemical. Despite this mandate, I am aware that EPA's risk management rule for decaBDE does not include any measures to reduce exposure to decaBDE from disposal of materials containing the chemical or from recycling plastic containing the chemical.

23. Because of EPA's failure to regulate recycling and disposal of materials containing decaBDE, I will continue to be at risk of exposure to, and health harm from, decaBDE released from the ReWorld incinerator, EMR, and other sources—as will CFET's board and staff members and the neighbors and students we serve.

24. In addition, decaBDE will continue to contaminate the soil on CFET's property, which undermines our work to provide healthy local produce for our students, staff, and neighbors. Although we have tested our soil for heavy metals, we are not able to test for decaBDE and, even if we could, we could not address ongoing contamination of our soil with decaBDE by bringing in new topsoil.

25. In addition to the risks to their physical health, CFET's neighbors and our board and staff members who live in the local community suffer from anxiety and stress due to the ongoing contamination of their homes and neighborhoods

with decaBDE and other toxic chemicals. CFET's monitoring and the monitoring conducted by government agencies can't capture fully what is happening with pollution of the community, and residents are anxious about the unseen threats to their health.

26. In addition, our community members are at greater risk of harm to their health because they are exposed on an ongoing basis to multiple toxic chemicals released from more than twenty major sources of air pollution in our area. Ongoing exposure to decaBDE due to inadequately regulated waste disposal and recycling activities is adding to the excessive burden of industrial pollution in the community.

27. If the Court rules that EPA's risk management rule is unlawful because it does not sufficiently reduce exposure to decaBDE from disposal and recycling, it would require EPA to strengthen these aspects of its rule, which would in turn reduce decaBDE exposure for me, for CFET's other staff and board members, and for the neighbors and students we serve.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 21 day of May, 2025, in Camden, NJ.

Jonathan Compton

# Exhibit 1





**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF KRISTIN MARIE SCHRUM**

I, KRISTIN MARIE SCHRUM, declare and state as follows:

1. I am a resident of the Waterfront South Neighborhood in Camden, New Jersey. I have lived in Camden for about fifteen years. About two years ago I purchased a home in Waterfront South, where I currently live with my husband and three-year-old twins.

2. I have a BA in Biblical Studies and Youth Ministry. I previously worked as a preschool teacher at Sacred Heart School from 2010 until December of 2021. I intend to return to work at Sacred Heart when my children begin preschool there next year.

3. My family's home is adjacent to Sacred Heart School and the office and garden of the Center for Environmental Transformation ("CFET"). CFET is a non-profit community organization that supports Camden residents by providing a forum for local environmental concerns, advocating for a safe and healthy environment, encouraging participation in local government decisions, and providing resources like community gardening, environmental education, and leadership development.

4. My home is also about a five-minute walk, or half mile, from the EMR vehicle shredding and scrap metal recycling facility and about one mile from the Reworld solid waste incinerator, which I pass by multiple times a day.

5. I love my neighborhood. Camden has such a small town feel to it. I know my neighbors and we look out for each other. Everyone is involved in something interesting and has different experiences they are willing to share. It is one of the best things about living here.

6. I have been involved with CFET in various capacities since 2010. Originally, I volunteered in their community gardening program and led activities for their retreat events. Currently, I am a member of CFET's Environmental Justice Task Force. The Task Force meets monthly to discuss residents' questions, concerns, and ideas for bettering our community's environment. We help identify advocacy priorities for CFET, which directly informs the activities of the board and staff. The Task Force also hears from local speakers who provide educational presentations on a variety of topics, including participation in local government, use of air quality monitoring technology, and understanding cumulative environmental health impacts from industries in our community.

7. I greatly value being a member of the Task Force. I see it as an educational and empowering opportunity to help my community, listen to the diverse perspectives and concerns of my neighbors, and communicate those needs to local stakeholders, whether that be at city council meetings or informal local

forums. I have the time and bandwidth to engage, and it is important to me to do what I can.

