**No. 24-7497**
**Consolidated with Nos. 21-70168, 21-70670**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

YUROK TRIBE, ALASKA COMMUNITY ACTION ON TOXICS, CENTER FOR ENVIRONMENTAL TRANSFORMATION, and CONSUMER FEDERATION OF AMERICA,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,

*Respondents*.

---

On Petitions for Review of Final Agency Actions of the United States Environmental Protection Agency
86 Fed. Reg. 880 (Jan. 6, 2021) and 89 Fed. Reg. 91,486 (Nov. 19, 2024)

---

# PETITIONERS' INDEX VOLUME TO EXCERPTS OF RECORD

---

Katherine K. O'Brien
Earthjustice
P.O. Box 2297
South Portland, ME 04116
(212) 284-8036
kobrien@earthjustice.org

Kelly E. Lester
Earthjustice
48 Wall St., Floor 15
New York, NY 10005
(332) 251-0243
klester@earthjustice.org

Alana R. Reynolds
Earthjustice
1001 G St., Ste. 1000
Washington, DC 20001
(202) 797-4311
areynolds@earthjustice.org

*Counsel for Petitioners*

## INDEX


| Document | Page |
|---|---|
| **VOLUME 1 OF 9** | |
| Final Rule, Decabromodiphenyl Ether (DecaBDE), Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under TSCA Section 6(h), 86 Fed. Reg. 880 (Jan. 6, 2021) | ER-0002 |
| Final Rule, Decabromodiphenyl Ether and Phenol, Isopropylated Phosphate (3:1), Revision to the Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under the Toxic Substances Control Act (TSCA), 89 Fed. Reg. 91,486 (Nov. 19, 2024) | ER-0017 |
| **VOLUME 2 OF 9** | |
| Proposed Rule, Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under TSCA Section 6(h), 84 Fed. Reg. 36,728 (July 29, 2019) | ER-0053 |
| EPA, Regulation of Persistent, Bioaccumulative, and Toxic Chemicals under TSCA Section 6(h), Response to Public Comments (2020) (Excerpted) | ER-0086 |
| EPA, Economic Analysis for Final Regulation of Decabromodiphenyl ether (DecaBDE) Under TSCA Section 6(h) (2020) | ER-0157 |
| **VOLUME 3 OF 9** | |
| EPA, Exposure and Use Assessment of Five Persistent, Bioaccumulative, and Toxic Chemicals (2020) (Excerpted) | ER-0282 |
| EPA, Environmental and Human Health Hazards of Five Persistent, Bioaccumulative, and Toxic Chemicals (2020) (Excerpted) | ER-0409 |
| National Tribal Toxics Council, Comments on the Proposed Rule on Persistent Bioaccumulative, and Toxic Chemical Under Section 6(h) of TSCA, Docket ID EPA-HQ-OPPT-2019-0080-0001 (Oct. 28, 2019) | ER-0453 |

| | |
|---|---|
| Earthjustice et al., Comments on Proposed Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under TSCA Section 6(h), Docket EPA-HQ-OPPT-2019-0080 (Oct. 28, 2019) | ER-0466 |
| **VOLUME 4 OF 9** | |
| Norwegian Environment Agency, Literature Study – DecaBDE in Waste Streams (2015) | ER-0513 |
| Stockholm Convention on Persistent Organic Pollutants, Report of the Persistent Organic Pollutants Review Committee on the Work of its Tenth Meeting, Addendum, Risk Profile on Decabromodiphenyl Ether (Commercial Mixture, c-decaBDE) (2014) | ER-0673 |
| Joseph DiGangi et al., POPs Recycling Contaminates Children's Toys with Toxic Flame Retardants (2017) | ER-0731 |
| Lindsay Bramwell et al., Associations Between Human Exposure to Polybrominated Diphenyl Ether Flame Retardants Via Diet and Indoor Dust, and Internal Dose (2016) | ER-0751 |
| Robin E. Dodson et al., After the PBDE Phase-Out: A Broad Suite of Flame Retardants in Repeat House Dust Samples from California (2012) | ER-0795 |
| **VOLUME 5 OF 9** | |
| EPA, Polybrominated Diphenyl Ethers (PBDEs) Project Plan (2006) | ER-0807 |
| Notes on Personal Communications Between Doug Parsons of EPA and Various Members of Industry Regarding the Use Status of DecaBDE | ER-0847 |
| NIH, U.S. National Library of Medicine, TOXNET Toxicology Data Network, HSDB: Decabromodiphenyl Ether | ER-0851 |
| Deborah C. Rice et al., Developmental Delays and Locomotor Activity in the C57BL6/J Mouse Following Neonatal Exposure to the Fully-Brominated PBDE, Decabromodiphenyl Ether (2007) | ER-0945 |
| Heather M. Stapleton et al., Identification of Flame Retardants in Polyurethane Foam Collected from Baby Products (2011) | ER-0955 |