8. I have attended multiple city council meetings, submitted public comments, and attended listening sessions with local government officials to advocate for safer operations at local facilities and to work towards reducing dangerous emissions in the local community.

9. Though Camden is a wonderful place, I feel it is often overlooked. There are serious environmental and human health issues stemming from inadequately regulated heavy industry in our neighborhood. I am deeply concerned about my own, my family's, and my community's exposure to toxic chemicals, like decaBDE, that I understand can be released into the environment from the types of facilities that are operating in Waterfront South.

10. For example, I have serious concerns about the health impacts of the sprawling vehicle-shredding and scrap metal recycling site in Waterfront South operated by EMR. EMR's operations have had a serious negative impact on my quality of life. Large industrial fires occur at EMR with dispiriting regularity. Massive black clouds of smoke from burning piles of vehicle shredder residue and scrap metal hover over my neighborhood during these fires. Shortly after, ash rains down and coats everything—including my front porch, my yard, and the garden at

CFET. I have had to clean layers of ash off my porch after these fires before my children can play with their chalk and toys outside.

11. These large fires occur almost every year. The latest occurred in February of this year. Although the largest of EMR's fires are visible to the surrounding community, EMR workers have also alerted the community to the fact that smaller fires occur there regularly that fly under the radar.

12. I have had to evacuate my family from our home three times because of EMR's fires. I have also had to evacuate preschool students at Sacred Heart when a major EMR fire broke out while a class I was teaching was in session. In addition to the stress and anxiety these experiences cause, I have invested significant time and money into preparing go-bags and emergency plans for my family so that we are as safe and prepared as possible for future evacuations.

13. The most recent large fire at EMR came very close to damaging Camden's nearby sewage treatment plant. If that had happened, we would have been at risk of sewage backing up into our neighborhood and our home. It was reported that sewage backup would have happened in homes countywide.

14. I am aware that decaBDE has been used extensively in vehicles and, therefore, can be in the material that is shredded and stored at the EMR site near my home. I am very concerned about myself and my family being exposed to

decaBDE from both EMR's regular operations and air emissions and the more severe unregulated/unreported emissions associated with the frequent fires there.

15. I am also concerned about exposure to decaBDE and other toxic chemicals from the Reworld incinerator. I am aware that decaBDE has been used extensively in a wide array of household products that are sent to Reworld for incineration. I am also aware that decaBDE, and the toxic chemicals it breaks down into, are released into ambient air from incinerators that lack advanced pollution control technology and can remain in the waste ash left over after burning.

16. Reworld's facility is very old compared to most incinerators in operation. From public meetings, I am aware that Reworld lacks modern pollution control measures, such as a baghouse, that would reduce our community's exposure to toxic chemicals.

17. I have asthma and while working at Sacred Heart School I have noticed the prevalence of asthma among children in my community. I know this can be caused or worsened by the cumulative impacts of exposure to environmental pollutants. I am also aware that exposure to decaBDE during pregnancy and early childhood can cause serious, long-term health problems that compound pre-existing conditions.

18. I am further concerned about exposure to toxic chemicals in my local food and soil. CFET has taken significant steps to offer safe local food to our community by bringing in clean soil for their garden and avoiding pesticide use. But there is no question in my mind that there are pollutants from EMR and other local industrial facilities in the soil of CFET's garden and my home now. Both the proximity of these recycling and waste management facilities, and repeated depositions of ash from industrial fires at EMR make this apparent.

19. I believe in the benefits of community gardening and local food. It is part of what initially drew me to CFET. My family eats produce from CFET's garden approximately one to three times per month, depending on the season. We also regularly eat honey from CFET's beehives. A few weeks ago, I ate carrots from CFET's garden. While I wash the produce I receive thoroughly, I worry this may not be enough to protect me from exposure to toxic chemicals. I am aware that chemicals like decaBDE can be deposited in and persist in the soil without breaking down and can then be taken up by the food crops we eat.