| | |
|---|---|
| Jitka Straková, et al., Toxic Loophole Recycling Hazardous Waste into New Products (2018) | ER-0964 |
| Toxic-Free Future, Use Information for Persistent, Bioaccumulative, and Toxic (PBT) Chemicals under TSCA Section 6(h), Decabromodiphenyl Ethers (DecaBDE), Docket ID No. EPA-HQ-OPPT-2016-0724 (Jan. 12, 2018) | ER-1004 |
| National Tribal Toxics Council, Docket ID: EPA-HQ-OPPT- 2018-0314, Letter Peer Reviews for Exposure and Use Assessment and Human Health and Environmental Hazard Summary for Five PBT Chemicals (July 23, 2018) | ER-1009 |
| National Tribal Toxics Council, Information on Persistent, Bioaccumulative, and Toxic (PBT) Chemicals (Jan. 12, 2018) | ER-1049 |
| **VOLUME 6 OF 9** | |
| Mary R. Arkoosh et al., Disease Susceptibility of Salmon Exposed to Polybrominated Diphenyl Ethers (PBDEs) (2010) | ER-1106 |
| Moira A. McKernan et al., Toxicity of Polybrominated Diphenyl Ethers (DE-71) in Chicken (*Gallus gallus*), Mallard (*Anas platyrhynchos*), and American Kestrel (*Falco sparverius*) Embryos and Hatchlings (2009) | ER-1115 |
| Anne P. Vonderheide et al., Polybrominated Diphenyl Ethers: Causes for Concern and Knowledge Gaps Regarding Environmental Distribution, Fate and Toxicity (2008) | ER-1126 |
| EPA, An Exposure Assessment of Polybrominated Diphenyl Ethers (May 2010) (Excerpted) | ER-1138 |
| Lucio G. Costa et al., Polybrominated Diphenyl Ether (PBDE) Flame Retardants: Environmental Contamination, Human Body Burden and Potential Adverse Health Effects (2008) | ER-1253 |
| Robert C. Hale et al., Persistent Pollutants in Land-Applied Sludges (2001) | ER-1265 |
| Proposed Rule, Decabromodiphenyl Ether and Phenol, Isopropylated Phosphate (3:1), Revision to the Regulation of | ER-1267 |

| | |
|---|---|
| Persistent, Bioaccumulative, and Toxic Chemicals Under the Toxic Substances Control Act (TSCA), 88 Fed. Reg. 82,287 (Nov. 24, 2023) | |
| Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under TSCA Section 6(h), Request for Comments, 86 Fed. Reg. 14,398 (Mar. 16, 2021) | ER-1293 |
| Stockholm Convention on Persistent Organic Pollutants, Report of the Persistent Organic Pollutants Review Committee on the Work of its Eleventh Meeting, Addendum, Risk Management Evaluation on Decabromodiphenyl Ether (Commercial Mixture, c-decaBDE) (2015) | ER-1297 |
| EPA, Decabromodiphenyl Ether and Phenol, Isopropylated Phsophate (3:1); Revision to the Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under the Toxic Substances Control Act, Response to Public Comments (2024) | ER-1344 |
| **VOLUME 7 OF 9** | |
| Yurok Tribe et al., Comments on Decabromodiphenyl Ether and Phenol, Isopropulated Phosphate (3:1); Revision to the Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under the Toxic Substances Control Act (TSCA), Docket No. EPA-HQ-OPPT-2023-0376 (Jan. 8, 2024) | ER-1404 |
| Yurok Tribe et al., Comments on Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under TSCA Section 6(h); Docket No. EPA-HQ-OPPT-2021-0202 (May 17, 2021) | ER-1430 |
| Yurok Tribe, Comments on Regulation of Persistent, Bioaccumulative, and Toxic Chemicals Under TSCA Section 6(h); Docket No. EPA-HQ-OPPT-2021-202 (May 17, 2021) | ER-1474 |
| Letter from Joseph L. James, Yurok Tribe Chairman, to Irina Myers, EPA, Re: Tribal Consultation on DecaBDE Risk Management Rule (Jan. 3, 2023)[1] | ER-1481 |