20. I am aware that decaBDE can also be directly discharged into local water by facilities handling materials that contain decaBDE, or that it can make its way to water indirectly via runoff. I regularly visit local parks along the Cooper River Tributaries to the Delaware River. My young twins, like any children, are

excited to splash in puddles and play in the water in and around the shoreline. I worry about their exposure to decaBDE and other chemicals released into local waterways by industry.

21. I recognize that decaBDE can also be released from consumer products in my home, particularly from recycled plastic items and electronics. I own kitchenware made from black recycled plastics and reusable grocery bags made with recycled plastics, and I suspect that some of my children's toys and drinkware may be made from recycled plastics. I am worried that the recycling stream is being contaminated with chemicals like decaBDE without regulation of any kind from EPA. When I purchase recycled-content products, I aim to do something positive for myself and the environment. It is worrying to have that practice become a source of risk. It feels like greenwashing is occurring and it makes me feel discouraged from purchasing additional recycled plastic products.

22. I am aware that EPA has a legal duty to reduce my exposure and my family's exposure to decaBDE to the extent practicable. I am also aware that EPA's rule for decaBDE does not include any requirements to reduce exposure from disposal or recycling of material containing decaBDE. Because I live so close to recycling and disposal facilities that process massive quantities of material in which decaBDE is frequently present, I am very concerned that EPA's failure to

regulate these activities is perpetuating my exposure to decaBDE and my children's exposure. The existence of such large loopholes is unacceptable to me. To have EPA exempt industries emitting decaBDE into my environment makes me feel that my family and my community are being overlooked.

23. If EPA were ordered to change its rule to reduce decaBDE exposures from recycling and disposal it would be one less thing to worry about and it would reduce the risk of health impacts from ongoing decaBDE exposures that my children and I face every day from recycling and incineration facilities in our neighborhood, as well as from recycled plastic products in our home.

24. Additionally, if the facilities in my neighborhood were required to implement pollution control measures to comply with a stronger rule for decaBDE, that would also help reduce emissions of additional toxic pollutants those facilities produce. It would make me feel safer about staying in the neighborhood I love, and the home my husband and I worked hard to purchase. It would be a measure of relief from the constant stress I feel knowing my family and I are being exposed to toxic chemicals in ways we cannot fully control and that EPA has decided to leave unaddressed.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 29 day of May, 2025, in Camden, NJ.

Kristin Schrum

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF PAUL BURNS**

I, PAUL BURNS, state and declare as follows:

1. I am the Executive Director of the Vermont Public Interest Research Group ("VPIRG"). Through my work as Executive Director, I am knowledgeable about VPIRG's mission, activities, and structure.

2. VPIRG is a tax-exempt, nonprofit membership organization that is incorporated under the laws of the State of Vermont. VPIRG was established in 1972 and is Vermont's largest environmental and consumer advocacy organization. We have approximately 35,000 members and supporters throughout Vermont who have been active with the organization. VPIRG's mission is to promote and protect the health and well-being of Vermont's environment, people, and locally based economies by informing and mobilizing citizens statewide. Ensuring the proper regulation of toxic chemicals in Vermont falls squarely within this mission.

3. For over fifty years, VPIRG has brought the voices of average Vermont citizens to public policy debates concerning the environment, health care, consumer protection, and democracy. As part of our work on toxic chemicals, VPIRG has authored reports detailing chemical exposure among Vermonters and spearheaded multiple campaigns to reduce human exposure to toxic chemicals, including advocacy focused on reducing exposure to the family of flame retardants known as polybrominated diphenyl ether ("PBDE") flame retardants, which includes decaBDE—the flame retardant at issue in this case.

**VPIRG Is a Membership Organization and Is a Member of CFA**

4. Individual members in good standing have an opportunity to vote annually on candidates for VPIRG's Board of Trustees, the organization's governing body. Members are regularly invited to take action to advance the priorities of the organization. VPIRG members also participate occasionally in surveys to determine what issues they would like to see the organization prioritize. Staff of the organization also work with member volunteers to hold meetings and events with elected leaders from their area.