[1] The Yurok Tribe's letter was submitted January 3, 2023 but is erroneously dated January 3, 2022.

| | |
|---|---|
| M. Kim et al., Parameters Affecting the Occurrence and Removal of Polybrominated Diphenyl Ethers in Twenty Canadian Wastewater Treatment Plants (2013) | ER-1498 |
| Expert Comments of Dr. Donald Lucas (Mar. 1, 2023) | ER-1507 |
| Siana Wong, Chemicals of Emerging Concern in Pretreated Industrial Wastewater in Northwestern Washington State, Screening Study Results, 2021 (2022) | ER-1516 |
| Megan Liu et al., From e-waste to Living Space: Flame Retardants Contaminating Household Items Add to Concern about Plastic Recycling (2024) | ER-1570 |
| Washington State Department of Ecology, Quality Assurance Project Plan, Assessing Sources of Toxic Chemicals Impacting Juvenile Chinook Salmon (2019) | ER-1580 |
| Donald Lucas et al., Methods of Responsibly Managing End-of-Life Foams and Plastics Containing Flame Retardants: Part I (2018) | ER-1644 |
| Peter S. Ross et al., Large and Growing Environmental Reservoirs of Deca-BDE Present an Emerging Health Risk for Fish and Marine Mammals (2009) | ER-1659 |
| National Marine Fisheries Service, Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion and Section 7(a)(2) "Not Likely to Adversely Affect" Determination (2012) (Excerpted) | ER-1663 |
| **VOLUME 8 OF 9** | |
| Sandra M. O'Neill et al., Chemical Tracers Guide Identification of the Location and Source of Persistent Organic Pollutants in Juvenile Chinook Salmon (*Oncorhynchus tshawytscha*), Migrating Seaward Through an Estuary with Multiple Contaminant Inputs (2020) | ER-1696 |
| Alex Gipe et al., A Source Assessment of Polybrominated Diphenyl Ethers (PBDEs) Impacting Juvenile Chinook Salmon in the Snohomish River Watershed | ER-1712 |

| | |
|---|---|
| Teresa M. Mongillo et al., Exposure to a Mixture of Toxic Chemicals: Implications for the Health of Endangered Southern Resident Killer Whales (2016) | ER-1720 |
| EPA, Office of Inspector General, EPA Unable to Assess the Impact of Hundreds of Unregulated Pollutants in Land-Applied Biosolids on Human Health and the Environment (2018) | ER-1838 |
| European Parliament, Regulation (EU) 2019/1021 of the European Parliament and of the Council of 20 June 2019 on Persistent Organic Pollutants (2019) | ER-1904 |
| European Parliament, Regulation of the European Parliament and of the Council Amending Annexes IV and V to Regulation (EU) 2019/1021 on Persistent Organic Pollutants (2022) | ER-1937 |
| **VOLUME 9 OF 9** | |
| Daniel Vencovsky et al., Study to Support the Assessment of Impacts Associated with the Review of Limit Values in Waste for POPs in Annexes IV and V of Regulation (EU) 2019/1021 (2021) (Excerpted) | ER-1964 |
| United Kingdom Environment Agency, Guidance: Identify and Dispose of Waste Containing Persistent Organic Pollutants (2020) | ER-2085 |
| Lee Bell & Hideshige Takada, Plastic Waste Management Hazards (2021) | ER-2094 |
| Jessica Seeberger et al., E-Waste Management in the United States and Public Health Implications (2016) | ER-2208 |