5. VPIRG is a longstanding member of the Consumer Federation of America ("CFA"), which is an association of non-profit consumer organizations that works to advance consumers' interests. VPIRG joined CFA (which entails paying modest annual dues) because its mission is consistent with our longstanding commitment to protecting Vermont consumers, including by fighting against dangerous products and working to provide consumers with the information they need in order to make informed purchasing decisions. Our membership in CFA helps VPIRG identify important advocacy opportunities and innovative consumer-focused solutions.

**Interests of VPIRG and its Members**

6. VPIRG has long been at the forefront of toxic chemical reform in Vermont, seeking to strengthen regulation of individual toxic chemicals and classes

of toxic chemicals, while maintaining a larger goal of enacting comprehensive chemical reform in Vermont. In 2007, VPIRG helped to form the Alliance for a Clean and Healthy Vermont (the "Alliance"), a coalition of public health advocates, environmental groups, medical professionals and others engaged in working to reduce Vermonters' exposure to toxic chemicals. VPIRG and the Alliance periodically release reports reviewing toxic exposures that Vermonters face. For example, in 2009, the Alliance, led by VPIRG, released a report entitled "Toxic Exposure in the Green Mountain State" studying Vermonters' exposure to chemicals such as mercury, Bisphenol A ("BPA"), Organochlorine pesticides and PBDE flame retardants such as decaBDE—the persistent, bioaccumulative, and toxic flame retardant chemical at issue in this lawsuit. The data compiled for this report illustrated conclusively that toxic chemicals are in fact present in the blood of Vermonters at levels suspected of causing human health problems.[1] In 2024, VPIRG released a report entitled "'Tis the Season for Less Plastic," reviewing the harms associated with plastic consumer goods that contain toxic chemicals, including dangerous flame retardants like decaBDE.[2] The report specifically discusses products made with recycled electronic waste and offers

[1] All. for a Clean & Healthy Vt., *Toxic Exposures in the Green Mountain State* (2009).
[2] VPIRG, *'Tis the Season for Less Plastic* (2024), https://www.vpirg.org/news/tis-the-season-for-less-plastic/.

recommendations for how Vermonters can reduce their exposure to toxic chemicals from these products.[3]

7. In addition to producing reports detailing Vermonters' exposure to toxic chemicals, VPIRG actively participates in the legislative process advocating for stronger toxic chemical regulations. As understanding and concern about the threat posed by toxic chemicals has grown, VPIRG has worked successfully to pass policies that either banned or strictly regulated the use of toxic chemicals in a wide range of consumer products. For instance, VPIRG was very involved in a successful effort that culminated in Vermont strictly regulating the sale of PBDE flame retardants in multiple product categories.[4] We were also very involved in advocating for the adoption and implementation of the Vermont Chemicals of High Concern to Children law, which requires that manufacturers of children's products must publicly disclose if they are intentionally adding listed chemicals of concern to children's products.[5] DecaBDE is listed by the State of Vermont as a chemical of high concern to children, triggering this disclosure requirement.[6] I received a gubernatorial appointment to the Chemicals of High Concern to Children Working

---

[3] *Id.* at 5.
[4] Vt. Stat. Ann. tit. 9, § 2973 (2024).
[5] *Id*. tit. XVIII, § 1775.

[6] *Chemical Disclosure Program for Children's Products*, Vt. Dep't of Health, https://www.healthvermont.gov/environment/childrens-environmental-health/chemical-disclosure-program-childrens-products (last visited May 20, 2025).

Group, which has formal responsibility over certain aspects of the law's implementation.

8. Despite VPIRG's efforts to protect Vermonters from decaBDE, and our strong interest in doing so, Vermont does not completely ban the sale of products containing this toxic flame retardant. For example, nothing in Vermont law prohibits sale of children's products, kitchenware, building materials, or appliances containing decaBDE—even though it is known that these products sometimes contain this flame retardant. Our laws prohibiting the manufacture, sale, or distribution of products containing decaBDE apply only to these product categories: mattresses, mattress pads, upholstered furniture, televisions, computers, and plastic shipping pallets. Moreover, the prohibition on plastic shipping pallets does not apply to the sale, lease, distribution, or use of pallets made from recycled shipping pallets.[7] Because our laws are not comprehensive, VPIRG members could continue to be exposed to decaBDE from consumer products unless federal law fills the gaps in our laws.

9. VPIRG is concerned about toxic chemicals throughout the life cycle of products. Our goal as it relates to toxic chemicals is source reduction whenever possible. If fewer and less-toxic chemicals are used in the manufacturing process, then worker exposures are reduced; emissions into the neighborhood surrounding

[7] Vt. Stat. Ann. tit. 9, § 2973(b), (c), (d)(1).

the plant are minimized; product use is less likely to result in toxic exposure; and when the useful life of the product has ended, the threat of environmental contamination upon disposal is reduced. We have a strong interest in trying to keep toxic products out of Vermont's last operating landfill and out of incinerators operating out of state. This is especially true where the chemicals are persistent and bioaccumulative as well as toxic, as is the case with decaBDE, because if they are not fully contained or destroyed and get out into the environment they can persist for decades and bioaccumulate up the food chain, potentially causing widespread harm. We also have a strong interest in reducing waste and promoting recycling, but when products containing toxic chemicals like decaBDE are recycled, they contaminate the recycling stream, resulting in an ongoing source of toxic materials in our economy that become increasingly dispersed and difficult to control.

10. Despite VPIRG's very strong interest in keeping decaBDE out of the recycling stream, and ensuring that any disposal of products containing decaBDE does not result in environmental contamination or human exposure, Vermont has not regulated disposal or recycling of products containing decaBDE

11. Given the limits in Vermont law, VPIRG's members have a direct and specific interest in federal restrictions that enhance their protections from exposure to decaBDE, and further assurances that decaBDE will not be released into the environment. In particular, VPIRG and its members look to federal law to protect

us from decaBDE in children's products, foodware, and all consumer products, beyond the limited list of products for which Vermont has already restricted use of decaBDE. In addition, we look to federal law to ensure that any disposal of products containing decaBDE is carried out in a manner that protects against environmental release and human exposure, and to ensure that products containing decaBDE are not recycled.

12. Because decaBDE is a chemical of high concern in Vermont and Vermonters are not fully protected from exposure under our state laws, VPIRG and its members are very disappointed and concerned that when the U.S. Environmental Protection Agency ("EPA") undertook to manage the risks of decaBDE, it adopted regulations with many gaps that will leave so many people at risk of exposure and harm. In particular, VPIRG and its members face ongoing risks from decaBDE that *could have been avoided* if EPA had regulated disposal of products containing decaBDE, and had prohibited ongoing manufacture, processing, and distribution of new products—including children's products and foodware—that contain decaBDE if they are made of recycled plastic.

13. VPIRG and its members are therefore harmed by the EPA rule that CFA is challenging in this litigation. A court order requiring EPA to amend the challenged rule and implement measures to reduce exposure from recycling, disposal, and other environmental releases of decaBDE would advance VPIRG's

interests in reducing toxic chemical exposure among our members and help protect our members' health and wellbeing.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct

Executed on May 23, 2025, in Montpelier (city), VT (state).

[signature]

Paul Burns

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF THOMAS GREMILLION**

I, THOMAS GREMILLION, state and declare as follows:

1. I am the General Counsel and Director of Food Policy at the Consumer Federation of America ("CFA"). I have been the Director of Food Policy since I began working at CFA in 2015. I took on the additional role of General Counsel in 2023.

2. CFA's mission is to advance consumer interests through research, advocacy, and education. A core component of CFA's work is to promote pro-consumer policies that make products safer, including through addressing the hazards posed to consumers by toxic ingredients in consumer products. CFA advances these objectives by advocating for pro-consumer policies on a variety of issues before Congress, the White House, federal and state regulatory agencies, state legislatures, and the courts. We communicate and work with public officials to promote beneficial policies, oppose harmful ones, and ensure a balanced debate on issues important to consumers. As General Counsel and Director of Food Policy for CFA, I support our policy advocates through strategic assistance and guidance about particular substantive consumer issues.

3. CFA is a national non-profit organization headquartered in New York State. It is an association of approximately 200 pro-consumer groups that was founded in 1968 to advance consumers' interests through advocacy and education. Our members include advocacy groups working at the national, state, and local

level; consumer cooperatives, including credit unions and electric co-ops; labor unions; public power utilities; other pro-consumer groups; as well as state and local consumer protection agencies. As a member of CFA, organizations have an opportunity to network with other consumer leaders; to benefit from fellow members' ideas, experience, and expertise; and to work together to advance priority consumer issues.

4. CFA members enhance the effectiveness of their own organization through events, networking, issue briefings, and grants offered by CFA; gain access to CFA's staff who are widely respected for their deep expertise on a range of leading consumer issues; and contribute to the larger cause of consumer protection which is crucial to CFA's ability to serve as a well-reasoned and articulate voice on behalf of consumers. CFA members must be either nonprofit/not-for-profit organizations or associations that support the goals and programs of CFA; or city, county, or state government consumer protection agencies. Dues are scaled based upon the revenue of the organization.

5. CFA members elect the board of directors and participate in a policy resolutions process to determine the scope of issues within which CFA staff must work.

6. Vermont Public Interest Research Group ("VPIRG") is a member of CFA. VPIRG was founded in 1972 to promote and protect the health of Vermont's

people, environment, and locally based economy by informing and mobilizing individuals and communities across the state to advance consumer and environmental protections.

7. CFA joined this lawsuit on behalf of our members because we are concerned about decaBDE's health hazards, especially when used in consumer products. In 2015, CFA petitioned the U.S. Consumer Product Safety Commission ("CPSC") to ban the class of toxic flame retardant chemicals to which decaBDE and other PBDE chemicals belong—known as organohalogens—in four categories of consumer products.[1] We devoted significant resources to that petition and ensuing advocacy for more than five years because we—and our members—are so concerned about the health hazards presented by toxic flame retardant chemicals such as decaBDE in consumer products. Unfortunately, although the CPSC granted our petition in September 2017, it has not yet moved forward to adopt regulations that would limit use of these flame retardants in consumer products.

8. Although CPSC has not regulated these toxic organohalogen flame retardants, it did issue a guidance document that confirms the dangers presented by chemicals in this class, including decaBDE. The CPSC's guidance document states:

[1] Petition Requesting Rulemaking on Products Containing Organohalogen Flame Retardants, 80 Fed. Reg. 50,238 (Aug. 19, 2015).

> The known adverse health effects of these [organohalogen flame retardant] chemicals to consumers include: Reproductive impairment (e.g., abnormal gonadal development, reduced number of ovarian follicles, reduced sperm count, increased time to pregnancy); neurological impacts (e.g., decreased IQ in children, impaired memory, learning deficits, altered motor behavior, hyperactivity); endocrine disruption and interference with thyroid hormone action (potentially contributing to diabetes and obesity); genotoxicity; cancer; and immune disorders. These chemicals have a disproportionately negative health effect on vulnerable populations, including children.[2]

9. Within the organohalogen flame retardant class that is the focus of CFA's CPSC advocacy, decaBDE is one of the chemicals whose health harms are most well-documented. Because CPSC has not yet taken the actions necessary to protect consumers from these toxic flame retardants despite the alarming health effects CPSC notes in its guidance document—especially for children and other vulnerable populations—we very much hope that other federal agencies will step up to protect consumers.

10. CFA and its members are concerned because the U.S. Environmental Protection Agency ("EPA") adopted a rule related to decaBDE, which, pursuant to the Toxic Substances Control Act ("TSCA"), was supposed to reduce exposure to this flame retardant to the extent practicable. However, the rule, and the subsequent 2024 amendments to the rule, EPA adopted fall far short of the legal requirement. EPA's amended rule contains several exemptions—including an exemption that

[2] Guidance Document on Hazardous Additive, Non-Polymeric Organohalogen Flame Retardants in Certain Consumer Products, 82 Fed. Reg. 45,268, 45,269 (Sept. 28, 2017).

will allow ongoing human exposure to decaBDE from consumer products, such as toys and kitchenware, if they are made from recycled materials—thus failing to protect the public health from the known hazards linked to this chemical.

11. CFA joined this lawsuit because decaBDE poses chronic hazards to consumers due to its physical, chemical and biological properties. These hazards are well documented and are of great concern to our membership. The EPA is required to act to protect Americans from this hazard and by joining this lawsuit we are urging the agency to close the loopholes in its rule that will result in ongoing exposures to CFA's members and their individual members and their families.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 29, 2025, in Washington (city), D.C. (state).

Thomas Gremillion

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ALASKA COMMUNITY ACTION ON TOXICS,<br>*Petitioner*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70168<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87<br>Environmental Protection Agency |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 21-70670<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0080<br>FR-10018-87 |
| YUROK TRIBE et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY et al.,<br>*Respondents*. | No. 24-7497<br><br>EPA No.<br>EPA-HQ-OPPT-2023-0376<br>Environmental Protection Agency |

**DECLARATION OF LAUREN HIERL**

I, LAUREN HIERL, declare and state as follows:

1. I live in Montpelier, Vermont. Like others in my community, I chose to live here because, in many ways, we have a healthy, clean environment.

2. I got my Bachelor of Arts in Environmental Studies at Dartmouth College and then received a Master of Environmental Management and Master of Public Policy at Duke University.

3. I have two children aged 14 and 10 years old. My older child has hypospadias, a reproductive condition linked to toxic chemical exposure in some cases, and I have concerns that his condition could have been related to toxic chemical exposure.

4. I am a member of Vermont Public Interest Research Group ("VPIRG"), which is a member organization of Consumer Federation of America. I worked as an Environmental Health Advocate for VPIRG from 2012 to 2014. As an Environmental Health Advocate at VPIRG, my role included learning and sharing about the experiences of people impacted by toxic chemical exposure. I spent a lot of my time working on policy, such as on a campaign to address flame retardants where we were looking at product categories that decaBDE and other flame retardants should be phased out of. I also have worked on policy and advocacy related to PFAS, mercury, and lead. I have continued this type of

advocacy work in my current role at Vermont Natural Resources Council ("VNRC") as well.

5. I am a member of VPIRG because the organization works on issues that I care about: preserving a healthy environment and consumer protection. It is one of the most effective groups in the state of Vermont and the work that it undertakes really aligns with my own values.

6. Since transitioning out of my professional role at VPIRG, I have continued to be a financial supporter of the organization. As a member, I participate in events that they host, respond to action alerts, and sign their petitions.

7. I am currently the Executive Director at VNRC, where I work on a range of environmental issues, including toxic chemical advocacy. For example, we advocated for the adoption and successful implementation of the Toxic-Free Kids Act in Vermont, which requires manufacturers to report on a range of chemicals of high concern used in children's products sold in Vermont—including several flame retardant chemicals. In this role, I have collaborated with VPIRG professionally, such as for legislative campaigns, conducting research, and public education events.

8. I rely on the educational materials that VPIRG puts out related to toxic chemicals—both in my professional capacity and in my personal capacity as

a parent. For example, VPIRG does an annual toxic toys publication ahead of Christmas time, which I use to guide my purchases every year.

9. Our household uses a lot of recycled plastic products because we want to reduce waste. We bought many recycled plastic toys for our kids, and I believe some of our furniture, such as a rug that we own, could even contain recycled plastic. We had a lot of black plastic kitchenware, which we are currently in the process of swapping out because I am concerned about the toxic chemicals in these products. We also have a lot of black plastic take-out containers and recycled plastic grocery bags.

10. I am aware that decaBDE is present in black plastic and recycled materials, and I am concerned about my and my family's exposure to decaBDE from all those items that we used for years and that we still have in our home. I am particularly concerned about it leaching out of plastic into our food. I am also concerned about the fact that when my children were little, they used toys made from recycled plastic.

11. I try my best to avoid products now that have recycled or black plastic. However, it is hard to avoid it altogether. Trying to avoid recycled plastic has affected my day-to-day life. For example, sometimes I avoid getting takeout for my family because it comes in black plastic containers, but that is not something that I can consistently do. It is tricky to know what the responsible,

healthy choices are for my family when products are contaminated by toxic chemicals like decaBDE.

12. My kids recreate at Dog River Park, and I am concerned about the soil and water there. The park is in proximity to Montpelier's Water Resource Recovery Facility ("WRRF"), the only wastewater treatment facility in Vermont that receives landfill leachate. I am concerned about the toxic chemicals that are not being removed from the leachate and that are being released back into our local waterways, especially since our community has faced frequent flooding in the past few years.

13. At Dog River Park, there is an access point to the river where people go swimming, and there are baseball and soccer fields. My family frequented this park for years. When my kids were young, they both played soccer there, which included multiple visits each week during the fall soccer season. My kids and I also go swimming there every few weeks during the summer.

14. That area is also an area where people fish. My family does not do this, but I am concerned about others being contaminated by eating fish caught in or near that park.

15. I was on the Montpelier city council from 2019 to 2025, so I am familiar with the city's efforts to filter out specialized toxic chemicals from the landfill leachate being sent to WRRF. Currently, plans for a pilot PFAS filtration

system have been stalled, meaning the discharge being released back into my local river is still contaminated by PFAS. I know leachate contains many other contaminants that there is no plan to filter, which makes me concerned that our local river could also be contaminated by other toxic chemicals like decaBDE.

16. I have taken some steps to try to reduce my and my family's exposure to toxic chemicals from this park. It is the most accessible and nearest swimming area in town, so my family will continue to recreate there, but we choose to go much less often because I am concerned about chemical contamination that might be present. There are also areas more downstream of the wastewater treatment plant that I would never let my family visit. My concerns about toxic chemical exposure have definitely changed my and my family's relationship to our local water bodies by affecting how often we may go and how we use them.

17. About a dozen times a year, my family is gifted and served food sourced from local hunting and foraging. We also have our own garden that we eat from daily in the summertime and that we freeze produce from to eat during the later seasons. During peak summer, we get almost all our vegetables from our garden. We also partake in the local farmers' market and co-op that sells all locally grown food. The practice of hunting, foraging, and growing food locally is a huge part of my community's culture and way of life. It is important to me to be able to grow our own food and also support our local farmers.

18. I am also concerned about exposure to decaBDE from soil contamination by eating locally harvested food. Part of why we buy organic food is because I am concerned about exposure to chemicals from pesticides. However, it is just as concerning if we are paying extra money for organic food and yet it is contaminated by decaBDE through the soil. I live a couple miles away from agricultural land, and I am broadly concerned about exposure to decaBDE from local biosolid application. There just is not a lot of transparency and information as to how this is all being handled and how it is impacting our community.

19. I am incredibly concerned that EPA's rule continues to allow exposures to decaBDE by failing to regulate recycling of plastics, disposal of products, releases to waters, and biosolid applications. These are all potential sources of exposure for me and my family. These exemptions make it much harder for me, my family, and people in my community to avoid exposures to decaBDE.

20. If EPA were to address these sources of exposure, my family and I would benefit greatly. We would not be so concerned about being exposed to decaBDE on a daily basis, and we would be reassured that our choices on what to buy and consume are safe.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 29th day of May, 2025 in Montpelier, Vermont.

Lauren Hierl